**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Troy King
   Attorney General's Office
   Alabama State House
   11 South Union Street
   Montgomery, AL 36130-0152

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Taylor_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 1-26-06

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:
   2:06CV54
   C 20

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer...): 7005 1820 0002 3461 4629

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540