IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN WILLIE MINNIFIELD, #112145, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-0054-WKW |
| ) | |
| ARNOLD HOLT, et al., ) | |
| ) | |
| Respondents. ) | |

**ORDER**

Upon review of the answer filed by the respondents on March 10, 2006, and for good cause, it is

ORDERED that on or before March 30, 2006 the respondents shall file a supplemental answer which addresses the effect, if any, petitioner's failure to properly file a petition for writ of certiorari with the Alabama Supreme Court on direct appeal has on his pending claim(s) for federal habeas relief. *See O'Sullivan v. Boerckel*, 526 U.S. 838, 848 (1999).

Done, this 14th day of March, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE