IN The UNITED STATES DISTRICT COURT
NORTHERN Division

RECEIVED 2006 APR -5 A 9: 5

John Willie Minnifield
PETITIONER
vs
Arnold Holt: Warden et. Ala.
Respondent

Case No 2:06-CV-0054 WKW

Supplemental Answer
Habeas Corpus Brief
Pro Se

Come Now The Petitioner: John Willie Minnifield IN AN on his own behalf file This Petition To Support The 2254 filed in This Court on Conviction in The Montgomery County Circuit Ct. Charged Stalking of Then Wife. The Petitioner had filed A 2254 Challenging This same case Which This Hon: Court dismissed Without Prejudice To Allow The Petitioner To File AN Untimely Appeal in The State Court by Writ of mandamus To The Alabama Criminal Court of Appeals. That Was simplefied That leave The Justice,s To Understand What i needed.

I

John Willie Minnifield has Complied With This Court orders And The Court Systems of Alabama. i filed The Mandamus After Denial by The Crim Court of Appeals The Petitioner filed A motion for Rehearing Which Was Also

(1)

Oct. the 8th 2004 and or Oct 21st, John Minnifield has tried everything possobly to give the State Court an oppunity to address the issues rather that having to bother this Court. Through an act of prejudice the State Court know there was no crime committed on the 23Rd day of Oct. 1998 to my wife. After denial of the mandamus. I filed a Rule 32 all the way thru the state systems before resorting to this Court on my actual innocent and correct there wrong doing. That leave me but one alternate that is this Court. Mr Prude seems to forget he sent this Court and incomplete transcript to cover up there wrong doing upon not only John Minnifield but other peoples through the Alabama Judicial system. Everything I raised in this Court can be proven through a completed transcript. Mr Prude as before seems to have a habit of trying to mislead this Court in other word he state on Pg. 4 of his oppisition that I did not file an untimely appeal through Writ of Mandamus see: attached appeals court ruling I do not have copies for Mr Prude of the Court

(2)

Ruiling but instead filed A Rule 32 MR Prude Could have gotten All This information from Honilane Mann The Attorney General Was served A copy of every thing I filed Just A miscarrage of Justice. each Petition filed Was Directed To MR Prude Thru Honi lane Mann. on the 19th day of Nov. 2004. And Was Denied Relief Attached is order from The Court Reply. MR Prude Consistent Misleading This Court when The Records is There To Refute What he is Saying.

### Claimed Raised

In Minnifield Second Rule 32 MR Prude Alleged That There is No evidence b/k Male Was Struck off The Jury by D.A. This is barebone Allegation, There was only 3 Males on The Petit Jury See T.R. All 3 was White Males. entire Jury Strike list in T.R.

(2)

See T.R. Where The State brought Wittness before the Court Not In My Presence. So The Court Would see what They Was going To Testify To What. And The order They will be Taken MR Prude say This Without Merits And The Petitioner has failed To Proved This Claim by A Preponderance of evidence T.R. 157-159.

(3)

## III

On March 9th 1999 Mr Prude claim i had knowledge and notified in writing of the state intention to invoke the habitual offender law Mr Prude misapplication of time is an essence Minnifield was not convicted in 1999 but 2000. In February nothing was said about prior felonies until at sentencing is when the act was invoked. less than (5) minutes before sentence was prounounced by Hon: Sally Greenhaw. There is a T.R. Aduio and shorthand taken by Reporter Dub Harris See T.R. will tell what went on at the sentencing stage. by D.A. and witness

## IIII

Original Reporter Ms Meridth Newman sworn to be a complete transcript. This will show where D.A. Bailey misleading the Jury over my objection. The Petitioner has tried to contact Mrs Newman through the circuit court or clerk so i can get a copy of the incomplete transcript which was transcribed which will show the prosecutor and Judge misconduct over my objection but never gotten a response from either. In closing arguments you can see Mr Bailey misleading the Jury on the elements to constitute stalking an how many time i followed my wife See: my wife statement stating on the stand

(4)

My husband never followed me or call my home of Job. D.A. Bailey mislead the Jury that I had 11 enconter by following her calling her sending threatend note the TR will show DA was lying to the Jury. Whereas no criminal act was committed; the DA knew this but put false and misleading evedence before the Jury and hiding it through the incomplete T.R. How can Minnifield have gotten a fair trial. Under the United States constution 14th Amendment. No act Minnifield did was criminal.

Wittness lied

and given false name; and testified to what my wife told them to say. see; T.R. All hearsay letter dated 11-18-98 claimed written from the Jail where I was locked up on the 23 day of Nov. 1998. it was impossible to have written that letter my wife is a drug addict a liar and forgery of anything she want to do counsel never looked into anything I told him the courts of Alabama claimed the time an place or where the act was committed is not important. or a material element of stalking nowhere this court will see the 3 elements to constitute stalking. on Nov. 23rd 1998. Ala. stalking statute is unconstution as applied in

(5)

