IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN WILLIE MINNIFIELD, #112145, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-0054-WKW |
| ) | |
| ARNOLD HOLT, et al., ) | |
| ) | |
| Respondents. ) | |

## ORDER

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before April 20, 2006:

1. Counsel for the respondents shall show cause why sanctions should not be imposed upon him for his failure to file a supplemental answer in compliance with the directives of the order entered on March 14, 2006.

2. The respondents shall file a supplemental answer in accordance with the order entered on March 14, 2006. The respondents are advised that no additional time will be allowed for their submission of a supplemental answer.

Done, this 6th day of April, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE