IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 JUN 13 A 9:49
U.S. DISTRICT CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

JOHN WILLIE MINNIFIELD,
   PETITIONER,

VS                                    CIVIL ACTION NO: 2:06-CV-0054-WKW

WARDEN: ARNOLD HOLT, ET, AL.
   RESPONDENT,

### SWORN AFFIDAVIT

   Comes now the Petitioner, John Willie Minnifield, in and on his own behalf in Pro-Se Litigation, file this Sworn Affidavit on behalf of the and support of 2254 Writ of Habeas Corpus filed the 2nd day of June, 2006.

   The Petitioner Sworn that every issue raised is true and correct to the best of my knowledge that I am innocent of said charged offense of Stalking ex-wife... Therefore giving the Courts not one but two full rounds to Rule on the allegation raised by the Petitioner... However pointing out the Constitutional violation that the State of Alabama violated John Willie Minnifield's Rights to Due Process and Civil Rights that knowingly and intentionally deprived the Petitioner of his liberty.

   The Attorney General has copies of everything Petitioner filed but piece meals in turning all the records over to this Court only when the Petitioner show this Court my records filed... Then he agreed just a prolong act by the State of Alabama the District Attorney through the Attorney General's Office has bandage the Trial TR and Sentencing TR to deprive the Petitioner of showing the Appellate Court of what transpired in Court would have been an automatic reversable by the Appellate Courts of Alabama.

-1-

-2-

Thus to deprive John Willie Minnifiel the Rights to present evidence and witness before this Court therefore the State is still withholding records and rulings from the Appellate Courts intentionally.

Respectfully Submitted,

*John Willie Minnifield #112145*
John Willie Minnifield, Petitioner
Bullock Correctional Facility
Post Office Box 5107
Union Springs, Alabama 36089-5107


CC: Attorney General
Hon: James Prude
11 South Union Street 3rd Floor
Montgomery, Alabama 36130


I swear under penalty of prejury that the foregoing is true and correct executed on this 9th day of June, 2006.

*John Minnifield #112145*
Signature of Petitioner

Sworn to and Subscribed before me this the 9th day of June, 2006.

*[signature]*
Notary Public
NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Mar 18, 2007