# COURT OF CRIMINAL APPEALS
## STATE OF ALABAMA
### JUDICIAL BUILDING, 300 DEXTER AVENUE
### P.O. BOX 301555
### MONTGOMERY, AL 36130-1555

FRANCIS ALLEN LONG, SR.  
Presiding Judge  
H. WARD McMILLAN  
SUE BELL COBB  
PAMELA W. BASCHAB  
JAMES H. FRY  
Judges

Lane W. Mann  
Clerk  
Wanda K. Ivey  
Assistant Clerk  
(334) 242-4590  
FAX (334) 242-4689

Hon. Melissa Rittenour, Circuit Clerk  
Hon. Joseph G. L. Marston, III, Asst. Atty. Gen.  
Hon. Joseph E. Burkhart, Attorney  
John W. Minnifield, Pro Se

RE: CR-99-0915  
John Willie Minnifield, alias v. State of Alabama (Appeal from Montgomery Circuit Court: CC99-327).

Dear Sir or Madam:

You are hereby notified that on October 13th, 2000 the following action was taken in the above referenced cause by the Court of Criminal Appeals:

Application for rehearing overruled.

Lane W. Mann  
Clerk  
Court of Criminal Appeals

LWM/ lk

IN THE SUPREME COURT OF ALABAMA
November 29, 2000

1000196

Ex parte John Willie Minnifield. PETITION FOR WRIT OF CERTIORARI TO THE COURT OF CRIMINAL APPEALS (In re: John Willie Minnifield, alias v. State of Alabama) (Montgomery Cir.Ct.No.: CC-99-327) (Low'r.App.Ct.No.: CR-99-0915)

ORDER

IT IS ORDERED that the petition for writ of certiorari filed in this cause on October 29, 2000, be, and the same is hereby, stricken for failure to comply with Rule 39(c) and (d), Alabama Rules of Appellate Procedure.

"I Robert G. Esdale, Sr., as Clerk of the Supreme Court of Alabama, do hereby certify that the foregoing is a full, true and correct copy of the instrument(s) herewith set out as same appears(s) of record in said Court."
Witness my hand this 29th day of November, 2000.

Clerk, Supreme Court of Alabama