IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

RECEIVED

2006 SEP 26 A 9: 17

JOHN WILLIE MINNIFIELD, #112145
    PETITIONER,

-V-                                      CASE NO: 2:06-CV-0054-WKW

WARDEN, ARNOLD HOLT
    RESPONDENT,

## STATS OF PROCEEDING
## PRO SE

    Comes now the Petitioner, John Willie Minnifield, file this Petition on the status of the brief and affidavit filed on the 10th day of August 2006 and served upon Attorney general J. Prude for the state since filing the brief there has been no answer if it was received by this Court or Assistant District Attorney. The Petitioner has moved that while under review by this Court to Order that the Petitioner be released under his own recognizance on his actual innocent and whereas the state did not follow the 11th Circuit Rules in its filing its brief by the due date.
    Whereas the Clerk was unauthorized to accept Mr. Prude brief thus the Petitioner is not using this as a technicality but a reality to gain his liberty from this heinous embarrassment confinement where as to no crime was committed by John Willie Minnifield nor is his claim procedurally barred as Mr. Prude claims thus just an act of prejudice on behalf of the State of Alabama through a miscarriage of justice to continued to keep Petitioner in confinement like a zoo animal that warrant being caged up thus God can see this injustice by the judicial system.
    Therefore, the Petitioner seeks justice from this Court Alabama has denied justice in this case through out this outlandish ordeal Why Do any person earn this type of treatment? Thus it is clear if this Court would review the records through an evidentiary hearing then this Court can see there was no criminal act nor any act done by Petitioner John Willie Minnifield thus to not only the former Vonciel Minnifield or any misdemeanor or felony Petitioner came to a crossroad of injustice unless this Court react then justice is lost.

Respectfully Submitted,

*John W. Minnifield #112145*

John Willie Minnifield #112145, Petitioner
Bullock Correctional Facility
Post Office Box 5107
Union Springs, Alabama 36089-5107

## CERTIFICATE OF SERVICE

I hereby certify that I have served copies of the foregoing Motion Status of Proceeding this 21st day of Sept, 2006 via United States Mail postage prepaid addressed upon the Assistant District Attorney Honorable James Prude at 11 South Union Street 3rd Floor Montgomery, Alabama 36130-0152, by placing same in the Legal Mail Box here at the Bullock County Correctional Facility.

*John W. Minnifield #112145*

John Wilie Minnifield #112145, Petitioner
Post Office Box 5107
Union Springs, Alabama 36089-5107

CC:   Assistant District Attorney
      Hon. James Prude
      11 South Union Street 3rd Floor
      Montgomery, Alabama 36130-0152

File: 9-21-06
      Date