IN THE UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF ALABAMA

Case No.: 2:06-CV-0054-WKW

JOHN WILLIE MINNIFIELD,

    Petitioner,

-v-

STATE OF ALABAMA,

    Respondent

## MOTION TO MANDATE RULING

    Comes now in the above style and or cause file this petition to Mandate a ruling on the above case number filed in State Court the Writ of Habeas Corpus 2254 last transaction on or about the tenth (10th) day of August 2006. Since that last petition the Petitioner has not heard from this court or the Honorable Susan Russ Walker. The Petitioner to prove his actual innocent request truthfully that I be given a lie detector test or this court have serium or have me take the hypnosis test or any other test.

    This court wish that to prove my innocent, my wife will not take the test because she knew she lied to have me put here and fabricated all of the charged offenses. There comes a time when justice must prevail. All John W. Minnifield ask for is my day in court so I will

-1-

be given my liberty. Which is over due John W. Minnifield hopes and prays for an evidentiary hearing, I pray.

Done this the **18Th** day of **Sept.** 2007.

Respectfully Submitted,

*John Willie Minnifield #112145*
John Willie Minnifield
Bullock County Correctional Fac.
Post Office Box 5107
Union Springs, Alabama 36089


## CERTIFICATE OF SERVICE

I certify to have served a copy of said petition thru United States postage pre paid with proper address to Honorable James Prude at 11 South Union Street Third (3rd) Floor. Montgomery, Alabama 36130-0152.

Respectfully Submitted,

*John Minnifield #112145*
John Willie Minnifield

MONTGOMERY AL 361
18 SEP 2007 PM 1 T

Hon: Debra Hatchett
Office of the Clerk
P.O. Box 711
Montgomery Ala. 36101-0711

John Minnifield #112145-21/41A
P.O. Box 5107
Union Springs Ala. 36089

36101+0711