IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN WILLIE MINNIFIELD, #112145, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| v. | )    CASE NO. 2:06-CV-0054-WKW |
| | ) |
| ARNOLD HOLT, et al., | ) |
| | ) |
|     Respondents. | ) |

**ORDER**

Upon consideration of the motion to mandate ruling filed by the petitioner on September 19, 2007 (Court Doc. No. 27), in which he petitioner seeks immediate disposition of his petition for habeas corpus relief, and for good cause, it is

ORDERED that this motion be and is hereby DENIED.

While the court is mindful the instant petition has been pending before this court since January 19, 2006, and the requisite pleadings filed in this court filed as of September 26, 2006, the petitioner is advised that the court's caseload of actions pending under 28 U.S.C. § 2254 makes it extremely difficult to expedite resolution of this cause of action, particularly since the court has adopted a policy of disposing of cases on the basis of length of pendency. The court assures the petitioner that a determination of the issues presented in this case will be undertaken in due course.

Done this 19th day of September, 2007.

                                  /s/ Susan Russ Walker
                                  SUSAN RUSS WALKER
                                  UNITED STATES MAGISTRATE JUDGE