IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN WILLIE MINNIFIELD, #112145, ) ) ) Petitioner, ) ) v. ) ) ARNOLD HOLT, et al., ) ) Respondents. ) | CASE NO. 2:06-CV-0054-WKW |

**CONFLICT DISCLOSURE STATEMENT**

COME NOW Troy King and Arnold Holt, Respondents in the above-captioned matter, and in accordance with the order of this Court, to make the following disclosure regarding potential conflicts of interest relating to those designated in this Court's General Order No. 3047, states that:

Troy King and Arnold Holt, named parties to the above-captioned case as required under 28 U.S.C. § 2242 and Rule 2(a) of the Rules Governing Habeas Corpus Cases Under Section 2254 Cases and, accordingly, have been sued by Minnifield in their official capacities. Neither the Attorney General nor Arnold

Holt has any known affiliations that would create a "professional or financial conflict for a judge" on this Court.

Arnold Holt is no longer the warden at the Bullock County Correctional Facility. The present warden, Kenneth Jones, also has no known affiliations that would create a professional or financial conflict for a judge on this Court.

_/s/ James B. Prude_
James B. Prude (PRU005)
Counsel for Arnold Holt, former Warden of
the Bullock County Correctional Facility
and Troy King, Alabama Attorney General
 Alabama State House
11 South Union
Montgomery, AL  36130-0152
Telephone:  (334) 242-7300

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of February, 2008, I mailed a copy of the foregoing on Minnifield, by United States Postal Service, first class, postage prepaid and addressed as follows:

John Willie Minnifield
AIS #112145
Bullock County Correctional Facility
P O Box 5107
Union Springs, AL 36089-5107

*/s/ James B. Prude*
James B. Prude (PRU005)
Assistant Attorney General

ADDRESS OF COUNSEL:
Office of the Attorney General
Alabama State House
11 South Union
Montgomery, AL  36130-0152
Telephone:  (334) 242-7300
Fax:  (334) 242-2848
E-Mail:  JPrude@ago.state.al.us
384589