IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN WILLIE MINNIFIELD, #112145, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-54-WKW |
| ) | |
| ARNOLD HOLT, et al., ) | |
| ) | |
| Respondents. ) | |

**ORDER**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before March 21, 2008 the respondents shall file a supplemental answer which:

1. Addresses the following claims raised by the petitioner: (i) a *Batson* violation occurred as the prosecutor improperly struck all black males from the jury; (ii) the State questioned witnesses out of the petitioner's presence; (iii) the State failed to provide proper notice of its intention to invoke the sentence enhancement provisions of the Habitual Felony Offender Act; (iv) petitioner was denied a complete trial transcript; (v) the district attorney misled the jury on the elements constituting stalking during closing argument; (vi) the trial judge erred in allowing these comments over petitioner's objection; (vii) the indictment was defective; and (viii) witnesses committed perjury.[1]

---

[1] The respondents are advised that these claims appear in the supplemental brief filed by the petitioner on April 5, 2006 (Court Doc. No. 9) and in his response filed on April 28, 2006 (Court Doc. No. 13).

2. Provides copies of *all* relevant state court records regarding the state petition for writ of habeas corpus filed by the petitioner on September 25, 2000.

Done this 6th day of March, 2008.

      /s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE