IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

Case No. 08 CV-0054-WKW

John Willie Minnifield #112145

    Petitioner,

-V-

Arnold Holt, et. AL.,

    Respondent

PRO-SE

DISCLOSURE STATEMENT

Comes now the Petitioner John Willie Minnifield #112145 in an on his own behalf to file this Disclosure Statement in reply to Assistance Attorney General Honorable James B. Prude in the above matter on the 27th day of February 2008. The Petitioner received in United States mail alleged a conflict of interest relating to the Writ of Habeas Corpus 28 U.S.C. 2254 it seems as the State is trying to circumvent the proceedings each time this court has corresponds with the State. The Petitioner has received the same not its is saying this court general order following has been sued by Minnifield in their official capacities, on behalf of Attorney General Troy King and Warden Arnold Holt as Respondent.

(1). It seems as Mr. Prude has taken upon his own to cause a conflict in this proceeding at no time has Minnifield filed a Civil suit on either Troy King in his own capacities or ex Warden Arnold Holt it seems as Mr. Prude is trying to circumvent the real cause of

-1-

the Habeas Corpus knowing that Honorable Troy King hardly ever seen a Habeas Corpus. That is why he has Assistant to handle cases of such magnitude. Warden Holt is no longer with the State since he became Warden at Kilby. This conflict what Mr. Prude is trying to circumvent since he retired then Warden Cummings was here as Warden for six (6) months he was then moved to Kilby to take Warden Holts place. The last two (2) months the present Warden, Kenneth Jones whom has no known affiliations or knowledge that would create a professional or financial burden to either party the reason for the Writ is I am attacking my conviction on a miscarriage of Justice and or false imprisonment. And or court proceeding because the District Attorney did not do his job knowing my actual innocence through false testimony denial of due process. The Petitioner is not trying to gain financial gain just my liberty and a day in court to prove my ex-wife lied and false imprisonment what Mr. Prude is trying to portrait is Minnifield filed a 28 U.S.C. 1983 for financial gain. It seems as if Mr. Prude is procedural barred from raising these false allegations to prevent this Honorable Magistrate Susan Russ Walker from sticking to the facts of the case Per-Se. I know she is qualified to see through this attempt to derail Minnifield's proceeding I pray.

Done this the **4**th day of **March** 2008.

Respectfully Submitted,

*John W. Minnifield #112145*
John Willie Minnifield #112145
**Bullock County Correctional Facility**
Post Office Box 5107
Union Springs, Alabama 36089

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of March 2008 I have served through Unit States mail the forgoing to the Honorable Susan Russ Walker. Post Office Box 711, Montgomery, Alabama 36101-0711. And Honorable James B. Prude, PRU005, 11 S. Union Street 3rd Floor, Montgomery, Alabama 36130-0152.

Done this the 4th day of March 2008.

Respectfully Submitted,

John W Minnifield #112145
John Willie Minnifield #112145

John Minnifield #112145 - D1/41A
P.O. Box 5107
Union Springs AL. 36089

MONTGOMERY AL 361

05 MAR 2008 PM 4 T

"LET US DARE TO ____
THINK, SPEAK AN__
John Adams, 1765
powerofthelett__



United States District Court
Middle District of Alabama
P.O. Box 711
Montgomery Ala. 36101-0711

36101+0711