IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN WILLIE MINNIFIELD, #112145, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-54-WKW |
| ) | |
| ARNOLD HOLT, et al., ) | |
| ) | |
| Respondents. ) | |

**ORDER**

Upon review of the supplemental answer filed by the respondents on March 28, 2008 (Court Doc. No. 33), and as the response fails to comply with each of the directives contained in the March 6, 2008 order, it is

ORDERED that on or before April 10, 2008 the respondents shall file a supplemental answer which "[p]rovides copies of *all* relevant state court records regarding the state petition for writ of habeas corpus filed by the petitioner on September 25, 2000." *Order of March 6, 2008 - Court Doc. No. 31* at 2.

Done this 31st day of March, 2008.

    /s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE