COURT OF CRIMINAL APPEALS NO._____ 99-0915

# APPEAL TO ALABAMA COURT OF CRIMINAL APPEALS

### FROM

## CIRCUIT COURT OF ___MONTGOMERY___ COUNTY, ALABAMA

CIRCUIT COURT NO.  CC 99-327

CIRCUIT JUDGE  SALLY GREENHAW

Type of Conviction / Order Appealed From: ___STALKING___

Sentence Imposed: _20 years_

Defendant Indigent: [X] YES  [ ] NO

John Willie Minnifield
NAME OF APPELLANT

JOSEPH BURKHART          262-4800
(Appellant's Attorney)
472 S. Lawrence Street    Suite 206    (Telephone No.)
(Address)
Montgomery, AL    36104
(City)              (State)              (Zip Code)

V.

## STATE OF ALABAMA

(State represented by Attorney General)
NOTE: If municipal appeal, indicate above, and enter
name and address of municipal attorney below.

_____

_____

NAME OF APPELLEE

(For Court of Criminal Appeals Use Only)

EXHIBIT

— Exhibit G —

# I N D E X
## CLERK'S RECORD

| | |
|---|---|
| CASE ACTION SUMMARY | 1-9 |
| INDICTMENT | 10-11 |
| LOWER COURT PAPERS | 12-14 |
| AFFIDAVIT OF INDIGENCY AND ORDER | 15 |
| NOTICE OF DISCOVERY TO DEFENDANT, INTENT TO USE PRIOR CONVICTIONS, INTENT TO INVOKE SENTENCING ENHANCEMENTS, INTENT TO OFFER PROOF BY A CERTIFICATE OF ANALYSIS AND MOTION FOR DISCOVERY BY THE STATE | 16-17 |
| MOTION FOR BOND REDUCTION | 18-19 |
| EXHIBIT A | 20-22 |
| EXHIBIT B | 23-24 |
| MOTION FOR DISCOVERY | 25-26 |
| WRIT OF MANDAMUS | 27-28 |
| MOTION TO REVOKE BOND | 29-30 |
| SPECIAL MOTION TO DISMISS ALL CHARGES | 31-34 |
| JURY STRIKE | 35-36 |
| JURY VERDICT | 37 |
| PRIOR CONVICTIONS | 38-108 |
| ORDER APPOINTING JOSEPH BURKHART ON APPEAL | 109 |
| CERTIFICATE OF APPEAL | 110 |
| MOTION FOR NEW TRIAL | 111-115 |
| TRANSCRIPT OF RECORD CONVICTION REPORT | 116 |
| DOCKETING STATEMENT | 117-118 |
| REPORTER'S TRANSCRIPT ORDER | 119 |
| MOTION TO RECONSIDER SENTENCE | 120-121 |
| MOTION FOR/OR CORRECTION OF JURY MISTRIAL | 122-127 |
| MOTION FOR REHEARING | 128-129 |
| LIST OF EXHIBITS | 130 |
| EXHIBITS | 131-144 |
| CERTIFICATE OF COMPLETION | 145 |

ACSO370                 ALABAMA JUDICIAL INFORMATION SYSTEM         CASE: CC 99 000327.00
OPER: REF                     CASE ACTION SUMMARY
...E:    1                     CIRCUIT  CRIMINAL                     RUN DATE: 02/11/99
===================================================================================
                                                                    JUDGE: SMG
  THE CIRCUIT COURT OF MONTGOMERY
                                              VS    MINNIFIELD JOHN WILLIE
STATE  OF  ALABAMA                                  463 EMPIRE TERRACE

CASE: CC 99 000327.00                               MONTGOMERY, AL  36110 0000

DOB: 12/26/39          SEX: M  RACE: B  HT: 5 11  WT: 185      HR:        EYES:
SSN: 903900327  ALIAS NAMES: MINNIFELT JOHN W.     MINNIFIELD WILLIE
===================================================================================
                                              CODE1: STAL LIT: STALKING        TYP: F
CHARGE1: STALKING
MORE?:       OFFENSE DATE:                     AGENCY/OFFICER: MPD

DATE WAR/CAP ISS:                     DATE ARRESTED:
DATE   INDICTED: 02/05/99             DATE    FILED: 02/11/99
DATE   RELEASED:                      DATE  HEARING:
BOND    AMOUNT:    $100,000.00                SURETIES:

DATE 1:         DESC:                  TIME: 0000
DATE 2: 02/19/99  DESC: ATTY           TIME: 1000 A
                                       TYPE: A
   DEF/ATY: Wiley Hartley
PROSECUTOR: BAILEY, DARYL DONALD
===================================================================================
OTH CSE: 9902002100   CHK/TICKET NO:
COURT REPORTER:              SID NO:         000228961            OPER: REF
DEF STATUS: JAIL            DEMAND:
===================================================================================
DATE            ACTIONS,  JUDGEMENTS,  AND  NOTES

| DATE | |
|---|---|
| 3-9-99 | Notice Of Discovery to Defendant, Intent to Use Prior Convictions, Intent To Invoke Sentencing Enhancements, Intent To Offer Proof By A Certificate Of Analysis & Motion For Discovery By the State |
| 3-19-99 | Oral Motion to Reduce Bond set 3-23-99 smg |
| 3-23-99 | Motion to Reduce Bond denied - SMG |
| 4-1-99 | Renewed Motion to Reduce Bond denied SMG |
| 4-12-99 | Reset for trial DA Bailey in Cap. Murder trial SMG |
| 4-30-99 | Motion For Discovery |
| 3-16-99 | Motion For Bond Reduction |
| 5-27-99 | ∆ appeared; arrangements to be made for E.VEN eval. with Mrs. Sampson. Release for said evaluation will be limited in time. Court to be given date+time SMG |
| 6-2-99 | ∆ to be released to his sister (Ms Robinson) to go to an evaluation at EVEN at 10:30 am |

Jan 10 ✓    Oct 18 ✓
May 25 ✓    April 12
Aug 3 ✓     GRAND JURY: 21
                    TYPE:

| State of Alabama Unified Judicial System | CASE ACTION SUMMARY CONTINUATION | Case Number 99-327 |
|---|---|---|
| Form C-7    Rev 2/79 | | |

.yle: John Merrifield                  Page Number _____ of _____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 6-17-99 | Court will release Δ to attend EVEN classes. Δ to provide the court with a schedule via Mr. Hartley SMG |
| 6-16-99 | Writ of Mandamus |
| 7-9-99 | Court will release defendant on 7-10-99 to attend orientation at EVEN program. Status set for 7-12-99 S.M.G. |
| 7-12-99 | Δ appeared following completion of EVEN Orientation Program 7-10-99. Δ Ordered released on the following conditions: <br> 1.) Bond reduced to $10,000.00. <br> 2.) Defendant warned not to have any contact with the Victim. <br> 3.) Defendant advised not to consume or have any alcohol in his possession. <br> 4.) Defendant to attend EVEN Program <br> 5.) Defendant to reside with his Sister Lucille Robinson in Alex City. <br> 6.) Appear for Review 7-19-99, 8am <br> SMG |

| | Case Number |
|---|---|
| State of Alabama / Unified Judicial System | **CASE ACTION SUMMARY** CONTINUATION |
| .7   Rev 2/79 | CC 99-327 GR |

Style: State v John Minnifield   Page Number ____ of ____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 1-14-99 | Motion to Revoke Bond hearing was held. Mrs. Minnifield and Jody Lewis Testified. The Court having considered the matter it is Ordered that bond is revoked and Writ of Arrest issued (Jan Goss, O.C.R) JMG |
| 7-19-99 | Δ appeared, bond revoked and Δ taken into custody. Mr. Minnifield denied Mrs. Lewis allegations and further stated he did not attend EVEN on 7-17-99 because he was excused by the Program Director and was to attend on 7-20 and 7-22. Set 7-22-99 for further hearing SMG |
| 7-16-99 | Capias issued |
| 7-20-99 | Capias executed |

| | Case Number |
|---|---|
| State of Alabama Unified Judicial System | CC 99 - 327 GR |

## CASE ACTION SUMMARY
### CONTINUATION

:-7    Rev 2/79

Style: State v ___John Minnifield___    Page Number ___ of ___ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 7-22-99 | This matter was before the Court for further hearing on the matter of bond reduction/ bond revocation. The Court heard further testimony from Nobey Lewis and from Eddie Simpson, E.V.E.N. Program Coordinator. It is Ordered: 1.) Defendant's bond is reinstated and he is to be released under prior conditions. 2.) Defendant's release is conditioned upon him having no contact with the Victim, her family or employer. 3.) Defendant to contact the E.V.E.N. Program, enroll, and attend as scheduled and follow all rules of said program. 4.) Defendant is not to consume or have any alcohol in his possession. 5.) This matter is to be set for trial. SMG |
| 8-19-99 | By Agreement of the parties this trial ___ not in October, 1999. SMG |

| State of Alabama<br>Unified Judicial System | **CASE ACTION SUMMARY**<br>CONTINUATION | Case Number<br>CC 99-327 GR |
|---|---|---|
| C-7    Rev 2/79 | | |

Style:
State v _John Mirrifield_                    Page Number _____ of _____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 10-21-99 | Hearing held on DDA Bailey's Motion to Revoke Bond.  The Court Orders Defendant's bond revoked and an arrest warrant issued.<br><br>~Sally Greenhaw~<br>SALLY GREENHAW, CIRCUIT JUDGE |
| 10-21-99 | Capias Issued |
| 11-6-99 | Capias executed; file to the Judge |
| 11-12-99 | Δ appeared with counsel for hearing. Present in Court were the ADA, Victim, Δ and counsel. The Court having heard the sworn testimony of the parties Orders Δ's bond reinstated at $100,000.00. Said bond is to be good and sufficient and approved by the Court before release. SMG |
| 1-11-00 | Witnesses Karen Blanche and Naketh Carter having been served and appearing 1-10-00 and Ordered to appear 1-11-00 and having failed to do so the Sheriff is Ordered to bring said witnesses to Court forthwith. SMG |

State of Alabama
Unified Judicial System

.7    Rev 2/79

# CASE ACTION SUMMARY
## CONTINUATION

Case Number

CC 99-327 GR

Style: State v _John Minnifield_    Page Number _____ of _____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| -12-00 | ORDERED, comes now a jury of David Bryan, Penn, Foreperson, and eleven others, who being impanelled and sworn according to law, upon their oaths do say: |
| | We, the jury, find the Defendant guilty of Stalking as charged in the indictment. |
| | ORDERED, in accordance with the verdict of the Jury, the Defendant is adjudged guilty. |
| | Sentencing is set on 2/7/2000 at 8:00 a.m.  PSI Ordered. |

*Sally Greenhaw*

SALLY GREENHAW, CIRCUIT JUDGE

| State of Alabama<br>Unified Judicial System | CASE ACTION SUMMARY<br>CONTINUATION | Case Number |
|---|---|---|
| C-7      Rev 2/79 | | CC 99-327 GR |

Style:
State v _John Willie Minnifield_                    Page Number _____ of _____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 2/7/00 | Defendant & attorney appeared for sentencing. Court asked if he/she had anything to say why sentence should not now be pronounced and Defendant having his/her say, it is ORDERED: |

HOA Enhancements Applicable (Yes/No)
Defendant Admits_____ State Proves _____ Priors

Sentenced to _20_ yrs./split to serve _____ yrs.
_____ reverse split postpone _____ review _____
Concurrent _____ Consecutive _____

SUSPENDED YES/NO SUPERVISED/COURT PROBATION
_____ years LEVEL II _____ Monitor_____

ENHANCEMENTS -- Weapons_____ years
      Drug -_____ years School/Public Housing
            _____ years Sale under 18
      $1000/2000 Fine
            _____ Remit portion completion SAP
            _____ Driver License suspended 6 mo.

GED_____ BootCamp_____ /SAP _X_ /Chain Gang_____
Work Release_____ Frank Lee_____ /Employment_____
Community Service_____ hrs.at _____ /PO Select
Review upon completion - Yes_____

Other - _No contact w/ V or family_
_Anger management program_
Restitution $4,378.00 Fine $ _____ Ct.Costs ✓
Crime Victim $25.00/$50.00/$_____
Attorneys Fees $150.00/ Attorney/GAL Fees _____
Payment $_____ Mo/Wk begin ___/___/2000 OR
1/2 monies earned ✓ Review _____

Defendant advised rt. appeal, credit time served
Appeal Bd. set $_____ JUDGE SALLY GREENHAW

Oral notice of appeal (SMG)

| State of Alabama<br>Unified Judicial System | **CASE ACTION SUMMARY**<br>CONTINUATION | Case Number |
|---|---|---|
| Form C-7    Rev 2/79 | | CC 99-327 SMG |

Style:

STATE OF ALABAMA VS. JOHN W. MINNIFIELD          Page Number _____ of _____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 2-7-00 | ORDER APPOINTING JOSEPH E. BURKHART ON APPEAL |
| 2-10-00 | CERTIFICATE OF APPEAL TO CRIM APPEALS, CR, DA, AG, AND ATTY BURKHART |
| 2-10-00 | FORMS TO ATTY BURKHART |
| 2-11-00 | MOTION FOR NEW TRIAL |
| 2-16-00 | FORMS FILED |
| 2-17-00 | MOTION TO RECONSIDER SENTENCE |
| 2-28-00 | Motion for Correction or Jury Mistrial |
| 3-7-00 | Motion for Rehearing |

exhibits filing cabinet basement

State of Alabama
Unified Judicial System

**CASE ACTION SUMMARY**
CONTINUATION

Case Number

CC 99-327 GR

~-7    Rev 2/79

Style: State v _John Minnifield_          Page Number ____ of ____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|------|-------------------------------|
| 3/6/00 | This matter was before the Court on Defendant's Motion for New Trial Pro Se, Motion For/Or Correction of Jury Mistrial and Motion to Reconsider Sentence. The Court having read and considered the motions is of the opinion said Motions should be denied. WHEREFORE, the Motion for New Trial Pro Se, Motion For/Or Correction of Jury Mistrial and Motion to Reconsider Sentence are due to be and are hereby denied. |

                    _Sally Greenhaw_
                    SALLY GREENHAW
                    CIRCUIT JUDGE

(DUB HARRIS, O.C.R.)