Case as applied to John W. Minnifield the indictment claimed Minnifield committed said act at wife job at 660 Ripley St. All this alleged to have happen on the 23rd day of November 1998. between the hour of 7:00 AM or 7:30 AM on Monday morning. I left word with the dishwasher to let her know I was going out of town for the holiday and would be back on the weekend we needed to talk and see where we go from there with the marrage I never gotten out of my car. She was not at the job and would not be there for more than nearly two hours there was no threat no court order etc. One of her coworker called her at home and told her I had came by and left a message she came to her job and got the dishwasher to say I had a gun see Nicholas Washington statement. T.R. Minnifield 1st Amendment Rights has been violated by my ex wife and the State of Alabama. A miscarrage of justice and A.G. claim no constution rights has been violated. The Judicial system of Alabama is treating one of it citizen with prejudice an false imprisonment. Other wise how can the Appeals Court rule on an incomplete transcript it seems Roving Reporter Dub Harris has a habit of swearing to his work in the error of

(6)

incompleting the T.R. The Alabama Supreme Court has made it clear in Pope vs State 345 So 2d 1388 how can one confirm with the truth or what was said or done at trial and or sentencing without a true an accurate transcript, both reporter transcribed the proceed by audio and shorthand Alabama court system has a way to violate one Due Process that will keep the truth of my actual innocent from the higher courts. Nor would the court supoena my wittness whom would vouch for the conspiracy my wife was doing to get the wittness to say what she wanted them to say.

### Faretta Hearing

See T.R. the transaction by the court not a proper Faretta hearing. At no time Judge Greenhaw never said I could withdraw my waiver of counsel at any stage of the proceeding and have counsel appointed T.R. 47 thru 58-59.

### Conclusion

The Alabama court system do not intend to give John W Minnifield justice and or a fair trial this is Alabama injustice system through corruption Racial is still alive

(7)

Thru This System. To violate one Rights when one do not enter into A Guilty Plea he get Slaughtered The State offered A Two years Plea Agreement which i decline because i did not commit or Broken Any law. They even Tried Banishment if i would leave Town They would drop The Charges i declined That offer i can prove Any Thing i can say in event This Court give me Justice To Call Wittness i Pray

Respectfully Submitted
John W Minnifield #112145

Done This 28th day of March 2006

Certificate of Service
I sworn To filed This Petition A Copy Through United State mail with Proper Postage And Served upon Asst. Attorney: James Prude
11 Union St. 3rd Floor
Montgomery Ala. 36130 — 0152

John Willie Minnifield 112145
Done this 28th day of March 2006

(8)

# COURT OF CRIMINAL APPEALS
## STATE OF ALABAMA

H. W. "BUCKY" McMILLAN
Presiding Judge
SUE BELL COBB
PAMELA W. BASCHAB
GREG SHAW
A. KELLI WISE
Judges



Lane W. Mann
Clerk
Sonja McKnight
Assistant Clerk
(334) 242-4590
Fax (334) 242-4689

**CR-03-2053**

Ex parte John Willie Minnifield   (In re: State of Alabama vs. John Willie Minnifield)
(Montgomery Circuit Court: CC00-2569)

## ORDER

Upon consideration of the above referenced Petition for Writ of Mandamus, the Court of Criminal Appeals orders that said petition be and the same is hereby DISMISSED because it fails to state a claim upon which relief can be granted.

Done this the 8th day of October, 2004.

_____
H. W. "Bucky" McMillan, Presiding Judge
Court of Criminal Appeals

cc: Hon. Charles Price, Circuit Judge
    Hon. Melissa Rittenour, Circuit Clerk
    Hon. Troy King, Attorney General
    John W. Minnifield, Pro Se
    Hon. Eleanor Idelle Brooks, District Attorney

# COURT OF CRIMINAL APPEALS
## STATE OF ALABAMA

Lane W. Mann
  Clerk
Sonja McKnight
  Assistant Clerk



P. O. Box 301555
Montgomery, AL 36130-1555
(334) 242-4590
Fax (334) 242-4689

May 31, 2005

CR-04-1101

John Willie Minnifield v. State of Alabama  (Appeal from Montgomery  Circuit Court: CC99-327.61)

### Notice of Extension or Enlargement of Briefing Time

You are hereby notified that the following action was taken in the above cause:

Additional time is granted to file the appellee's brief to and including 06/07/2005.


                                                **Lane W. Mann, Clerk**
                                                **Court of Criminal Appeals**

cc:  John W. Minnifield, Pro Se
      James B. Prude, Asst. Atty. Gen.

# Table of Cases

| | |
|---|---|
| 2254 | 1 |
| Rule 32 | 3 |
| Roving Reporter Act | 4 |
| 14th Amendment | 4 |
| Pope vs State 345 So.2d 1388 | 7 |

I

# Table of Content

| | |
|---|---:|
| Untimely Appeal Ala. Crim App. Mandamus | 1 |
| Motion of Rehearing Writ of Mandamus | 1 |
| No Crime Committed | 2 |
| Rule 32 with Appeal | 2 |
| Actual Innocent | 2 |
| Incomplete Transcript | 2 |
| Misleading This Court Mr Prude | 2 |
| Mr Prude was served everything I filed | 3 |
| Batson Gender discrimination | 3 |
| State brought witness before The Court T.R. 157-159 | 3 |
| Habitual Offender Act invoked | 4 |
| Prosecutor and Judge Misconduct | 4 |
| Vonciel Cook Minnifield Testimony | 5 |
| Wittness lied thru hearsay | 5 |
| Defected Indictment | 6 |
| False Imprisonment | 6 |
| Faretta hearing | 7 |
| Certificate of Service | 8 |
| Exhibits: From Appellate Court | 9 |