# THE STATE OF ALABAMA

## , MONTGOMERY COUNTY

Circuit Court of Montgomery County, _____ FEBRUARY _____ Term, A.D. 19 99

The Grand Jury of said County charge that, before the finding of this indictment,

```
JOHN WILLIE MINNIFIELD, alias
JOHN WILLIE MINNIEFIELD, alias
WILLIE MINNIFIELD, alias
JOHN W. MINNIFIELD, alias
JOHN W. MINNIFELT, alias
J.W. MINNIFIELD, alias
JOHN MINNFIELD, alias
JOHN WILLIE MINNIFILD, alias
WILLIE JOHN MINNIFIELT,
```

whose name is otherwise unknown to the Grand Jury, John Willie Minnifield,

alias did intentionally and repeatedly follow or harass Vonciel Minnifield

and made a credible threat, either expressed or implied, with the intent to

place that person in reasonable fear of death or serious bodily harm, in

violation of Section 13A-6-90 of the Code of Alabama,

against the peace and dignity of the State of Alabama.

*Ellen Brooks*
_____

District Attorney, Fifteenth Judicial Circuit of Alabama

GJ NO. ___0021___

THE STATE OF ALABAMA

John Willie Minnifield
B/M HT:5'11 WT:185 DOB:12/26/39

v.

SID. NO. 0022896 ARREST DATE ___11/23/98___

FOR

Stalking

A TRUE BILL

_David P. Hunt_

Foreperson of Grand Jury

BAIL IN THIS CASE IS FIXED AT

$_____  100,000

No Prosecutor

Judge of Circuit Court of Montgomery County

CC NO. _____

SMG

Bailey

DB   MJ

---

Presented in open Court by the Foreperson of

the Montgomery County Grand Jury in the pres-

ence of ____16____ other members of

the Grand Jury and filed this ___5___ day of

___Feb___ , 19__99__

_____

Clerk of the Circuit Court of Montgomery County

---

WITNESSES

LaWanda Benson
149 Eugene St

David Johnson
2243 Ajax St

Vonciel Minnifield
2213 Upper Wetumka Brookview Apt

Nicholas Washington
770 Washington Ave

C. Williams
Wk:MPD

ACS364

ALABAMA JUDICIAL DATA CENTER
DISTRICT COURT OF MONTGOMERY COUNTY
TRANSCRIPT TO CIRCUIT COURT

CC-99-327

CASE: DC 98 006531.00
JID: LYNN C. BRIGHT

THE STATE OF ALABAMA          VS     MINNIFIELD JOHN WILLIE
                                     463 EMPIRE TERRACE

0394-76                              MONTGOMERY      AL 36110-0000

                                     CHARGE: STALKING

PROSECUTOR: BAILEY, DARYL DONALD     DEF ATTY: HARTLEY, JOHN W, JR
                                     DEF ATTY:

.................     WARRANT ISSUED AND DELIVERED TO SHERIFF.

11/23/98     WARRANT EXECUTED BY ARRESTING THE DEFENDANT AND COMMITTING HIM
             TO JAIL (OR RELEASING HIM ON BOND).

.................     BOND    $100,000.00 APPROVED AND FILED.  SURETIES.

.................     DEFENDANT TRIED, CONVICTED AND FINED              0.00 DOLLARS
                      AND THE COST OF THE PROSECUTION.

.................     ON PRELIMINARY EXAMINATION, DEFENDANT BOUND OVER TO AWAIT THE
                      ACTION OF THE GRAND JURY AND BOND FIXED AT          $0.00.

.................     DEFENDANT APPEALED TO THE PRESENT TERM OF THE CIRCUIT COURT AND
                      BOND FIXED AT $ ...............................

.................     BOND APPROVED AND FILED: SURETIES:

01/27/99     NO PRELIMINARY REQUESTED, CASE TRANSFERRED TO D.A.
             CASE  TRANSFERR

                          BILL OF COST

                 DOCKET FEE                          0.00

                 PRELIMINARY HEARING                 0.00

                 WITNESS SUBPOENA                    0.00

                      TOTAL                          0.00

RECEIVED
JAN 2 8 1999

                      CERTIFICATE TO TRANSCRIPT

TO THE CLERK AND THE CIRCUIT COURT:
    I HEREBY CERTIFY THAT THE FOREGOING IS A FULL, COMPLETE AND EXACT
TRANSCRIPT FROM MY DOCKET OF THE JUDGMENT AND PROCEEDINGS IN THE ABOVE
CLAUSE, AND I HEREWITH SEND TO THE CIRCUIT COURT ALL THE ORIGINAL AND
OTHER PAPERS PERTAINING TO THE SAID CAUSE.

                                                    BY BL
DATE ISSUED: 01/27/99
                                     CLERK

NOTE:

WITNESS FOR STATE:

OPERATOR: L L
PREPARED: 01/27/99

| STATE OF ALABAMA<br>MONTGOMERY COUNTY | WARRANT AND<br>AFFIDAVIT | THE DISTRICT COURT<br>CASE NO. DC98-6531 |
|---|---|---|

afore me the undersigned Ju ige/Clerk/Magistrate of The District Court of Montgomery County, Alabama, personally appeared

VONCIEL A. MINNIFIELD

who being by me first duly sworn deposes and says that he has probable cause for believing, and does believe that within twelve months within said County or about (date) 11-23-98    one    JOHN WILLIE MINNIFIELD    , did

intentionally and repeatedly follow or harass Another person, t0-wit: VONCIEL MINNIFIELD , and made a credible threat, either expressed or implied, with the intent to place that person, to-wit: VONCIEL MINNIFIELD , in reasonable fear of death or serious bodily harm , in violation of Code 13A-6-90 of the State of Alabama against the peace and dignity of the State of Alabama,

Sworn to and Subscribed before me this the _____ 23rd

day of ____ NOV. _____ 19 98

_____
Judge/Clerk/Magistrate of District Court
Of Montgomery County, Alabama

_____
*Vonciel Minnifield*
Complainant's Signature

| STATE OF ALABAMA<br>MONTGOMERY COUNTY | WARRANT OF ARREST | THE DISTRICT COURT |
|---|---|---|

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

You are thereof commanded to arrest : JOHN WILLIE MINNIFIELD

and bring him/her before the DISTRICT COURT OF MONTGOMERY COUNTY, to answer the State of Alabama on a charge of

STALKING

and have you then and there this writ with your return thereon

Dated this    23rd    day of    NOV.    , 19 98

The Sheriff will take bond in the sum of $ 100,000.00

_____
Judge/Clerk/Magistrate of District Court
Of Montgomery County, Alabama

NOV 24

---

WARRANT NO. _____ 2304-98

**WARRANT OF ARREST**
THE DISTRICT COURT OF
MONTGOMERY COUNTY, ALABAMA

THE STATE OF ALABAMA

v.

JOHN WILLIE MINNIFIELD

| STATE WITNESSES |
|---|
| VONCIEL A. MINNIFIELD<br>2213 UPPER WETUMPKA RD., #31 |
| NICHOLAS WASHINGTON<br>770 WASHINGTON AVE |
| C. WILLIAMS, #067<br>MPD/DET. |

1998 NOV 23 P 2:24

MONTGOMERY COUNTY
DETENTION FACILITY
RECEIVED

**Defendant's Address:**
463 EMPIRE TERRACE

36110

Race: B    Sex: M

DOB: 12-26-39

DL. No.:

S.S. Number: 424-50-910

Employment: 511    17C

**Executed the within Warrant by Arresting the within named Defendant and Taking Appearance Bond Committing Defendant to Jail**

This _____ 23rd _____ day of

November _____ , 19 98

Case # 98-21198               **AFFIDAVIT**                    2354-98

## DISTRICT COURT OF MONTGOMERY ALABAMA

INSTRUCTIONS: Complete the following information on OFFENSE/OFFENDER

Offense: STALKING

Defendant's Name: JOHN WILLIE MINNIFIELD  B/M AGE 58    D.O.B. 12/26/39

Defendant's Address: 463 EMPIRE TERRACE MONTGOMERY, ALABAMA  36110

Date & Time of Offense: 11/23/98 BETWEEN 0700-0730 HOURS

Place of Occurance: 770 WASHINGTON AVENUE MONTGOMERY (RSA PLAZA)

Person or Property Attacked: VONCIEL A. MINNIFIELD

How Attacked: BY MAKING VERBAL THREATS TO KILL VICTIM

Damage Done or Property Attacked: _____

Value of Property: _____

Details of Offense:
ON MONDAY MORNING, 11/23/98 BETWEEN 0700-0730 HOURS, THE DEFENDANT
WENT TO THE VICTIM'S PLACE OF EMPLOYMENT LOCATED AT 770 WASHINGTON
AVENUE, AT WHICH TIME HE MADE A VERBAL THREAT TO WITNESS #2 OF HIS
INTENT TO KILL THE VICTIM, WHO IS HIS WIFE, BEFORE THANKSGIVING DAY.
THE DEFENDANT HAS REPEATEDLY HARASSED, FOLLOWED AND THREATENED TO TAKE
THE VICTIM'S LIFE FOR OVER A TWO MONTH PERIOD, WHICH HAS CAUSED HER TO
FEAR FOR HER SAFETY AS WELL AS HER CHILDREN'S SAFETY.

THIS OFFENSE OCCURRED IN MONTGOMERY COUNTY, ALABAMA, AND IS IN
VIOLATION OF SECTION 13A-6-90 OF THE CRIMINAL CODE OF ALABAMA.

I make this affidavit for the purpose of securing a warrant against the said
JOHN WILLIE MINNIFIELD  B/M AGE 58   . I understand that I am instituting a
criminal proceeding and cannot drop this case. I further understand that if any of the forgoing
facts are untrue, I may, in addition to any other punishment provided by law, be taxed with
court costs in this proceeding.

Sworn to and subscribed before me                     _Vonciel Minnifield_
this  23  day of  NOV  19 98 .                              Complainant

_____
Judge - Clerk - Magistrate

WITNESSES: (Name, Address, Telephone Number)

1) VONCIEL A. MINNIFIELD  2213 UPPER WETUMPKA RD #31 MONTG, AL
2) NICHOLAS WASHINGTON  770 WASHINGTON AVE MONTG., AL  PH 269-6090
3) DET. C. WILLIAMS, #067  MPD/DET  PH 241-2847

| STATE OF ALABAMA UJS FORM C-10A 11/89 | AFFIDAVIT OF INDIGENCY AND ORDER | CASE NUMBER |
|---|---|---|

| CC ID | 99 YR | 327 SMG NUMBER |
|---|---|---|

In the _____ Court of Montgomery County

e of Alabama vs. _____ John Willie Minnifield _____

. the matter of: _____ Stalking _____    Address: ____ In Jail

Charge/Type Proceeding: _____    Phone: _____

1. Do you have an appointed attorney on any other pending criminal case?

   No _____ Yes _____ Attorney's Name _____

**EMPLOYMENT/INCOME**

A. Do you have a job or work for yourself? _____ Yes _____ No

   Employer Name and Address _____

   How much do you earn each week? Gross $ _____ Take Home $ _____

B. Does your husband or wife work? _____ Yes _____ No

   Employer Name and Address _____

   How much money does he/she earn each week? Gross $ _____ Take Home $ _____

C. Do you or your wife receive benefits from any other source? _____ Yes _____ No

   How much do you receive each month? $ _____

**DEFENDANT**

A. Do you have any money in any bank, savings and loan, credit union, or any other place including cash on hand?

   _____ Yes _____ No Where? _____ How much? $ _____

B. Do you own anything else of value? (Land, House, Car, Etc.) _____ Yes _____ No

   What? _____ Total Value $ _____

**ASSETS**

A. Are you _____ Single _____ Married _____ Widowed _____ Divorced/Separated

B. Do you have any dependents? _____ Yes _____ No

   Who and what relationship? _____

**DEBTS**

A. What does it cost you to live each month? $ _____

| Creditor | Total Debt | Monthly Payment | Creditor | Total Debt | Monthly Payment |
|---|---|---|---|---|---|
| Loans | $ _____ | $ _____ | Car Payment | $ _____ | $ _____ |
| Charge Accounts | $ _____ | $ _____ | Groceries | $ _____ | $ _____ |
| House or Rent Payment | $ _____ | $ _____ | Utilities | $ _____ | $ _____ |
| Alimony | $ _____ | $ _____ | | $ _____ | $ _____ |
| Support | $ _____ | $ _____ | | $ _____ | $ _____ |

It is my desire at this time to have counsel appointed by the court to represent me on the above charge(s). In support of this request, I have answered the preceding questions relating to ability to pay. I swear or affirm that the answers are true and reflect my present financial status. I understand that a false statement or answer to any questions in this affidavit may subject me to penalties for perjury. I authorize, if necessary, the court or its authorized representative to attain records or information pertaining to my financial status from any source. I further understand and acknowledge that if the court appoints an attorney to represent me, the court may require me to pay the fees and expenses of my court appointed counsel.

Sworn to and subscribed before me this _____

**RECEIVED**

day of _____ 19 ____ .    Affiant/Defendant

2-23-99

_____ Judge/Notary

## ORDER

It is ordered that the foregoing request be: ☑ Granted ☐ Denied

**APPOINTMENT OF ATTORNEY**

It is therefore ordered and adjudged by the Court that ___ Wiley Hartley ___ Attorney at Law, be and is hereby appointed as counsel to represent, assist and defend in this (these) case(s). It is further ordered that the Court reserves the right and may order reimbursement of Attorney's fees and expenses, approved by the Court and paid to the appointed counsel.

Done this _____ day of _____ 19 ____

2-22-99    _____ Judge

WHITE FILE    2    ATTORNEY    3    DEFENDANT



IN THE CIRCUIT COURT FOR THE FIFTEENTH JUDICIAL CIRCUIT
MONTGOMERY COUNTY, ALABAMA



STATE OF ALABAMA,
    Plaintiff,

v.

JOHN WILLIE MINNIFIELD,
    Defendant.

CC No. 99-0327-SMG

**MAR 1999**
**Filed**
Melissa Rittenour
Circuit Clerk

NOTICE OF
DISCOVERY TO DEFENDANT,
INTENT TO USE PRIOR CONVICTIONS,
INTENT TO INVOKE SENTENCING ENHANCEMENTS,
INTENT TO OFFER PROOF BY A CERTIFICATE OF ANALYSIS, and
MOTION FOR DISCOVERY BY THE STATE

    COMES NOW the State of Alabama, by and through its District Attorney for the Fifteenth Judicial Circuit, Eleanor I. Brooks, and gives notice as to the following:

( ✓ )1.  Pursuant to Rule 16.1, A.R.Cr.P., and as otherwise required by law, all available discovery has been provided or made available to the Defendant's counsel of record.  Physical evidence, if any, is in the custody of the investigating law enforcement agency or the Alabama Department of Forensic Sciences.  Arrangements to inspect physical evidence may be made by contacting the undersigned.
    The State has, with this notice, furnished a copy of the complete "case file" (less work product) to Defense Counsel.  This material is page numbered sequentially from 000001 to _98 & 101-103_ .
The State will consider this discovery material to have been received in its entirety by Defense Counsel unless the State is notified in writing of any discrepancies.

( ✓ )2.  The State intends to use at trial any and all prior convictions, crimes, wrongs, or acts of the Defendant for those uses permitted by Rules 404(b) and 609 of the A.R.E., and as otherwise allowed by law.  The State is presently aware of, and intends to use, the following:

Burglary 11 cts Talapoosa 1961    Burglary Talapoosa 1986

Robbery St. Clair 1969    Burglary 7 cts Talapoosa 1980

Burglary & Grand Larceny St. Clair 1975    Grand Larceny Autauga 1981

Grand Larceny St. Clair 1975    Burglary II Autauga 1985

Burglary II Marengo 1980    Grand Larceny Autauga 1985

( ✓ )3.  The State intends to invoke all sentencing enhancements required or permitted by law, including the Habitual Felony Offender Act based on any applicable felony convictions, known and or any convictions which may subsequently be disclosed, and if applicable, the following:

      (   ) Enhancement for use of firearm of deadly weapon.
            Minimum term of imprisonment of _____ years.


( ____ )4.  Pursuant to Sections 12-21-300 through 303, Code of Alabama, written notice is hereby given of the State's intent to offer proof by a certificate of analysis in lieu of direct testimony.  The certificate of analysis is from the Alabama Department of Forensic Sciences and is included in the provided discovery material.


( ✓ )5.  Pursuant to Rules 16.2 and 16.4(c), A.R.Cr.P., and as otherwise required by law, the State requests a copy of all discovery to which it is entitled and hereby moves this Honorable Court for an order granting same to the State.

Respectfully submitted this _9_ day of March, 1999.


               ELEANOR I. BROOKS
               District Attorney

      By: _Daryl D. Bailey_
             Daryl D. Bailey
             Deputy District Attorney


## CERTIFICATE OF SERVICE


     I hereby certify that a copy of the foregoing motion was served upon the Honorable Wiley Hartley by hand delivery or by placing a copy thereof in the United States mail, postage prepaid and properly addressed this _9_ day of March, 1999.


               ELEANOR I. BROOKS
               District Attorney

      By: _Daryl D. Bailey_
             Daryl D. Bailey
             Deputy District Attorney



To The Circuit Court
Montgomery A/A
State Of A

John Willie Minnifield
Plantiff
VS
Montgomery Co, Cir.Ct.
State Of Alabama
Defendant

C.C.No. 99-327
SMG

Motion For Bond
Reduction

Come Now In The Above Style
And Or Cause In Pro-Se Litigation
Plaintiff, John Willie Minnifield.
Motion That The Court Move To
Act On Its Promise Of Reduction
In Bail In And Around Dec. 17th.
1988, but Never Reduce Bail.
Plaintiff John Willie Minnifield
Has Been Held In The Montgomery
County Dention Faculity Under
Two Sheriff Dan Jones And D.T.
Marshall, Incomunicado on less Than
Prima Facie Presumption, Plantiff
Has been Denied Due Process
Of law by This Court And Ct.
Appointed Counsel.



Denied Due Process

Plaintiff John Willie Minnifield
is being Denied Due Process
under The 6th and 8th Amendment
To The Constitutional by being
held on Frivilous Complaint
in Excessive Bail.
Denied To Pay My Bill.
Plaintiff Could Not be a Threat
To Community or Accused due
To Plantiff Were Notified Police
Were looking For him Plantiff did
not Call Police as instructed but
nstead went To see what They
Wanted. Attorney John Hartley
is Not doing his Job in The best
Intrest Therefore Plantiff Motion
To Remove From Case

Respectfully Submitted
Plantiff John Willie Minnifield
John Willie Minnifield
Done This 15 day of match 199

Notary
Subcribed before me This 15 day of
March 1999

Expires: 11-70-02          Notary Public State



Exhibit A
3-23-99

250 S Mc Donough
3Mont ala 361L
12/15/98

Dear Vonciel
How are you and the Kids
fine I hope so. Von all I can
say is I am sorry for what
happen, since I had time to think
about it. baby Ine lost everything
(1) my family (2) my Home (3) my
Job (4) my pension (5) my Life insurance
(6) and now the street you know
I am looking at life Without
Parole. Von Please don't send
me back to Prison for the
rest of my life, I am Breakin
the Court order by Contacting you
but this I have no Chance Von
we do not have Contact
Visiting here will you come
and talk with me Sunday Visit
is on 15 minutes baby I know
Ive lost you but I will never
hurt you and the Kids Please
release me I promise after
Court I will leave the
state and never return you

baby if you ever loved me
Please set me free I will
give you any thing in my
Power instead of one thousand
ft. of you I will go more
than a thousand miles try
me baby but where ever I
go I will always love you
and the kids you will always
know where I am and if
you will ever need me
I will be there for you
but if I am in Prison I
Cant be there you and only
you have my life in your
hand I hope and Pray
to god you do the right
thing I Wont fight you
in Court what ever you say
goes Merry Xmas & Season
Greeting forever to all
of you Dana ashley Tyson
J and Muffy Love John

**22**

32 Minnifield, 9483-B-1,
S. McDonough St,
nt ala 36104

INMATE MAIL

Mrs Vonciel Minni_
2213 upper Wetumka Rd
Mont ala 36104

36107/1305

Exhibit B.
3-23-99                    Wed 11/18/98
Dear Vonciel              3:31 am

How are you and the Girls? Baby we been through Enough the all of us special the Girls I surrender. you all do not have to run and hide No More put the Girls back in school and you Can work and enjoy your self Peacefully you and your airman friend if I wanted to harm you I know where you are staying you ask me to get help your wish has been granted I am taking Counseling at the Family Guidance Center once a week. I am also in Alinon & A-A. baby it hurt me so bad when I hurt the kids I am sorry I hurt either of you but life Must go on if you wish I will sign the Divorce papers; if this what you want. I will always love you and the kids I won't hurt are stand in your way just let the kids know I love them and you always my

R_____thul Babies your Hus

Mrs Vonciel Minnifield
C/o Plaza Grill
1530 Washington St
Mont Ala

John Willie Minnifield
        VS
The OF M/A.
Montgomery Alim CTY

C.C. No. 99-327

SmG

## Motion For Discovery

Come Now In The Above Style and
In Cause, John Willie Minnifield --- In Fro-
se; litigating Motion That The State
In Court Release All Evidence To Plaintiff
That The State Intend To Use on or
against Plaintiff John Willie Minnifield.
V. C.C. No 99-327. Plaintiff Has Filed Motion
To Dismissed Attorney John Wesky Hartley
From Representing, Plaintiff John W. Minnifield
Whom has Filed Motion To Represent
im Self on Trial Date 5-25-1999. For A
Jury Trial.

                    Plaintiff John W Minnifield
            Done This 5-29-1999.

Subscribed before me on this 25th day of April, 1999
                    Notary
                    Date
                    Expires: 11-10-02

AFFIDAVIT
TO SUPPORT MOTION FOR OR DISCOVERY
I SWEAR THAT THE ABOVE IS TRUE
AND CORRECT TO THE BEST OF MY
KNOWLEDGE AND/OR ABILITY

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 19th DAY
MONTH APRIL AND OR YEAR 1999
PLAINTIFF John W. Winnifield
NOTARY

EXPIRES: 11-19-02

John W Case
Boys
Montgomery Cir. Ct.
ate of Alabama

WRIT OF
MANDAMUS

C.C.No 99-327

COME NOW IN The Above Style
W/or Cause John Willie Minnifield IN
Pro/se litigation. That The Above
Came Plantiff be Cause To have
he Said Montgomery Circuit Court
Produce The body of The Plaintiff
John Willie Minnifield, in open Court
To Resolve Charge or charges or
iTalking. WiThiN 7 seven working days
ii. Dismiss ANy charges with PreJudee
Where as This Court has Violated My
5Th 8Th AN or 14Th AmendmeNt To
he Constitional of The United States,
Plantiff has beeN DeNied All DUE
process of law WithoUT A word To
Defend himself For 5-MoNThs Plantiff
as Filed Several Motions To No
Avail

DoNE This __ day __ IMO 1999
Plaintiff John W Minnifield
Notary

'JUN 1999
Filed
Melissa Rittenour
Circuit Clerk

K. nice. 11-18-02

# AFFIDAVIT

Come The Above Plaintiff John Minnified
In The Above To Support Motion
Writ of Mandamows That The
Above is True And Correct.
That The Montgomery Co. Cir. Ct.
And the State of Alabama is
Holding one John W. Minnifield
Ncomunicado in The Mont. Co.
Jention Facility in An on Frivilions
Allegation An or Charge.

Plaintiff John W. Minnifield

Done This 5 Day of June 1999

Notary

Exfiles: 11-10-02

IN THE CIRCUIT COURT FOR THE FIFTEENTH JUDICIAL CIRCUIT
MONTGOMERY COUNTY, ALABAMA

STATE OF ALABAMA

v.                                                    CC 99-327 SMG

JOHN MINNIFIELD

### MOTION TO REVOKE BOND

Comes now the State of Alabama by and through its District Attorney for the Fifteenth Judicial Circuit, Eleanor I. Brooks, and requests that this Honorable Court revoke the defendant's bond and for grounds would show as follows:

1.  The defendant was before the Court on yesterday and at that time the Court reduced the defendant's bond from $100,000 to $10,000. The defendant subsequently made that bond. During the court proceeding this Court gave the defendant stern instructions not to have any direct or indirect contact with Ms. Minnifield or her family members.

2.  On today's date the undersigned prosecutor received a call from the victim, Vonciel Minnifield. Ms. Minnifield informed me that she had received a call from her Godchild who informed her that the defendant had been to his house harassing him. I spoke with Ms. Minnifield's Godchild and he informed me that the defendant came to his house and requested to speak with him. He informed the defendant that he did not wish to speak with him. He stated that the defendant came into the house and followed him back to his bedroom. He once again informed the defendant that he did not wish to speak with him. He stated that the defendant then advised him not to tell Ms. Minnifield that he was out of jail. The defendant then proceeded to tell him that he knew Ms. Minnifield was seeing another man and that he knew she was driving a red car. Ms. Minnifield's Godchild then informed the defendant again that he did not want to talk to him. At that time the defendant left the residence.

Wherefore premises considered the State requests that this Honorable Court revoke the defendant's bond in the above styled cause.

Respectfully submitted this 13th day of July, 1999.

Eleanor I. Brooks
District Attorney

By: _Daryl D. Bailey_

Daryl D. Bailey
Deputy District Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon the defendant this 13th day of July, 1999 by placing a copy of the same in the assigned courthouse box of Wiley Hartley, attorney for the defendant.

Daryl D. Bailey

JOHN MINNIFIELD
PLANTIFF        VS.                    §              99-327

MONTGOMERY CO.CIR.CT. §   C.C.NO. _SMG___
DEFENDANT
STATE OF ALABAMA§

Filed
DEC 1999
Melissa Rittenour
Circuit Clerk
31 30 29 28 27 26 25 24 23 22 21 20 19 18 17 16 15 14 13 12 11 10 9 8 7 6 5 4 3 2 1

## SPECIAL WRIT
## TO DISMISS ALL
## Charges

COME NOW IN THE ABOVE STYLE
AN/OR CAUSE. PLANTIFF JOHN
MINNIFIELD MOTION TO DISMISS AN
AND All Charges IN MINNIFIELD VS
MINNIFIELD.THAT All Charge,S IS
WITHOUT MERIT,S THE STATE OF
ALABAMA. Along With PlANTIFF
has Made AN OVERKILL OF THE
Judicial SYSTEM. AND A Mocker
OF THE JUSTICE SYSTEM. A
VIOLATION OF THE 8th + 14 AMEND
MENT. SEE AllegaTION.

Pro/Se litigation
John Minnifield
Pg 1#

◇ ALLEGATION ◇

PLANTIFF JOHN MINNIFIELD Allege
THAT THE STATE OF ALA HAS
Violated THE PLANTIFF CIVIl Right
THE STATE ALONG WITH JOHN W.
HARTLEY have CONSpired TO hold
PLANTIFF JOHN W. MINNIFIELD IN—
COMWEADO IN THE MONTGOMERY
CO. DETENTION CENTER. THE
STATE AND. OR JOHN W HARTLEY
DID WITH hold EVIDENCE FROM
CIR. JUDGE Sally GREENHAW. That
WOUld HAVE let ME OUT OF
Jail DEC. 29th 1998. This EVIDE
IS Newly Discovered. I AM
bEING held ON AN UNCONSTITIONAl
bail. AND less Than Prima-Faci
EVIDENCE. PLANTIFF JOHN MINNIF
Hope + Pray That HE IS brough
TO COUNT THE WEEK OF DEC.
13th bEFORE HON. Sally GREENhaw
AN RELEASED FROM THIS CRUEl
+ WNUsally PUNISHMENT SEE MOTION
NO. D.C-98-6531. FROM JUDGE BrighT.
Nor. 29th 1998.                    Pg II

# Allegation Con,t

Plantiff John Minnifield is feeling
The Duress of Imprisoment That
Prevent his liberty see 1 81 Comm
30 131 136 137. State of Alabama
has used unfounded Charges an/or
Conviction

Robbery St. Clair 1969
Burglary + Grand lateney 1975
Grand lateney                1975
Burglary Tallapoosa Ca 7 cts 1980
Grand lateney Autuaga        1985
Grand lateney Autuaga        1985
These Are Untrue Cases That State
Used To Show bad Character To
Jury. See Wittnes, an/or Arrest
Warrant For Nov 6th see missing
Discovery Page,s 18 Thru 51 Meaning
Information Witheld, is in Violation
F 14Th Ammended. ←——————→ ←————→
Grilla Tatic,s being used by State
To Convict John W. Minnifield on
Domestic Dispute To A Felony/P937

CERTIFICATE OF SERVICE

I hereby CERTIFY That A Copy
of This Motion is Served
by Hand Mail To City Clerk.
In Dec. ___ 1999.

Plaintiff John W Minnifield
NotAry
DaTE 12 - 15 - 1999

Please serve
a copy To D.A.
Judge/Greenhaw
A.S.A.P

JUDGE: _Greenhaw_

COURT REPORTER: _Meredith Newman_

PANEL: _11-15_

CASE _CC - 99-327_

_State of AL_

ATTY: _Darby, Bailey_

VS _John Willie Minnifield_

ATTY: _John Hartley, Jr._

_Stalking_

STATE

| PLAINTIFF | DEFENDANT |
|-----------|-----------|
| 1) 210 | 255 |
| 2) 220 | 250 |
| 3) 273 | 225 |
| 4) 280 | 282 |
| 5) 240 | 201 |
| 6) 261 | 277 |
| 7) 230 | 199 |
| 8) 224 | 219 |
| 9) 287 | Al 217 |
| 10) | |
| 11) | |
| 12) | |
| 13) | |
| 14) | |
| 15) | |

```
****************************
No. Jurors     No. Strikes
****************************

   12 . . . . . . . . . . . . 0
   14 . . . . . . . . . . . . 1
   16 . . . . . . . . . . . . 2
   18 . . . . . . . . . . . . 3
   20 . . . . . . . . . . . . 4
   22 . . . . . . . . . . . . 5
   24 . . . . . . . . . . . . 6
   26 . . . . . . . . . . . . 7
   28 . . . . . . . . . . . . 8
   30 . . . . . . . . . . . . 9
   32 . . . . . . . . . . . . 10
   34 . . . . . . . . . . . . 11
   36 . . . . . . . . . . . . 12
   38 . . . . . . . . . . . . 13
   40 . . . . . . . . . . . . 14
   42 . . . . . . . . . . . . 15

****************************
```

```
JUR250                    ALABAMA JUDICIAL INFORMATION SYSTEM          PAGE:
OPER: ANU                          MONTGOMERY COUNTY               RUN DATE: 01/04
                          STRIKE LIST BY: STRIKE#                  RUN TIME: 08:59

TERM DATE: 01/04/2000   PANEL: ALL   STATUS: A
```

| STRIKE | JUROR'S NAME | | STRIKE | JUROR'S NAME |
|--------|--------------|---|--------|--------------|
| 0181 | JENKINS FRED | | ~~0261~~ | ~~PATTON DAISY L~~ |
| 0183 | JENKS BARBARA V | | 0265 | PENN DAVID B |
| 0185 | JOHNSON CYNTHIA | | 0267 | PERRY NELLIE W |
| 0187 | GARRISON BERNICE S | | (15) ✓0268 | PETERS LEE M |
| 0191 | JONES RAMONA K | | ~~0273~~ | ~~PHELPS LAWRENCE H~~ |
| 0195 | KIRBY ROBERT C | | ~~0276~~ | ~~PORTER DONALD C~~ |
| (11) 0197 | LAMKIN RICHARD B | | ~~0277~~ | ~~POUNCEY MARY D~~ |
| ~~0199~~ | ~~LEE DOROTHY M~~ | | ~~0280~~ | ~~PRESTON TELISSA D~~ |
| 0200 | LEONARD HEATHER A | | ~~0282~~ | ~~PRITCHETT LORI F~~ |
| ~~0201~~ | ~~LESLIE RACHELLE L~~ | | ~~0287~~ | ~~REYNOLDS FRANKLIN W~~ |
| 0206 | LEWIS SARAH B | | (16) 0291 | RICHARDSON LINDA O |
| 0207 | LIVINGSTON LINDA D | | 0298 | ~~ROGERS FAMLYN D~~ *Rogers- PAMLYN* |
| ~~0210~~ | ~~LONGMIRE HENRY J~~ | | 0300 | ROSS BEVERLY D |
| (12) 0211 | LOWE CLAUDIA S | | 0301 | ROSS MARVIN A |
| ~~0212~~ | ~~LUCKIE W T~~ | | 0303 | ROWELL ALVIN T |
| 0215 | LUSANE GWENDOLYN | | 0308 | SANFORD SHERYLE S |
| 0217 | MACK WANDA N  A1 | | 0310 | SCOTT PENN 3 |
| ~~0219~~ | ~~MANGUM FRANCES E~~ | | (17) 0318 | SHACKLEFORD NATHANIEL |
| ~~0220~~ | ~~MANUEL YURI C~~ | | 0320 | SLATE DARLENE L |
| 0221 | MARSHALL JOELLEN M | | 0321 | SMALL IDA L |
| (13) ~~0224~~ | ~~MARTIN CHARLIE W~~ | | 0322 | ~~SMITH BRENDA~~ *SMITH BRENDA* |
| ~~0225~~ | ~~MARTIN ROGER D~~ | | 0324 | SMITH DELOIS M |
| 0227 | MCINDOE JAMES E | | 0329 | SMITH WILLARD L |
| ~~0230~~ | ~~MCKENNEY GWENDOLYN C~~ | | 0331 | SPIVEY WILLIAM M |
| 0233 | MCNIVEN LILIAN R | | (18) 0335 | SUCHY JUDITH H |
| ~~0236~~ | ~~MILES BARBARA P~~ | | 0341 | THOMAS CAROLYN F |
| ~~0240~~ | ~~MITCHELL JOHN A~~ | | 0342 | THOMPSON DONNIE J |
| (14) ~~0243~~ | ~~MOORE BILLY C~~ | | 0344 | THORNTON LORETTA B |
| ~~0246~~ | ~~MOSS JULIA E~~ | | 0345 | TIDWELL HAROLD R |
| ~~0250~~ | ~~NEELY SHARON R~~ | | 0348 | TRIMBLE JESSE |
| ~~0254~~ | ~~OGWYNN EDWARD H~~ | | 0350 | TURNEY CHARLES W |
| ✓~~0255~~ | ~~ORTEGA CATHERINE T~~ | | (19) 0351 | VERES BETH S |

State of Alabama
Unified Judicial System    **JURY VERDICT**    Case Number

Form C·50    Rev 6/88    CC-99-327 GR

# IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

Plaintiff: STATE OF ALABAMA    v.    Defendant: JOHN W. MINNIFIELD

✓ We the jury find the Defendant GUILTY of Stalking as charged in the indictment.

OR

_____ We the jury find the Defendant NOT GUILTY.

RECEIVED 1-14-2000

✓ DAVID BRYAN PENN
Name of Foreperson (please print)

David Bryan Penn
Foreperson Signature

Date filed JAN / 12 /2000    _____ By:_____

<u>MINUTE ENTRY</u>

STATE OF ALABAMA

VS.

*John Willie Minnifield*
Defendant

IN THE CIRCUIT COURT OF

*Macon* COUNTY

CASE NO. ~~80-025~~
80-025

JUDGMENT

*8/20/80* ————— On this day, in open court, comes

defendant, accompanied by his attorney of record, and being asked by the Court if he has

anything to say why judgment and sentence of the law should not be imposed on him, says

nothing. It is, therefore, CONSIDERED, ORDERED and ADJUDGED by the Court that

defendant is guilty of *burglary 2nd degree*

————————— as charged in the *indictment*.

( ) Sentence is taken under advisement until the ————— day of —————,

19———.

( ) Defendant is continued under existing bond.

( ) Defendant is committed to custody of the sheriff.

*Chas. D. Neila*
Circuit Judge

SENTENCING

*8/20/80* ————— On this day, in open court, comes defendant,

accompanied by his attorney of record, and the matter of sentence being understood and

considered by the Court, it is CONSIDERED, ORDERED and ADJUDGED by the Court,

and it is the judgment and sentence of the law, that defendant be sentenced to —————

*ten years in penitentiary*

( L ) Probation is not warranted.

...on of sentence is suspended; defendant is placed on probation during good

...a term of ———————

...lowing additional terms and conditions: *Jan. 19, 2000*

DATE

*Rusty Nichols* By: *SCB*
CLERK/REGISTER

*Chas. D. Neila*
Circuit Judge

I certify that the above is a true and correct copy of the judgement rendered in the above case, which said judgement is on file and recorded in my office.

RECEIVED
2-9-2000

Filed Aug. 20, 1980
*Germaine Sieja, Clerk*

JUDGMENT & SENTENCING

MINUTE ENTRY

STATE OF ALABAMA

VS.

_____
Defendant

IN THE CIRCUIT COURT OF

_____ COUNTY

CASE NO. 80-023
023-4
023-5
023-6
& c.

### PRE-ARRAIGNMENT

_____ 1-25-80 _____ On this day in open court, comes

defendant, and it being ascertained by the Court that he is correctly named in the indict-

ment, and being advised by the Court of the charge pending against him, and that it will

soon be set for trial; of his right to counsel of his own choice and at his expense, or, if

determined to be indigent by the Court, to counsel appointed at public expense, to represent

him in all subsequent proceedings; of his right to waive all counsel and represent himself;

and defendant being examined on oath in open court regarding counsel and indigency vel

non; and the same being understood and considered by the Court, it is hereby ORDERED

and ADJUDGED by the Court as follows:

(  )  Defendant is capable of making reasonably intelligent, voluntary and conscious

decisions and of exercising freedom of choices.

(  )  _____ , Esq., a practicing attorney at the local

bar, enters his appearance as employed attorney of record for defendant.

(✓)  Defendant is determined to be indigent and having requested court-appointed

counsel, _____ Wm Poole _____ ,

Esq., a practicing attorney at the local bar, is hereby appointed to represent him

in all subsequent proceedings.

(  )  Defendant waives counsel and claims right to represent himself.

_____
Circuit Judge

**FILED**

JAN 25 1980

DEWAYNE SHALT, Clerk
MARENGO COUNTY, AL.

PRE-ARRAIGNMENT

I certify that the above is a true and correct copy of the
judgement rendered in the above case, which said
judgement is on file and recorded in my office.

DATE _Jan. 19, 2000_

_Rusty Nichols_ By: _____
CLERK/REGISTER

MINUTE ENTRY

STATE OF ALABAMA

VS.

_John Willie Mansfield_.
Defendant

IN THE CIRCUIT COURT OF

_Macon_ COUNTY

CASE NO. _80-023_

## JUDGMENT

_4-14-80_ On this day, in open court, comes defendant, accompanied by his attorney of record, and being asked by the Court if he has anything to say why judgment and sentence of the law should not be imposed on him, says nothing. It is, therefore, CONSIDERED, ORDERED and ADJUDGED by the Court that defendant is guilty of _burglary 2nd_ _____ _____ as charged in the _indictment_.

( ) Sentence is taken under advisement until the _____ day of _____,
    19____.

( ) Defendant is continued under existing bond.

( ) Defendant is committed to custody of the sheriff.

_Cland D. Nelson_
Circuit Judge

_Filed April 14, 1980_
_Dewain Smly a Clerk_

## SENTENCING

_4-14-80_ On this day, in open court, comes defendant, accompanied by his attorney of record, and the matter of sentence being understood and considered by the Court, it is CONSIDERED, ORDERED and ADJUDGED by the Court, and it is the judgment and sentence of the law, that defendant be sentenced to

_ten years in penitentiary_

( ) Probation is not warranted

( ) Execution of sentence is _____ during good
    behavior for a term of _____,
    and on the following additional conditions: _____

_Consecutive sentence to any other sentence_
_Court objects to parole at any time._

The above is a true and correct copy of the judgement rendered in the above case, which said judgement is on file and recorded in my office.

DATE _Jan. 19, 2000_

_Rusty Nichols_ By: _____
CLERK/REGISTER

_Cland D. Nelson_
Circuit Judge

_Filed April 19, 1980_
_Dewain Smly a Clerk_

JUDGMENT & SENTENCING

STATE OF ALABAMA,       *     IN THE CIRCUIT COURT OF

       Plaintiff      *

    Vs.              *     MARENGO COUNTY, ALABAMA

JOHN WILLIE MINNIFIELD,    *

      Defendant     *     CASE NUMBER: CC-80-024

### O R D E R

    It having been made known unto the Court that the Defendant, John Willie Minnifield, requested that he be allowed to represent himself and that he did not desire the services of an attorney, and the Court having questioned the Defendant concerning these matters, and the Court being of the opinion that Mr. Minnifield knowingly and intelligently waived counsel; and the Court being of the opinion that said request should be granted.

    It is, therefore, ORDERED by the Court that the Honorable William S. Poole, Jr. is hereby relieved from serving as the attorney for Mr. Minnifield in this cause, and he is discharged from proceeding further in this cause.

    It is further ORDERED that a copy of this order be served on the Defendant, together with a copy of the Order Withdrawing and Filing the Indictment.

    DONE and ORDERED this, the 15th day of September, 1980.

*Filed Sept. 15, 1980*
*Deurin Suly in clerk*

*Copies to:*
*William J. Poole, Jr., Esq.*
*The Hon. Nathan A. Watkins,*
*9/16/80*

CLAUD D. NEILSON
CIRCUIT JUDGE

I certify that the above is a true and correct copy of the judgement rendered in the above case, which said judgement is on file and recorded in my office.

DATE *Jan. 19, 2000*

CLERK/REGISTER *Rusty Nichols* By: _____

```
STATE OF ALABAMA,              *     IN THE CIRCUIT COURT OF

              Plaintiff        *

       Vs.                   , *     MARENGO COUNTY, ALABAMA

JOHN WILLIE MINNIFIELD,        *

              Defendant        *     CASE NUMBER: CC-80-024
```

## ORDER WITHDRAWING AND FILING THE INDICTMENT

On this day, in open Court, the District Attorney filed a motion with the Court that this case be withdrawn and filed with leave to reinstate the indictment at a later time, and the Court upon consideration of the motion of the District Attorney, is of the opinion that the same should be granted.

It is, therefore, ORDERED by the Court that the indictment returned by the Grand Jury is hereby withdrawn and the Clerk is ORDERED to file said indictment and the District Attorney is granted leave to reinstate the indictment at a later time. Costs are taxed to the State of Alabama.

DONE and ORDERED this, the 18th day of August, 1980.

CLAUD D. NEILSON
CIRCUIT JUDGE

**FILED**

AUG 18 1980

DEWAINE SEALY, Clerk
MARENGO COUNTY, Ala.

Copies mailed to:
Hon. Nathan D. Watkins
William D. Poole, Jr., Esq.
John Willie Minnifield
8/22/80

INDICTMENT

# THE STATE OF ALABAMA, MARENGO COUNTY

CIRCUIT COURT, _____ Spring _____ TERM, 19 80

The Grand Jury of said County charge that before the finding of this indictment

John Willie Minnifield

whose name is otherwise unknown to the Grand Jury, feloniously took and carried away to

wit: Three Thousand Seven Hundred Seventy Two Dollars and Seventy

Six cents ($3,772.76) in lawful United States currency, a better

description of which is otherwise unknown to the Grand Jury, of

the value of, to wit: Three Thousand Seven Hundred Seventy Two

Dollars and Seventy Six cents ($3,772.76), the personal property of

Spiller Associated Furniture Stores, Inc.

against the peace and dignity of the State of Alabama.

NATHAN G. WATKINS,
District Attorney of the 17th Judicial Circuit.

Code 1940, Tit. 15, Sec. 259



Grand Jury No. 10

A TRUE BILL.

_____
Foreman of the Grand Jury.

Filed in open Court on the ____ day of ____, 19__

In the presence of the Grand Jury.

_____
Clerk

Presented To the presiding Judge in open Court by the Foreman of the Grand Jury, in the presence of ____ other Grand Jurors, and filed by order of Court this the ____ day of ____, 19__

_____
Clerk.

MARENGO COUNTY

Bail fixed at $ ____

Filed this ____ day of ____, 19__

_____
Judge Presiding

FILED
JAN 15 1980
DEWAYNE SELBY, Clerk
MARENGO COUNTY, AL.

---

No. ____

THE STATE OF ALABAMA
Marengo County

CIRCUIT COURT

Spring Term, 19 80

THE STATE
vs.
John Willie Minnifield

Grand Larceny

INDICTMENT

NO. ____

Prosecutor.

WITNESSES:

D. C. Johnson

---

rec'd 1/20/00
12:10 pm

against the peace and dignity of the State of Alabama.

NATHAN G. WATKINS,
District Attorney of the 17th Judicial Circuit.

( original )

| | | |
|---|---|---|
| STATE OF ALABAMA, | * | IN THE CIRCUIT COURT OF |
| Plaintiff | , * | |
| Vs. | * | MARENGO COUNTY, ALABAMA |
| JOHN WILLIE MINNIFIELD, | * | |
| Defendant | * | CASE NUMBER:  CC-80-026 |

### O R D E R

It having been made known unto the Court that the Defendant, John Willie Minnifield, requested that he be allowed to represent himself and that he did not desire the services of an attorney, and the Court having questioned the Defendant concerning these matters, and the Court being of the opinion that Mr. Minnifield knowingly and intelligently waived counsel; and the Court being of the opinion that said request should be granted.

It is, therefore, ORDERED by the Court that the Honorable William S. Poole, Jr. is hereby relieved from serving as the attorney for Mr. Minnifield in this cause, and he is discharged from proceeding further in this cause.

It is further ORDERED that a copy of this order be served on the Defendant, together with a copy of the Order Withdrawing and Filing the Indictment.

DONE and ORDERED this, the 15th day of September, 1980.

Filed Sept. 15, 1980
Lawrence Sandy, Clerk

Copies To:
William S. Poole, Jr., Esq.
The Hon. Nathan D. Watkins
9/16/80

CLAUD D. NEILSON
CIRCUIT JUDGE

I certify that the above is a true and correct copy of the judgement rendered in the above case, which said judgement is on file and recorded in my office.

Jan. 19, 2000
DATE

Rusty Nichols  By: _____
CLERK/REGISTER

# THE STATE OF ALABAMA, MARENGO COUNTY

CIRCUIT COURT, _____ Spring _____ TERM, 19~~7~~ 80

The Grand Jury of said County charge that before the finding of this Indictment _____

John Willie Minnifield

whose name is otherwise unknown to the Grand Jury, feloniously took and carried away to wit: One Hundred Thirty Seven Dollars ($137.00) in lawful United States currency, the denominations being otherwise unknown to the the Grand Jury, One (1) brief case, and One (1) letter opener, a better description of which is otherwise unknown to the Grand Jury, of the total value of, to wit: One Hundred Eighty Seven Dollars ($187.00), the personal property of William T. Coplin,

against the peace and dignity of the State of Alabama.

NATHAN G. WATKINS,
District Attorney of the 17th Judicial Circuit.

Code 1940, Tit. 15, Sec. 259



Grand Jury No. 7

A TRUE BILL—

_____
Foreman Grand Jury.

Filed in open Court on the 16th day of
January, 198__

in the presence of the Grand Jury.

_____
Clerk.

Presented to the presiding Judge in open Court by
the Foreman of the Grand Jury, in the presence
of 12 _____ other Grand Jurors, and filed
by order of Court this 16th day of
January, 198__

_____
Clerk.

Bail fixed at $ _____

_____, the _____ day of _____ 197__

_____
Judge Presiding

FILED

JAN 16 1980

_____ SMITH, Clerk
MARENGO COUNTY, AL.

Code 1940, T.    c. 250.

No. _____

THE STATE OF ALABAMA
Marengo County

**CIRCUIT COURT**

Spring _____ Term, 19X 80.

THE STATE
vs.

John Fillie Minnifield

Grand Larceny

**INDICTMENT**

No. _____

_____
Prosecutor.

WITNESSES:

William T. Coplin

| | | |
|---|---|---|
| STATE OF ALABAMA, | * | IN THE CIRCUIT COURT OF |
| Plaintiff | * | |
| Vs. | * | MARENGO COUNTY, ALABAMA |
| JOHN WILLIE MINNIFIELD, | * | |
| Defendant | * | CASE NUMBER: CC-80-066 |

## O R D E R

It having been made known unto the Court that the Defendant, John Willie Minnifield, requested that he be allowed to represent himself and that he did not desire the services of an attorney, and the Court having questioned the Defendant concerning these matters, and the Court being of the opinion that Mr. Minnifield knowingly and intelligently waived counsel; and the Court being of the opinion that said request should be granted.

It is, therefore, ORDERED by the Court that the Honorable William S. Poole, Jr. is hereby relieved from serving as the attorney for Mr. Minnifield in this cause, and he is discharged from proceeding further in this cause.

It is further ORDERED that a copy of this order be served on the Defendant, together with a copy of the Order Withdrawing and Filing the Indictment.

DONE and ORDERED this, the 15th day of September, 1980.

Filed Sept. 15, 1980
Devania Sedgmon Clerk

Copies to:
William S. Poole, Jr., Esq.
The Hon. Nathan S. Watkins
4/15/80

CLAUD D. NEILSON
CIRCUIT JUDGE

I certify that the above is a true and correct copy of the judgement rendered in the above case, which said judgement is on file and recorded in my office.

DATE Jan. 19, 2000

Rusty Nichols  By:
CLERK/REGISTER

STATE OF ALABAMA,      *    IN THE CIRCUIT COURT OF

        Plaintiff     *

   Vs.           , *    MARENGO COUNTY, ALABAMA

JOHN WILLIE MINNIFIELD,    *

      Defendant    *    CASE NUMBER: CC-80-066

## ORDER WITHDRAWING AND FILING THE INDICTMENT

On this day, in open Court, the District Attorney filed a motion with the Court that this case be withdrawn and filed with leave to reinstate the indictment at a later time, and the Court upon consideration of the motion of the District Attorney, is of the opinion that the same should be granted.

It is, therefore, ORDERED by the Court that the indictment returned by the Grand Jury is hereby withdrawn and the Clerk is ORDERED to file said indictment and the District Attorney is granted leave to reinstate the indictment at a later time.  Costs are taxed to the State of Alabama.

DONE and ORDERED this, the 18th day of August, 1980.

FILED

AUG 18 1980

DEWAINE SEALY, Clerk
MARENGO COUNTY, AL

Copies mailed to:
The Hon. Nathan G. Watkins
William A. Poole, Jr., Esq.
John Willie Minnifield
           8/22/80

CLAUD D. NEILSON
CIRCUIT JUDGE

INDICTMENT

# THE STATE OF ALABAMA, MARENGO COUNTY

CIRCUIT COURT, _____ Spring _____ TERM, 19 80

The Grand Jury of said County charge that before the finding of this Indictment

John Willie Minnifield

whose name is otherwise unknown to the Grand Jury, did have in his possession an implement or instrument designed and intended by him to aid in in the commission of burglary or larceny in this state, or elsewhere,

against the peace and dignity of the State of Alabama.

NATHAN G. WATKINS,
District Attorney of the 17th Judicial Circuit.

Code 1940, Tit. 15, Sec. 259

Grand Jury No. 9

A TRUE BILL.

_____
(Foreman) Grand Jury.

Filed in open Court on the 16th day of
January 19 2_

in the presence of the Grand Jury.

_____ Clerk.

Presented to the presiding Judge in open Court by
the Foreman of the Grand Jury, in the presence of
the other Grand Jurors, and filed
by order of Court this ___ day of
19___

_____ Clerk.

Bail fixed at $ _____

_____ 197_
Judge Presiding

**FILED**

JAN 16 1980

DEWAINE SEAY, Clerk
MARENGO COUNTY, AL.

Code 1940, T

ec. 200.

---

No. _____

**THE STATE OF ALABAMA**

Marengo County

**CIRCUIT COURT**

Spring                    Term, 19 80

THE STATE
vs.

John Willie Minnifield

Possession of Burglary Tools

**INDICTMENT**

No. _____

WITNESSES:

L. C. Johnson

_____ Prosecutor.

# Offices of
# **Ellen Brooks**
### District Attorney
## Fifteenth Judicial Circuit of Alabama

J. RANDALL McNEILL
CHIEF DEPUTY DISTRICT ATTORNEY

J. DARYL THOMPSON
ADMINISTRATIVE ASSISTANT

JERRY N. BLOODSWORTH
CHIEF INVESTIGATOR

Montgomery County Courthouse
251 South Lawrence Street
P.O. Box 1667
MONTGOMERY, ALABAMA 36102-1667

(334) 832-2550
Fax 832-1615

January 14, 2000

CIRCUIT COURT CLERK-CRIM DIV
MARENGO COUNTY COURTHOUSE
101 E COATS AVE
LINDEN AL   36748

SENTENCING IS END OF JANUARY.   PLEASE EXPEDITE.   THANK YOU.

RE:              John Minnifield          FOR DARYL BAILEY, DDA
DOB:             12/30/1940
RACE:            Black/Male
CHARGE:          Burglary-2nd Deg
OFFENSE DATE:    09/09/1979 Disposition date 04/14/1980
CASE NO.:        No Case Number

Dear Sir or Madam:

   I am writing to request a certified copy of the minute entry of all felony, theft, forgery and drug convictions of the above-named Defendant.

   The conviction records should include the following information:
   1.   Name of Defendant.
   2.   Court number.
   3.   Convicted charge.
   4.   Sentence.
   5.   Sentencing date.
   6.   Presence of defense counsel or waiver.

   The records must be certified and, if you are outside of Alabama, they must be exemplified.

   Your prompt attention to this request is appreciated.   Should you have any questions, please contact me immediately.

Sincerely,

Eleanor I. Brooks
District Attorney

By: _____
    Lillian O. Monfee

*Anything else, Beshears*
*ie Linda Beshears*
*334-295-2222*

80-83



# Offices of
# Ellen Brooks
### District Attorney
## Fifteenth Judicial Circuit of Alabama
Montgomery County Courthouse
251 South Lawrence Street
P.O. Box 1667
MONTGOMERY, ALABAMA 36102-1667

J. RANDALL McNEILL
CHIEF DEPUTY DISTRICT ATTORNEY

J. DARYL THOMPSON
ADMINISTRATIVE ASSISTANT

JERRY N. BLOODSWORTH
CHIEF INVESTIGATOR

(334) 832-2550
Fax 832-1615

January 14, 2000

Circuit Clerk/Criminal
Coosa County Courthouse
P.O. Box 98
Rockford, AL  35136

JAN 2000
FILED
C. H. GADDY
CLERK OF
DIS. & CIR.
COURTS

<u>SENTENCING END OF JANUARY.  PLEASE EXPEDITE.  THANK YOU.</u>

| | |
|---|---|
| RE: | Minnifield, John     FOR DARYL BAILEY, DDA |
| DOB: | 12/30/40 |
| RACE: | Black/Male |
| CHARGE: | Grand Larceny 2 CTS Disposition date 05/13/1985 |
| OFFENSE DATE: | 04/10/80 |

Dear Sir or Madam:

I am writing to request a certified copy of the minute entry of all felony, theft, forgery and drug convictions of the above-named Defendant.

The conviction records should include the following information:
1. Name of Defendant.
2. Court number.
3. Convicted charge.
4. Sentence.
5. Sentencing date.
6. Presence of defense counsel or waiver.

The records must be certified and, if you are outside of Alabama, they must be exemplified.

Your prompt attention to this request is appreciated.  Should you have any questions, please contact me immediately.

Sincerely,

Eleanor I. Brooks
District Attorney

By: *Lillian O. Monfee*

Lillian O. Monfee
Records Division

RECEIVED
2-9-2000

9. Called DOC *
Requested the
records, Will be
sent in 1-2 days.

*Sorry! We didn't receive the
record from Montgomery until
1-28-00*

State of Alabama
Unified Judicial System

Form C-8 Rev 8/77

**CASE ACTION SUMMARY**
**(CRIMINAL)**

Case Number
CC 80 77
ID    YR    Number

IN THE _Circuit_ COURT OF _Coosa_ COUNTY

STATE OF ALABAMA
vs.

Date of Birth
N/S

| Distinguishing Features: Warrant # | | | | | |
|---|---|---|---|---|---|
| SSAN    JCID # | | | | | |
| Sex | Race | Eyes | Hair | Height | Weight |

Defendant
John W. Brininfield

Address
Marengo Cty Jail
Linden Al.
Zip

Employer

Address

| Case Number CC-80-77 | Jury / Non-Jury |
|---|---|

Charges  □Msd. ☑Fel.  □App.

Theft of Property, 2nd

| Date Arrested | Incarcerated |
|---|---|
| | On Bond |

Prosecutor

Attorney
R. D. Pitts    @

Judge ID

| Date War/Cap. Issued | Date Committed to Jail |
|---|---|
| Date Initial Appearance | Date Released on Bond |
| Bond Amount | Bond Type & Sureties |
| Dt. Prelim. Hearing | |
| Dt. Y.O. Applic. | Dt. Probation Applic. |
| Grand Jury No. | Dt. Indictment 4-4-80 |
| Dt. Arraignment | Plea |

Arresting Officer:

□ Municipal   □ State
□ County      □ Conservation

Complainant:

Address

| Dt. Trial | Dt. Sentenced |
|---|---|
| Dt. Appeal Filed | Appeal Bond Amt. |

Additional Information And Remarks:

Disposition

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 1-31-80 | Motion to Dismiss filed by Defendant. (Filed before he was indicted ) |

I, Cordelia H. Gandy, Clerk of the Circuit and District Courts of Coosa County, Alabama, do hereby certify that the foregoing is a true and correct copy of the instrument(s) herewith set out as same appears of record in said court.

Witness my hand this _2nd_ Day of _February_ 19 __

_Cordelia H. Gandy_
Clerk of Circuit and District Courts
Coosa County, Alabama

State of Alabama
Supreme Court
Dept. of Court Mgmt.

Form SC-C-7 1-77

**CASE ACTION SUMMARY**
**CONTINUATION**

Case Number

*CC 80 17*
ID    YR    Number

*John W. Minnifield*

DATE                                                                Page Number

~~PROCEEDINGS PRELIMINARY TO ARRAIGNMENT~~ **ACTIONS** ~~(Non-Capital Case)~~
IN THE MATTER OF COUNSEL FOR DEFENDANT

(NOTE: NOT APPLICABLE IN CASES WHEREIN DEFENDANT HAS COUNSEL)

The Defendant being present in open Court without Counsel, the undersigned

Judge, before Arraigning said Defendant proceeds to ascertain, by

examination of said Defendant, the answer(s) to the following question(s)

in substance:

| | |
|---|---|
| 4-11-80 | 1. Have you employed an Attorney at Law -or- have you made any arrangements to be represented, assisted and defended by Counsel in this case? ANSWER: *no sir* |
| 4-11-80 | 2. Are you financially able to employ or hire an Attorney at Law to represent, and defend you in this case? ANSWER: *no sir* |
| 4-11-80 | 3. Do you desire the Court to appoint Lawyer to represent, and defend you in this case? ANSWER: *yes sir* |

*Harold E. Walden*, Judge.

APPOINTMENT OF COUNSEL

4-11-80  It appearing to the satisfaction of the Court that the Defendant in this

case is INDIGENT and desires LEGAL COUNSEL, it is therefore ordered and

adjudged by the Court that *Hon. R.D. Pitts*

Attorney at Law, be and is hereby appointed as Counsel to represent,

assist and defend said Defendant in this case.

*Harold E. Walden*, Judge.

ARRAIGNMENT (Non-Capital Case)

The Defendant being in open Court with Counsel and being duly Arraigned

upon the Indictment said Defendant, upon hearing the charge(s) therein

read and explained, for plea thereto says

, Judge.

COURT RECORD (WHM)

| Date | ARRAIGNMENT AND WAIVER                    ACTIONS |
|------|---------------------------------------------------|
| 4-11-80 | The Defendant being in open Court with counsel and being duly arraigned upon the indictment, said Defendant, upon hearing the nature and cause of the charges(s) therein explained and having been handed a copy of said indictment, waives the reading of same and for plea thereto says NO GUILTY and with leave of the Court, may plead further to the said indictment before his trial. |

CIRCUIT JUDGE

| Date | ACTIONS |
|------|---------|
| 4-11-80 | Set for trial 4-28-80 at 9:00 a.m. *Harold E. Walden* |
| 4-28-80 | Motion to Dismiss is denied. *Harold E. Walden* |
| -80 | State's Motion to continue, by agreement of the parties, is granted *Harold E. Walden* |
| 6-9-80 | Continued to next term of Court. |
| 8-18-80 | Case Continued — Defendant presently on trial in Marengo County, Linden, Al. *Harold E. Walden* |
| 5-18-81 | State's Motion to Withdraw indictment is granted by separate paper filed. *Harold E. Walden* |

| | |
|---|---|
| State of Alabama<br>Supreme Court<br>Dept. of Court Mgmt.<br><br>Form SC-C-7 1-77 | **CASE ACTION SUMMARY**<br>**CONTINUATION** |

Case Number:
CC: 80 77
ID  YR    Number

John W. Menninfield                                    Page Number _____

| DATE | ACTIONS |
|---|---|
| 7-25-84 | State's Motion to Reinstate Indictment is Granted by separate paper filed this date. |
| 7-26-84 | State's Motion for Discovery and Motion for Consolidation is Granted. |
| 7-26-84 | Set for trial Dec. 3, 1984 at 9:00 A.M.<br>Gerald S. Holden |
| 8-1-84 | Motion for Psychiatric Exam. & motion for Production filed by Defendant<br>and Production motion |
| 8-8-84 | Motion for Psychiatric Exam set for hearing Nov 26, 1984 at 9:00 A.M. |
| 8-29-84 | Motion for or Correction of Illegal Charges filed by Defendant on all cases. |
| 11-29-84 | Order by separate paper filed for Defendant to be Transported to Taylor Hardin Med. Facility for Psychiatric Exam. |
| 1-7-85 | Motion to Dismiss filed by Defendant. |
| 2-21-85 | Evaluation Report from Taylor Hardin Facility filed |
| | (over) |

COURT RECORD (White)

| Date | ACTIONS |
|------|---------|
| 5-6-85 | Order to Transfer Defendant from St. Clair Correctional Center to Coosa for Court on May 13, 1985 filed. (copy to Coosa Sheriff.) |
| 5-13-85 | Motion to allow Plea of Guilty, Explanation of Rights and Defendants statement of Satisfaction filed. |
| 5-13-85 | The defendant in open court with his attorney, Hon. _R. A. Watts_ , and with leave of the Court, withdraws his plea(s) of not guilty to the charges in the Indictment and pleads guilty to the charges in count _1_ of the Indictment, as shown by seperate paper this day filed. *Grand Larceny under old criminal law.* |
| 5-13-85 | Before accepting defendant's plea of guilty in this case, the court explained to defendant the privilege against compulsory self incrimination; the right to trial by jury; the right to confront one's accusers, and the consequences of the plea Including the range of sentences; the nature of the charge and acts sufficient to constitute such offense. And based on such statements and explanations by the Court, it is now the opinion of the Court that defendant has full understanding of what the plea connotes and that the plea was made voluntarily and Intelligently; and further shown by seperate paper this day filed. |

| State of Alabama<br>Unified Judicial System<br><br>Form C-7 Rev. 2/79 | **CASE ACTION SUMMARY**<br>CONTINUATION | Case Number<br><br>CC 80 79<br>ID    YR    Number |
|---|---|---|

Style: *John W. Merrifield*    Page Number _____ of _____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|

5-13-85

Does the Defendant have anything to say before the
Court imposes the sentence of law upon you? The

Defendant answered *No Sir*

*[signature]*

5-13-85

It is the judgement of the Court that the
defendant is guilty of the offense of
*Grand Larceny*
as charged in count _____ of the indictment
and the _____ _____ that the
defendant _____ prison-
ment in the _____ Alabama
for _____ 5 _____ _____ defendant
being in op _____ _____
nothing _____ _____ _____
It is therefore Con _____ Ord _____ Adjudged
by the Court that the defendant be and defendant
is hereby sentenced to the penitentiary of the
State of Alabama for _____ 5 _____ years and *No* days.

*[signature]*

5-13-85   *The sentence in this case is to
run concurrent with the sentence
in case CC-80-79 in Coosa County*

*[signature]*

| State of Alabama<br>Unified Judicial System<br>Form C-7 Rev. 2/79 | **CASE ACTION SUMMARY**<br>**CONTINUATION** | Case Number<br>CC 80 77<br>ID    YR    Number |
|---|---|---|

Style:  *John W. Winnifield*                                    Page Number ____ of ____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|

5-13-85

Does the Defendant have anything to say before the Court imposes the sentence of law upon you? The Defendant answered *No Sir*

It is the judgement of the Court that the defendant is guilty of the offense of _____ *Grand Larceny* _____ as charged in count ____ ____ of the Indictment and the _____ defendant _____ that the _____ prison-ment in the _____ Alabama for ____ 5 ____ y ____ O _____ defendant being in op _____ nothing w _____ It is therefore Co _____ Or _____ Adjudged by the Court that the defendant be and defendant is hereby sentenced to the penitentiary of the State of Alabama for 5 years and NO days.

5-13-85  *The sentence in this case is to run concurrent with the sentence in case CC-80-79 in Coosa County*

| State of Alabama Unified Judicial System | **CASE ACTION SUMMARY (CRIMINAL)** | | Case Number: *CC 80 78* |
|---|---|---|---|
| Form C-6  Rev 8/77 | | | ID    YR    Number |

IN THE ___*Circuit*___ COURT OF ___*Coosa*___ COUNTY

| STATE OF ALABAMA vs. | | Date of Birth | Distinguishing Features: |
|---|---|---|---|

Warrant #

| SSAN | JCID # |
|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Sex | Race | | Eyes | Hair | Height | Weight |

**Defendant**
*John W. Minnifield*

**Address**
*Marengo Cty Jail*
*Linden, Al.*
Zip

| Date War/Cap. Issued | Date Committed to Jail |
|---|---|

**Employer**

**Address**

| Date Initial Appearance | Date Released on Bond |
|---|---|

**Case Number** *CC-80-78*   **Jury** Non-Jury

**Date Arrested**    **Incarcerated** On Bond

| Bond Amount | Bond Type & Sureties |
|---|---|

**Charges** ☐Msd. ☒Fel. ☐App.

**Prosecutor**

**Judge ID** *@*

| Dt. Prelim. Hearing | |
|---|---|

*Theft of Property 2nd*
*D.L.*

**Attorney** *R. D. Pitts*

| Dt. Y.O. Applic. | Dt. Probation Applic. |
|---|---|
| Grand Jury No. | Dt. Indictment *4-4-80* |
| Dt. Arraignment | Plea |

**Arresting Officer:**    ☐ Municipal  ☐ State  ☐ County  ☐ Conservation

| Dt. Trial | Dt. Sentenced |
|---|---|

**Complainant:**    **Address**

| Dt. Appeal Filed | Appeal Bond Amt. |
|---|---|

**Additional Information And Remarks:**

**Disposition**

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 1-31-80 | *Motion to dismiss filed by Defendant. (Filed before he was indicted)* |

I, Cordelia H. Gendy, Clerk of the Circuit and District Courts of Coosa County, Alabama, do hereby certify that the foregoing is a true and correct copy of the instrument herewith set out as same appears of record in said court.

Witness my hand this ___2ND___ Day of
___February___ 2000

*Cordelia H. Gendy*
Clerk of Circuit and District Court
Coosa County, Alabama

Court Record - White

| State of Alabama Supreme Court Dept. of Court Mgmt. Form SC-C-7 1-77 | ● CASE ACTION SUMMARY CONTINUATION ● | Case Number CC 80 78 |
|---|---|---|
| | | ID · YR · Number |

*John W. Winnsfield*                                   Page Number _____

| DATE | ACTIONS |
|---|---|
| | ~~PROCEEDINGS PRELIMINARY TO ARRAIGNMENT (Non-Capital Case)~~ |
| | IN THE MATTER OF COUNSEL FOR DEFENDANT |
| | (NOTE: NOT APPLICABLE IN CASES WHEREIN DEFENDANT HAS COUNSEL) |
| | The Defendant being present in open Court without Counsel, the undersigned |
| | Judge, before Arraigning said Defendant proceeds to ascertain, by |
| | examination of said Defendant, the answer(s) to the following question(s) |
| | in substance: |
| 4-11-80 | 1. Have you employed an Attorney at Law -or- have you made any |
| | arrangements to be represented, assisted and defended by Counsel |
| | in this case? ANSWER: *no Sir* |
| 4-11-80 | 2. Are you financially able to employ or hire an Attorney at Law |
| | to represent, and defend you in this case? ANSWER: *no Sir* |
| 4-11-80 | 3. Do you desire the Court to appoint a lawyer to represent, and |
| | defend you in this case? ANSWER: *yes Sir* |
| | *Harold E. Walden*, Judge. |
| | APPOINTMENT OF COUNSEL |
| 4-11-80 | It appearing to the satisfaction of the Court that the Defendant in this |
| | case is INDIGENT and desires LEGAL COUNSEL, it is therefore ordered and |
| | adjudged by the Court that *Hon R. D. Pitts* |
| | Attorney at Law, be and is hereby appointed as Counsel to represent, |
| | assist and defend said Defendant in this case. |
| | *Harold E. Walden*, Judge. |
| | ARRAIGNMENT (Non-Capital Case) |
| | The Defendant being in open Court with Counsel and being duly Arraigned |
| | upon the Indictment said Defendant, upon hearing the charge(s) therein |
| | read and explained, for plea thereto says |
| | Judge. |

COURT RECORD (WHITE)

| Date | ARRAIGNMENT AND WAIVER | ACTIONS |
|------|------------------------|---------|
| 4-11-80 | The Defendant being in open Court with counsel and being duly arraigned upon the indictment, said Defendant, upon hearing the nature and cause of the charges(s) therein explained and having been handed a copy of said indictment, waives the reading of same and for plea thereto says NO GUILTY and with leave of the Court, may plead further to the said indictment before his trial. *Harold E. Walden* CIRCUIT JUDGE | |
| 4-11-80 | Set for trial 4-28-80 at 9:00 a.m. *Harold E. Walden* | |
| 4-28-80 | Motion to dismiss is denied *Harold E. Walden* | |
| 5-1-80 | State's Motion to Continue, by agreement of the parties, is granted. *Harold E. Walden* | |
| 6-9-80 | Continued to next Term of Court. | |
| 8-18-80 | Case continued — Defendant presently on trial in Marengo County, Linden Alabama *Harold E. Walden* | |
| 5-18-81 | State's motion to withdraw indictment is granted by separate paper filed. | |

| State of Alabama Supreme Court Dept. of Court Mgmt. Form SC-C-7 1-77 | CASE ACTION SUMMARY CONTINUATION | Case Number CC 80 78  ID   YR   Number |
|---|---|---|

John W. Minnifield                                    Page Number _____

| DATE | ACTIONS |
|---|---|
| 7-25-84 | States' Motion to Reinstate is Granted by separate order filed this date. |
| 7-26-84 | States' motion for Discovery and Motion for Consolidation is granted. |
| 7-26-84 | Set for trial Dec 3, 1984 at 9:00 AM. Harold S. Walden |
| 8-1-84 | Motion for Psychiatric Exam + motion for Probation filed by Defendant. |
| 8-8-84 | Motion for Psychiatric Exam /set for hearing Nov 26, 1984 at 9:00 AM. |
| 8-29-84 | Motion for or Correction of Illegal charges filed by Defendant on all cases. |
| 1-7-85 | Motion to Dismiss filed by Defendant. |
| 5-13-85 | motion to allow Plea of Guilty Explanation of rights + Defendants statement of satisfaction filed |
| 5-13-85 | The defendant in open court with his attorney, Hon. _____, and with leave of the Court, withdraws his plea(s) of not guilty to the charges in the indictment and pleads guilty to the charges in count ___ of the indictment, as shown by seperate paper this day filed. |

COURT RECORD (White)

| Date | ACTIONS |
|------|---------|
| 5-13-85 | **Before** accepting defendant's plea of guilty in this case, the court explained to defendant the privilege against compulsory self incrimination; the right to trial by jury; the right to confront one's accusers, and the consequences of the plea including the range of sentences; the nature of the charge and acts sufficient to constitute such offense. And based on such statements and explanations by the Court, it is now the opinion of the Court that defendant has full understanding of what the plea connotes and that the plea was made voluntarily and intelligently; and further shown by separate paper this day filed. |
| 5-13-85 | Does the Defendant have anything to say before the Court imposes the sentence of law upon you? The Defendant answered ___ No Sir |
| 5-13-85 | It is the judgement of the Court that defendant is guilty of the offense of _Grand Larceny_ as charged in count 1 of the indictment and the further judgment of the Court that the defendant's punishment be fixed at imprisonment in the penitentiary of the State of Alabama for 5 years and 0 days and defendant being in open court and being asked and saying nothing why sentence should not now be imposed It is therefore Considered, Ordered and Adjudged by the Court that the defendant be and defendant is hereby sentenced to the penitentiary of the State of Alabama for 5 years and 0 days. |
| 5-13-85 | The sentence in this case runs concurrent with the sentence in case CC-80-79 in Coosa County. |

| State of Alabama<br>Unified Judicial System | CASE ACTION SUMMARY<br>(CRIMINAL) | Case Number<br>CC 80 79 |
|---|---|---|
| Form C-8 Rev 6/77 | | ID    YR.    Number |

IN THE _Circuit_ COURT OF _Coosa_ COUNTY

| STATE OF ALABAMA<br>vs. | | Date of Birth | Distinguishing Features:<br>Warrant # |
|---|---|---|---|

| SSAN | JCID # |
|---|---|
| Sex | Race | Eyes | Hair | Height | Weight |

| Defendant<br>_John W. Minnifield_ | Address<br>_Marengo Cty Jail_<br>_Linden - Al_<br>Zip | Date War/Cap. Issued | Date Committed to Jail |
|---|---|---|---|

| Employer | Address | Date Initial Appearance | Date Released on Bond |
|---|---|---|---|

| Case Number<br>_CC-80-79_ | Jury<br>Non-Jury | Date Arrested | Incarcerated<br>On Bond | Bond Amount | Bond Type & Sureties |
|---|---|---|---|---|---|

| Charges  ☐Msd.  ☐Fel.  ☐App. | Prosecutor | Judge ID | Dt. Prelim. Hearing | |
|---|---|---|---|---|

| _Burglary_ | Attorney<br>_R. D. Pitts_    @ | Dt. Y.O. Applic. | Dt. Probation Applic. |
|---|---|---|---|

| | | Grand Jury No. | Dt. Indictment<br>_4-4-80_ |
|---|---|---|---|

| | | Dt. Arraignment | Plea |
|---|---|---|---|

| Arresting Officer: | ☐ Municipal  ☐ State<br>☐ County  ☐ Conservation | Dt. Trial | Dt. Sentenced |
|---|---|---|---|

| Complainant: | Address | Dt. Appeal Filed | Appeal Bond Amt. |
|---|---|---|---|

| Additional Information And Remarks: | | Disposition | |
|---|---|---|---|

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 1-31-80 | _Motion to dismiss filed by Defendant._<br>_(Filed before he was indicted)_ |
| | |
| | |
| | |

I, Cordelia H. Gandy, Clerk of the Circuit and
District Courts of Coosa County, Alabama, do
hereby certify that the foregoing is a true and
correct copy of the instrument herewith set
out as same appears of record in said court.
Witness my hand this _2nd_ Day of
_February_ 19 _2000_
_Cordelia H. Ga___
Clerk of Circuit and District Courts
Coosa County, Alabama

Court Record - White

State of Alabama
Supreme Court
Dept. of Court Mgmt.

Form SC-C-7 1-77

**CASE ACTION SUMMARY**
CONTINUATION

Case Number

CC 80 79

| ID | YR | Number |

*John W. Minnifield*

Page Number _____

| DATE | ACTIONS |
|------|---------|
| | PROCEEDINGS PRELIMINARY TO ARRAIGNMENT (Non-Capital Case) |
| | IN THE MATTER OF COUNSEL FOR DEFENDANT |

(NOTE: NOT APPLICABLE IN CASES WHEREIN DEFENDANT HAS COUNSEL)

The Defendant being present in open Court without Counsel, the undersigned

Judge, before Arraigning said Defendant proceeds to ascertain, by

examination of said Defendant, the answer(s) to the following question(s)

in substance:

| | |
|---|---|
| 4-11-80 | 1. Have you employed an Attorney at Law -or- have you made any arrangements to be represented, assisted and defended by Counsel in this case?  ANSWER: *no Sir* |
| 4-11-80 | 2. Are you financially able to employ or hire an Attorney at Law to represent, and defend you in this case?  ANSWER: *No Sir* |
| 4-11-80 | 3. Do you desire the Court to appoint a lawyer to represent, and defend you in this case?  ANSWER: *Yes Sir* |

*Harold E. Walden*, Judge.

APPOINTMENT OF COUNSEL

It appearing to the satisfaction of the Court that the Defendant in this

case is INDIGENT and desires LEGAL COUNSEL, it is therefore ordered and

adjudged by the Court that  *Hon. R. D. Pitts*

Attorney at Law, be and is hereby appointed as Counsel to represent,

assist and defend said Defendant in this case.

*Harold E. Walden*, Judge.

ARRAIGNMENT (Non-Capital Case)

The Defendant being in open Court with Counsel and being duly Arraigned

upon the Indictment said Defendant, upon hearing the charge(s) therein

read and explained, for plea thereto says

_____, Judge.

COURT RECORD (Whyte)

| Date | ARRAIGNMENT AND WAIVER                    ACTIONS |
|------|---------------------------------------------------|
| 4-11-80 | The Defendant being in open Court with counsel and being duly arraigned upon the indictment, said Defendant, upon hearing the nature and cause of the charges(s) therein explained and having been handed a copy of said indictment, waives the reading of same and for plea thereto says NO GUILTY and with leave of the Court, may plead further to the said indictment before his trial.  *Harold E. Walden*  CIRCUIT JUDGE |
| 4-11-80 | Set for trial 4-28-80 at 9:00 A.M.  *Harold E. Walden* |
| 4-28-80 | Motion to dismiss is denied.  *Harold E. Walden* |
| 4-28-80 | Case will be tried by Jury on 4-29-80.  *Harold E. Walden* |
| 4-29-80 | Agreement for Jurors to Separate filed.  *Harold E. Walden* |

| State of Alabama<br>Unified Judicial System<br><br>Form C-7 Rev. 2/79 | **CASE ACTION SUMMARY**<br>**CONTINUATION** | Case Number<br><br>CC 80 79<br>ID    YR    Number |
|---|---|---|

Style: _John W. Minnifield_                                    Page Number _____ of _____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 4-29-80 | Thereupon comes a jury of good and lawful men and women, to-wit: _Stephen Carmichael_, and eleven others, who, being duly empanelled, sworn and charged by the Court according to law, before whom the trial of this cause was entered upon and continued from time to time, said defendant, _John W. Minnifield_, and his attorney, Honorable _L. D. Pitts_, being in open Court at each and every stage and during all of the proceedings in this cause, now on this the _29_ day of _April, 1980_, said jurors upon their oaths do say: "WE, the jury, find the Defendant guilty of _Burglary, 2nd Degree._<br><br>_Harold E. Walden_ |
| 4-29-80 | _Sentencing date set for June 13, 1980 at 9:00 A.M._<br>_Harold E. Walden_ |
| 6-13-80 | _Defendant not present in Court. Court noted that Defendant was in jail in another county._ |
| 6-13-80 | _Continue for sentencing._ |
| 8-18-80 | _Defendant not in court for sentencing. Defendant is presently on trial in Marengo County, Linden, Al._<br>_Harold E. Walden_ |

(Continue next page)

| | |
|---|---|
| **State of Alabama**<br>**Supreme Court**<br>**Dept. of Court Mgmt.**<br><br>Form SC-C-7 1-77 | **CASE ACTION SUMMARY**<br>**CONTINUATION** |

Case Number: CC 80 19

John W. Minnifield     Page Number _____

| DATE | ACTIONS |
|---|---|
| 11-3-80 | Court was informed that Defendant had escaped from Clay County jail. State's motion for Alias Capias is granted.    Gerald S. Walden |
| 10-5-81 | Case continued for sentencing. Sheriff advised court that Defendant was in a Federal Pen. in the State of Pennsylvania. |
| 12-18-81 | Court ordered Sheriff to have Defendant present in Court in Coosa County on next sentence date in Spring of 1982.    Gerald S. Walden |
| 6-18-82 | Sentencing continued to next sentencing docket; December 1, 1982.    Gerald S. Walden |
| 12-17-82 | Sentencing continued to Jan. 1983. Sheriff is ordered to bring defendant from Atmore Prison — Judge will send order to this effect. |
| 7-16-84 | Set for sentencing 7-26-1984 at 9:00 AM.    Gerald S. Walden |

COURT RECORD (White)

| Date | ACTIONS |
|------|---------|
| 1-19-84 | Order of Transfer filed ; |
| 7-26-84 | The Defendant, John Willie Minnifield, and his attorney Honorable R.D. Pitts, appeared in open Court and present and representing the State of Alabama was the Honorable Bob Williams, Assistant District Attorney, this being the day heretofore set for sentencing, and the defendant, John Willie Minnifield, being asked by the Court if he has anything to say why the judgment and sentece of the law should not be pronounced upon him, says nothing in bar or preclusing of sentence. The Court adjudges the defendant guilty of Burglary in the 2nd degree in accordance with the verdict of the jury. It is therefore, considered by the Court that the defendant, John Willie Minnifield be imprisioned in the Penitentiary of the State of Alabama for a period of ten (10) years and no days as punishment for his crime. |
| 7-26-84 | Defendant's oral Motion for this sentence to run concurrent with the 20 year sentence that he is presently serving was Denied. |
| 7-26-84 | Thereupon, in open Court on this day, oral notice of appeal was made and appeal bond is set at $50,000.00 *Harrell B. Walden* |
| 10-30-84 | Court reporters time for filing Transcript is extended to 12-20-84. |
| 12-4-84 | Transcript completed and mailed. |

| State of Alabama<br>Unified Judicial System<br><br>Form C-7 Rev. 2/79 | ,, **CASE ACTION SUMMARY**<br>CONTINUATION | Case Number<br><br>CC  80  79<br>ID    YR    Number |
|---|---|---|

**Style:**
State of Alabama vs John Willie Minnifield          Page Number _____ of _____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 12-3-84 | Pursuant to Order of this Court, the official Court<br>Reporter, Beverly K. Petty, having filed Transcript of the<br>proceedings and three certified copies thereof, duly certified,<br>it is hereby ORDERED that $146.25 be paid to Beverly K. Petty<br>at the legal rate as set out in the statue.<br>                                    _Harold S. Walden_ |
| 3-13-85 | Criminal Appeals Court decision of<br>Affirmed in full. Copy mailed<br>to atty. R.R. Pitts. |
| 4-2-85 | Certificate of Judgment of Affirmance filed<br>by Criminal Appeals Court |
| 5-9-86 | Petition for Writ of Mandamus filed<br>by Defendant. |
| 7-2-86 | Motion to Dismiss Petition filed by<br>State. |
| 7-10-86 | Motion to Dismiss is Granted by<br>separate paper filed. |
| 7-14-86 | Copy of ruling on Motion mailed<br>to Defendant |
|  |                                    (over) |

| Date | ACTIONS, JUDGMENTS, CASE NOTES |
|------|-------------------------------|
| 7-14-87 | Motion for Concurrently Sentence filed by Defendant. (copy mailed to D.A. Campbell this date.) |
| 8-22-87 | Motion for Concurrent Sentence is set for 9-22-87 at 9:00 AM by separate Order filed this date. Copy of Order to Coosa Sheriff to send to Dept. of Correction to transport Defendant to Coosa for hearing on 9-22-87 |
| 9-22-87 | Motion for Concurrent Sentence was considered and Denied. |

State of Alabama
Unified Judicial System

**CASE ACTION SUMMARY**
**(CRIMINAL)**

Case Number

CC 80 80
ID   YR   Number

Form C-8 Rev 8/77

IN THE _Circuit_ COURT OF _Coosa_ COUNTY

STATE OF ALABAMA
vs.

Date of Birth

Distinguishing Features:
Warrant #
SSAN     JCID #

| Sex | Race | Eyes | Hair | Height | Weight |
|-----|------|------|------|--------|--------|
|     |      |      |      |        |        |

Defendant
John W. Minnifield

Address
Marengo City Jail
Linden, AL
Zip

Employer

Address

| Date War/Cap. Issued | Date Committed to Jail |
|---|---|

Date Initial Appearance | Date Released on Bond

Case Number
CC-80-80

Jury
Non-Jury

Date Arrested

Incarcerated
On Bond

Bond Amount | Bond Type & Sureties

Charges ☐Msd. ☐Fel. ☐App.

Prosecutor

Judge ID

Dt. Prelim. Hearing

Burglary, 3rd

Attorney
K.D. Pitts  @

Dt. Y.O. Applic. | Dt. Probation Applic.

Grand Jury No. | Dt. Indictment
4-4-80

Dt. Arraignment | Plea

Arresting Officer:

☐ Municipal  ☐ State
☐ County     ☐ Conservation

Dt. Trial | Dt. Sentenced

Complainant:

Address

Dt. Appeal Filed | Appeal Bond Amt.

Additional Information And Remarks:

Disposition

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|------|-------------------------------|
| 1-31-80 | Motions to dismiss filed by Defendant. (Filed before he was indicted) |

I, Cordelia H. Gandy, Clerk of the Circuit and
District Courts of Coosa County, Alabama, do
hereby certify that the forego... ... a true and
correct copy of the instru... ... ... ...
out as same appears of record in said court.
Witness my hand this _2nd_ Day of
_February 2000_
_Cordelia H. Gandy_
Clerk of Circuit and District Courts
Coosa County, Alabama

Court Record - White.

| State of Alabama Supreme Court Dept. of Court Mgmt. Form SC-C-7 1-77 | CASE ACTION SUMMARY CONTINUATION | Case Number CC 80 8 0 ID YR Number |
| --- | --- | --- |

*John W. Manningfield*                                              Page Number _____

| DATE | ACTIONS |
| --- | --- |
| | PROCEEDINGS PRELIMINARY TO ARRAIGNMENT (Non-Capital Case) |
| | IN THE MATTER OF COUNSEL FOR DEFENDANT |
| | (NOTE:  NOT APPLICABLE IN CASES WHEREIN DEFENDANT HAS COUNSEL) |
| | The Defendant being present in open Court without Counsel, the undersigned |
| | Judge, before Arraigning said Defendant proceeds to ascertain, by |
| | examination of said Defendant, the answer(s) to the following question(s) |
| | in substance: |
| 4-11-80 | 1.  Have you employed an Attorney at Law -or- have you made any |
| | arrangements to be represented, assisted and defended by Counsel |
| | in this case?  ANSWER:  *no Sir* |
| 4-11-80 | 2.  Are you financially able to employ or hire an Attorney at Law |
| | to represent, and defend you in this case? ANSWER: *no Si* |
| 4-11-80 | 3.  Do you desire the Court to appoint a Lawyer to represent, and |
| | defend you in this case? ANSWER: *yes Sir* |
| | *Harold E. Walden* , Judge. |
| | APPOINTMENT OF COUNSEL |
| 4-11-80 | It appearing to the satisfaction of the Court that the Defendant in this |
| | case is INDIGENT and desires LEGAL COUNSEL, it is therefore ordered and |
| | adjudged by the Court that *Hon. R. D. Pitts* |
| | Attorney at Law, be and is hereby appointed as Counsel to represent, |
| | assist and defend said Defendant in this case. |
| | *Harold E. Walden* , Judge. |
| | ARRAIGNMENT (Non-Capital Case) |
| | The Defendant being in open Court with Counsel and being duly Arraigned |
| | upon the Indictment said Defendant, upon hearing the charge(s) therein |
| | read and explained, for plea thereto says _____ |
| | , Judge. |

COURT RECORD (White)

| Date | ARRAIGNMENT AND WAIVER                ACTIONS |
|------|-----------------------------------------------|
| 1-11-80 | The Defendant being, in open Court with counsel and being duly arraigned upon the indictment, said Defendant, upon hearing the nature and cause of the charges(s) therein explained and having been handed a copy of said indictment, waives the reading of same and for plea thereto says NO GUILTY and with leave of the Court, may plead further to the said indictment before his trial. |
| | _Harold E. Walden_ |
| | CIRCUIT JUDGE |
| 4-11-80 | Set for trial 4-28-80 at 9:00 a.m. |
| | _Harold E. Walden_ |
| 4-28-80 | Motion to Dismiss is denied. |
| | _Harold E. Walden_ |
| 5-1-80 | State's Motion to Continue, by agreement of the parties, is granted |
| | _Harold E. Walden_ |
| 6-9-80 | Continued to next term of Court |
| 8-18-80 | Case Continued — Defendant presently on trial in Marengo County Linden, Al. _Harold E. Walden_ |
| 5-18-81 | State's Motion to Withdraw indictment is granted by separate paper filed. |
| 7-25-84 | State's Motion to Reinstate Indictment is granted by separate order filed this date. |

| State of Alabama Unified Judicial System | CASE ACTION SUMMARY CONTINUATION | Case Number CC 80  80 |
|---|---|---|
| Form C-7 Rev. 2/79 | | ID   YR   Number |

Style: *John W. Minnifield*                     Page Number _____ of _____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 7-26-84 | State's Motion for Discovery and Motion for Consolidation is Granted. |
| 7-26-84 | Set for trial Dec. 3, 1984 at 9:00 AM  *Jewell S. Walden* |
| 8-1-84 | Motion for Psychiatric Exam & Motion for ~~Production~~ filed by Defendant. *and ~~the court~~ Production Motion* |
| 8-8-84 | Motion for Psychiatric Exam set for hearing Nov. 26, 1984 at 9:00 AM. |
| 8-29-84 | Motion for or Correction of Illegal charges filed by Defendant on all cases. |
| 1-7-85 | Motion to Dismiss filed by Defendant. |
| 5-13-85 | Motion to allow Guilty Plea, Explanation of Rights and Defendants Statement of satisfaction filed. |
| 5-13-85 | The defendant in open court with his attorney, ~~Hon.~~ R D Pitts _____, and with leave of the Court, withdraws his plea(s) ~~of not guilty~~ to the charges in the Indictment and ~~pleads guilty to the charges in count / of the Indictment, as shown by seperate paper this day filed.~~ Burglary 2nd. |
| | *[signature]* |

ROBERTS & SON, INC., P. O. BOX 1987, BIRMINGHAM, ALABAMA 35201   TELEPHONE 822-2123

| Date | ACTIONS, JUDGMENTS, CASE NOTES |
|------|-------------------------------|
| 5-13-85 | Before accepting defendant's plea of guilty in this case, the court explained to defendant the privilege against compulsory self incrimination; the right to trial by jury; the right to confront one's accusers, and the consequences of the plea Including the range of sentences; the nature of the charge and what is alleged to constitute such offense. And based on such statements and explanations by the Court, it is now the opinion of the Court that defendant has full understanding of what the plea connotes and that the plea was made voluntarily and Intelligently; and further shown by seperate paper this day filed. |
| 5-13-85 | Does the Defendant have anything to say before the Court imposes the sentence of law upon you? The Defendant answered _No See_ |
| 5-13-85 | It is the Judgement of the Court that the defendant is guilty of the offense of _Burglary 2nd_ as charged in count 1 of the indictment and the further judgement of the Court that the defendant's punishment be fixed at imprisonment in the penitentiary of the State of Alabama for 5 years and 0 days being in open court and the defendant nothing why sentence should not now be imposed It is therefore Considered, Ordered and Adjudged by the Court that the defendant be and defendant is hereby sentenced to the penitentiary of the State of Alabama for 5 years and 0 days. |
| 5-13-85 | The sentence in this case shall run concurrent with the sentence in case CC-80-79 in Coosa County. |

| Date | ACTIONS, JUDGMENTS, CASE NOTES |
|------|-------------------------------|

**5-13-85** — Before accepting defendant's plea of guilty in this case, the court explained to defendant the privilege against compulsory self incrimination; the right to trial by jury; the right to confront one's accusers, and the consequences of the plea including the range of sentences; the nature of the charge and what was to constitute such offense. And, based on such statements and explanations by the Court, it is now the opinion of the Court that defendant has full understanding of what the plea connotes and that the plea was made voluntarily and intelligently, and further shown by separate paper this day filed.

**5-13-85** — Does the Defendant have anything to say before the Court imposes the sentence of law upon you? The Defendant answered *No See*

**5-13-85** — It is the judgement of the Court that the defendant is guilty of the offense of *Burglary 3rd* as charged in count 1 of the indictment and the further judgment of the Court that the defendant's punishment be fixed at imprisonment in the penitentiary of the State of Alabama for 5 year 0 ... defendant being in open court and ... and saying nothing why sentence should not now be imposed It is therefore Considered, Ordered and Adjudged by the Court that the defendant be and defendant is hereby sentenced to the penitentiary of the State of Alabama for 5 years and 0 days.

**5-13-85** — The sentence in this case shall run concurrent with the sentence in case CC-80-79 in Coosa County.

**80**

| State of Alabama Supreme Court Dept. of Court Mgmt. Form SC-C-7 1-77 | CASE ACTION SUMMARY CONTINUATION | Case Number CC 80 8 0 ID YR Number |
|---|---|---|

*John W. Minnifield*

Page Number _____

| DATE | ACTIONS |
|---|---|
| | PROCEEDINGS PRELIMINARY TO ARRAIGNMENT (Non-Capital Case) IN THE MATTER OF COUNSEL FOR DEFENDANT |
| | (NOTE: NOT APPLICABLE IN CASES WHEREIN DEFENDANT HAS COUNSEL) |
| | The Defendant being present in open Court without Counsel, the undersigned |
| | Judge, before Arraigning said Defendant proceeds to ascertain, by |
| | examination of said Defendant, the answer(s) to the following question(s) |
| | in substance: |
| 4-11-80 | 1. Have you employed an Attorney at Law -or- have you made any |
| | arrangements to be represented, assisted and defended by Counsel |
| | in this case? ANSWER: *no Sir* |
| 4-11-80 | 2. Are you financially able to employ or hire an Attorney at Law |
| | to represent, and defend you in this case? ANSWER: *no Sr* |
| 4-11-80 | 3. Do you desire the Court to appoint a Lawyer to represent, and |
| | defend you in this case? ANSWER: *yes Sir* |
| | *Harold E. Walden*, Judge |
| | APPOINTMENT OF COUNSEL |
| 4-11-80 | It appearing to the satisfaction of the Court that the Defendant in this |
| | case is INDIGENT and desires LEGAL COUNSEL, it is therefore ordered and |
| | adjudged by the Court that *Hon. R. D. Pitts* |
| | Attorney at Law, be and is hereby appointed as Counsel to represent, |
| | assist and defend said Defendant in this case. |
| | *Harold E. Walden*, Judge |
| | ARRAIGNMENT (Non-Capital Case) |
| | The Defendant being in open Court with Counsel and being duly Arraigned |
| | upon the Indictment said Defendant, upon hearing the charge(s) therein |
| | read and explained, for plea thereto says |
| | , Judge |

COURT RECORD (White)