| Date | ARRAIGNMENT AND WAIVER          ACTIONS |
|------|------------------------------------------|
| -11-80 | The Defendant being in open Court with counsel and being duly arraigned upon the indictment, said Defendant, upon hearing the nature and cause of the charges(s) therein explained and having been handed a copy of said indictment, waives the reading of same and for plea thereto says NOT GUILTY and with leave of the Court, may plead further to the said indictment before his trial. _Harold E. Walden_ CIRCUIT JUDGE |
| 4-1-80 | Set for trial 4-28-80 at 9:00 a.m. _Harold E. Walden_ |
| 4-28-80 | Motion to dismiss is denied. _Harold E. Walden_ |
| 5-1-80 | States Motion to Continue, by agreement of the parties, is granted _Harold E. Walden_ |
| 6-9-80 | Continued to next term of Court. |
| ?-18-80 | Case Continued — Defendant presently on trial in Marengo County, Linden, Al. _Harold E. Walden_ |
| 5-8-81 | States Motion to Withdraw indictment is granted by separate paper filed. |
| 7-25-84 | States Motion to Reinstate Indictment is granted by separate order filed this date. |

| State of Alabama<br>Unified Judicial System<br>Form C-7 Rev. 2/79 | CASE ACTION SUMMARY<br>CONTINUATION | Case Number<br>CC 80   80<br>ID   YR   Number |
|---|---|---|

Style: _John W. Menajull_  Page Number _____ of _____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 7-26-84 | States' Motion for Discovery and Motion for Consolidation is Granted. |
| 7-26-84 | Set for trial Dec. 3, 1984 at 9:00 AM _Gerald G. Walden_ |
| 8-1-84 | Motion for Psychiatric Exam & Motion for ~~Production~~ filed by Defendant. _and Production Motion_ |
| 8-8-84 | Motion for Psychiatric Exam set for hearing Nov. 26, 1984 at 9:00 AM. |
| 8-29-8 | Motion for or Correction of Illegal charges filed by Defendant on all cases. |
| 1-7-85 | Motion to Dismiss filed by Defendant. |
| 5-13-85 | Motion to allow Guilty Plea, Explanation of Rights and Defendants Statement of Satisfaction filed. |
| 5-13-85 | The defendant in open court with his attorney, Hon. ~~R D Pitts~~, and with leave of the Court, withdraws his plea(s) of ~~not guilty~~ to the charges in the Indictment and pleads guilty to the charges in count _1_ of the Indictment, as shown by seperate paper this day filed.  _Burglary 2nd._ |
|  | _Will Juber_ |

| Date | ACTIONS, JUDGMENTS, CASE NOTES |
|------|--------------------------------|
| 5-13-85 | Before accepting defendant's plea of guilty in this case, the court explained to defendant the privilege against compulsory self incrimination, the right to trial by jury, the right to confront one's accusers, and the consequences of the plea including the range of sentences; the nature of the charge and ............ to constitute such offense. And based on such statements and explanations by the Court, it is now the opinion of the Court that defendant has full understanding of what the plea connotes and that the plea was made voluntarily and intelligently; and further shown by seperate paper this day filed. |
| 5-13-85 | Does the Defendant have anything to say before the Court imposes the sentence of law upon you? The Defendant answered _No Sir_ |
| 5-13-85 | It is the Judgement of the Court that the defendant is guilty of the offense of _Burglary 2nd_ as charged in count _1_ of the indictment and the further judgement of the Court that the defendant's punishment be fixed at imprisonment in the penitentiary of State of Alabama for _5_ years and _0_ being in open court .............. defendant nothing why sentence ...................... It is therefore Considered, Ordered and Adjudged by the Court that the defendant be and defendant is hereby sentenced to the penitentiary of the State of Alabama for _5_ years and _0_ days. |
| 5-13-85 | The sentence in this case shall run con-current with the sentence in case CC-80-29 in Coosa County. |

**State of Alabama**
**Unified Judicial System**

Form C-8, Rev 8/77

## CASE ACTION SUMMARY
### (CRIMINAL)

Case Number: *iC 80  81*
ID   YR   Number

IN THE ___*Circuit*___ COURT OF ___*Coosa*___ COUNTY

STATE OF ALABAMA
vs.

| | | |
|---|---|---|
| Date of Birth | | |

Distinguishing Features:
Warrant #
SSAN ____ JCID #

| Sex | Race | Eyes | Hair | Height | Weight |
|---|---|---|---|---|---|

Defendant
*John W. Minifield*

Address
*Marengo Cty Jail*
*Linden   Al*
Zip

| Date War/Cap. Issued | Date Committed to Jail |
|---|---|

Employer

Address

| Date Initial Appearance | Date Released on Bond |
|---|---|

Case Number
*CC-80-81*

Jury
Non-Jury

| Date Arrested | Incarcerated |
| | On Bond |

| Bond Amount | Bond Type & Sureties |
|---|---|

Charges ☐Msd. ☒Fel. ☐App.

*Burglary, 3rd*

Prosecutor

Judge ID

Attorney
*R. D. Pitts*   @

| Dt. Prelim. Hearing | |
|---|---|
| Dt. Y.O. Applic. | Dt. Probation Applic. |
| Grand Jury No. | Dt. Indictment *4-8-0* |
| Dt. Arraignment | Plea |

Arresting Officer:

☐ Municipal  ☐ State
☐ County  ☐ Conservation

| Dt. Trial | Dt. Sentenced |
|---|---|

Complainant:

Address

| Dt. Appeal Filed | Appeal Bond Amt. |
|---|---|

Additional Information And Remarks:

Disposition

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 1-31-80 | *Motion to dismiss filed by Defendant. (Filed before he was indicted.)* |
| | |
| | |
| | |
| | |

I, Cordelia H. Gandy, Clerk of the Circuit and District Courts of Coosa County, Alabama, do hereby certify that the foregoing is a true and correct copy ... ... ... herewith set out as same ... ... of record in said court.

Witness my hand this ___2ND___ Day of
___February   2000___

*Cordelia H. Gandy*
Clerk of Circuit and District Courts
Coosa County, Alabama

Court Record - White

| State of Alabama Supreme Court Dept. of Court Mgmt. | CASE ACTION SUMMARY | Case Number |
|---|---|---|
| Form SC-C-7 1-77 | CONTINUATION | CC 80 81 |

*John W. Minnifield*

Page Number _____

| DATE | ACTIONS |
|---|---|
| | ~~PROCEEDINGS PRELIMINARY TO ARRAIGNMENT (Non-Capital Case)~~ |
| | IN THE MATTER OF COUNSEL FOR DEFENDANT |
| | (NOTE: NOT APPLICABLE IN CASES WHEREIN DEFENDANT HAS COUNSEL). |
| | The Defendant being present in open Court without Counsel, the undersigned |
| | Judge, before Arraigning said Defendant proceeds to ascertain, by |
| | examination of said Defendant, the answer(s) to the following question(s) |
| | in substance: |
| 4-11-80 | 1. Have you employed an Attorney at Law -or- have you made any |
| | arrangements to be represented, assisted and defended by Counsel |
| | in this case? ANSWER: |
| 4-11-80 | 2. Are you financially able to employ or hire an Attorney at Law |
| | to represent, and defend you in this case? ANSWER: |
| 4-11-80 | 3. Do you desire the Court to appoint a Lawyer to represent, and |
| | defend you in this case? ANSWER: |
| | *Harold E. Walden* , Judge. |
| | APPOINTMENT OF COUNSEL |
| 4-11-80 | It appearing to the satisfaction of the Court that the Defendant in this |
| | case is INDIGENT and desires LEGAL COUNSEL, it is therefore ordered and |
| | adjudged by the Court that *Hon. R. D. Pitts* |
| | Attorney at Law, be and is hereby appointed as Counsel to represent, |
| | assist and defend said Defendant in this case. |
| | *Harold E. Walden* , Judge. |
| | ARRAIGNMENT (Non-Capital Case) |
| | The Defendant being in open Court with Counsel and being duly Arraigned |
| | upon the Indictment said Defendant, upon hearing the charge(s) therein |
| | read and explained, for plea thereto says |
| | , Judge. |

COURT RECORD (White)

| State of Alabama<br>Supreme Court<br>Dept. of Court Mgmt.<br><br>Form SC-C-7 1-77 | CASE ACTION SUMMARY<br>CONTINUATION | Case Number<br>CC 80 81<br>ID   YR   Number |

John W. Minnifield                                    Page Number _____

| DATE | ACTIONS |
|------|---------|
| | PROCEEDINGS PRELIMINARY TO ARRAIGNMENT (Non-capital Case)<br>IN THE MATTER OF COUNSEL FOR DEFENDANT |
| | (NOTE: NOT APPLICABLE IN CASES WHEREIN DEFENDANT HAS COUNSEL) |
| | The Defendant being present in open Court without Counsel, the undersigned |
| | Judge, before Arraigning said Defendant proceeds to ascertain, by |
| | examination of said Defendant, the answer(s) to the following question(s) |
| | in substance: |
| 4-11-80 | 1. Have you employed an Attorney at Law -or- have you made any |
| | arrangements to be represented, assisted and defended by Counsel |
| | in this case?   ANSWER: _____ |
| 4-11-80 | 2. Are you financially able to employ or hire an Attorney at Law |
| | to represent, and defend you in this case?   ANSWER: _____ |
| 4-11-80 | 3. Do you desire the Court to appoint a lawyer to represent, and |
| | defend you in this case?   ANSWER: _____ |
| | *Harold E. Walden*, Judge. |
| | APPOINTMENT OF COUNSEL |
| 4-11-80 | It appearing to the satisfaction of the Court that the Defendant in this |
| | case is INDIGENT and desires LEGAL COUNSEL, it is therefore ordered and |
| | adjudged by the Court that *Hon. R. D. Pitts* |
| | Attorney at Law, be and is hereby appointed as Counsel to represent, |
| | assist and defend said Defendant in this case. |
| | *Harold E. Walden*, Judge. |
| | ARRAIGNMENT (Non-Capital Case) |
| | The Defendant being in open Court with Counsel and being duly Arraigned |
| | upon the Indictment said Defendant, upon hearing the charge(s) therein |
| | read and explained, for plea thereto says _____ |
| | _____, Judge |

COURT RECORD (White)

| Date | ARRAIGNMENT AND WAIVER | ACTIONS |
|------|------------------------|---------|
| 4-1-80 | The Defendant being in open Court with counsel and being duly arraigned upon the indictment, said Defendant, upon hearing the nature and cause of the charges(s) therein explained and having been handed a copy of said indictment, waives the reading of same and for plea thereto says NO GUILTY and with leave of the Court, may plead further to the said indictment before his trial. | |
| | *Harold E. Walden* CIRCUIT JUDGE | |
| 4-1-80 | Set for trial 4-28-80 at 9:00 A.M. | |
| 4-28-80 | Motion to dismiss is denied. *Harold E. Walden* | |
| 5-1-80 | State's Motion to Continue, by agreement of the parties is Granted. *Harold E. Walden* | |
| 6-9-80 | Continued to next term of Court | |
| 8-18-80 | Case continued — Defendant presently on trial in Marengo County, Linden, Al. *Harold E. Walden* | |
| 5-18-80 | State's Motion to Withdraw indictment is Granted by separate paper filed | |
| 8-25-84 | State's Motion to Reinstall Indictment is Granted by separate Order filed this date. | |

| State of Alabama Unified Judicial System | CASE ACTION SUMMARY CONTINUATION | Case Number |
|---|---|---|
| Form C-7 Rev. 2/79 | | CC 80 81 |

Style: _John W. Mansfield_     Page Number ____ of ____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 7-26-84 | State Motion for Discovery and Motion for Consolidation in Granted. |
| 7-26-84 | Set for trial Dec. 3, 1984 at 9:00 AM. _Gerald B. Walden_ |
| 8-1-84 | Motion for Psychiatric Exam. and Motion for Production filed by Defendant. |
| 8-1-84 | Motion for Psychiatric Exam. set for hearing at 9:00 AM in Nov 26, 1984. |
| 8-29-84 | Motion for or correction of illegal charges filed by Defendant in all cases. |
| 1-7-85 | Motion to Dismiss filed by Defendant. |
| 5-13-85 | Motion to allow Guilty Plea, Explanation of rights and Defendant's Statement of satisfaction filed |
| 5-13-85 | The defendant in open court with his attorney, Hon. _P. D. Pitts_, and with leave of the Court, withdraws his plea(s) of not guilty to the charges in the indictment and pleads guilty to the charges in count _1_ of the Indictment, as shown by separate paper this day filed. |

| Date | ACTIONS, JUDGMENTS, CASE NOTES |
|------|-------------------------------|

**5-13-85**

Before accepting defendant's plea of guilty in this case, the court explained to defendant the privilege against compulsory self incrimination; the right to trial by jury, the right to confront one's accusers, and the consequences of the plea including the range of sentence; the nature of the charge and the facts as to constitute such offense. And based upon all statements and explanations by the Court, it is now the opinion of the Court that defendant has full understanding of what the plea connotes and that the plea was made voluntarily and inteligently; and further shown by seperate paper this day filed.

**5-13-85**

Does the Defendant have anything to say before the Court imposes the sentence of law upon you? The

Defendant answered _No Sir_

**5-13-85**

It is the Judgement of the Court that the defendant is guilty of the offense of

_Burglary 2nd_

as charged in count _1_ of the indictment and the further judgment of the Court that the defendant _be imprisoned_ in the penitentiary of the State of Alabama for _5_ years and _0_ and defendant being in open _court_ nothing why sentence should not now be imposed It is therefore Considered, ordered and Adjudged by the Court that the defendant be and defendant is hereby sentenced to the penitantiary of the State of Alabama for _5_ years and _0_ days.

**5-13-85**

The sentence in this case shall run concurrent with the sentence in case cc-79-80 in Coosa County.

State of Alabama
Unified Judicial System

Form C-8 Rev 8/77

**CASE ACTION SUMMARY**
**(CRIMINAL)**

Case Number
CC 80 82
ID    YR    Number

IN THE ___Circuit___ COURT OF ___Coosa___ COUNTY

STATE OF ALABAMA
vs.

| | | |
|---|---|---|
| Date of Birth | | |

Distinguishing Features:
Warrant #
SSAN ___ JCID #

| Sex | Race | | Eyes | Hair | Height | Weight |
|---|---|---|---|---|---|---|

Defendant
John W. Minnifield

Address
Marengo County Jail
Linden, Al.
Zip

| Date War/Cap. Issued | Date Committed to Jail |
|---|---|
| Date Initial Appearance | Date Released on Bond |

Employer

Address

| Case Number CC-80-82 | Jury ☐ Non-Jury ☐ | Date Arrested | Incarcerated ☐ On Bond ☐ |
|---|---|---|---|

Charges ☐Msd. ☑Fel. ☐App.

Prosecutor

Judge ID

Burglary, 3rd

Attorney
R.D. Pitts
@

| Bond Amount | Bond Type & Sureties |
|---|---|
| Dt. Prelim. Hearing | |
| Dt. Y.O. Applic. | Dt. Probation Applic. |
| Grand Jury No. | Dt. Indictment 4-4-80 |
| Dt. Arraignment | Plea |

Arresting Officer:

☐ Municipal  ☐ State
☐ County  ☐ Conservation

Complainant:

Address

| Dt. Trial | Dt. Sentenced |
|---|---|
| Dt. Appeal Filed | Appeal Bond Amt. |

Disposition

Additional Information And Remarks:

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 1-31-80 | Motion to dismiss filed by Defendant. (Filed before he was indicted) |

I, Cordelia H. Gandy, Clerk of the Circuit and District Courts of Coosa C____, Alabama, do hereby ce____ ____ ____ ____ true and correct co____ ____ ____ ____ herewith set out as se____ ____ ____ ____ said court.

Witness my han___ this ___2Nd___ Day of ___February 2000___

Cordelia H. Gandy
Clerk of Circuit and District Courts
Coosa County, Alabama

Court Record - White

| | |
|---|---|
| State of Alabama<br>Supreme Court<br>Dept. of Court Mgmt.<br><br>Form SC-C-7 1-77 | **CASE ACTION SUMMARY**<br>CONTINUATION |

Case Number

CC 80 82

John W. Minnifield

Page Number

| DATE | ACTIONS |
|---|---|
| | ~~PROCEEDINGS PRELIMINARY TO ARRAIGNMENT~~ (Non-Capital Case)<br>IN THE MATTER OF COUNSEL FOR DEFENDANT |
| | (NOTE: NOT APPLICABLE IN CASES WHEREIN DEFENDANT HAS COUNSEL) |
| | The Defendant being present in open Court without Counsel, the undersigned |
| | Judge, before Arraigning said Defendant proceeds to ascertain, by |
| | examination of said Defendant, the answer(s) to the following question(s) |
| | in substance: |
| 4-11-80 | 1. Have you employed an Attorney at Law -or- have you made any |
| | arrangements to be represented, assisted and defended by Counsel |
| | in this case? ANSWER: No Sir |
| 4-11-80 | 2. Are you financially able to employ or hire an Attorney at Law |
| | to represent, and defend you in this case? ANSWER: no Sir |
| 4-11-80 | 3. Do you desire the Court to appoint a Lawyer to represent and |
| | defend you in this case? ANSWER: yes Sir<br>_Harold E. Walden_, Judge. |
| | APPOINTMENT OF COUNSEL |
| 4-11-80 | It appearing to the satisfaction of the Court that the Defendant in this |
| | case is INDIGENT and desires LEGAL COUNSEL, it is therefore ordered and |
| | adjudged by the Court that _Hon. R D Pitts_ |
| | Attorney at Law, be and is hereby appointed as Counsel to represent, |
| | assist and defend said Defendant in this case.<br>_Harold E. Walden_, Judge. |
| | ARRAIGNMENT (Non-Capital Case) |
| | The Defendant being in open Court with Counsel and being duly Arraigned |
| | upon the Indictment said Defendant, upon hearing the charge(s) therein |
| | read and explained, for plea thereto says<br>Judge |

COURT RECORD WHM

| Date | ARRAIGNMENT AND WAIVER | ACTIONS |
|------|------------------------|---------|
| 4-1-80 | The Defendant being in open Court with counsel and being duly arraigned upon the indictment, said Defendant, upon hearing the nature and cause of the charges(s) therein explained and having been handed a copy of said indictment, waives the reading of same and for plea thereto says NO GUILTY and with leave of the Court, may plead further to the said indictment before his trial. | |

_____
CIRCUIT JUDGE

| | |
|---|---|
| 4-1-80 | Set for Trial 4-28-80 at 9:00 a.m. |
| 4-8-80 | Motion to dismiss is denied |
| 5-1-80 | State's Motion to Continue, by agreement of the parties, is granted |
| 1-9-80 | Continued to next term of Court. |
| 8-18-80 | Case Continued — Defendant presently on trial in Marengo County Linden, Al. |
| 5-18-81 | State's motion to withdraw indictment is granted by separate paper filed |
| 1-25-84 | State's motion to Reinstate Indictment is granted by separate order filed this date |

| State of Alabama Unified Judicial System | CASE ACTION SUMMARY CONTINUATION | Case Number |
|---|---|---|
| Form C-7 Rev. 2/79 | | CC 80 82 |

Style: *John W. Minnifield*                                    Page Number ____ of ____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 7-26-84 | State's motion for Discovery and Motion for Consolidation is granted. |
| 7-26-84 | Set for trial Dec. 3, 1984 at 9:00 AM. *Gerald S. Welder* |
| 8-1-84 | Motion for Psychiatric Exam. & Motion for ~~Discovery~~ Production filed by Defendant. |
| 8-8-84 | Motion for Psychiatric Exam + ~~Discovery~~ Production set for Nov 26, 1984 at 9:00 AM. |
| 8-29-84 | Motion for or correction of illegal charges filed by Defendant on all cases. |
| 1-7-85 | Motion to Dismiss filed by Defendant |
| 5-13-85 | Motion to allow Guilty Plea, Explanation of rights and Defendant's statement of satisfaction filed. |
| 5-13-85 | The defendant in open court with his attorney, Hon. R. D. Pitts _____, and with leave of the Court, withdraws his plea(s) of not guilty to the charges in the indictment and pleads guilty to the charges in count 1 of Burglary 2nd the indictment, as shown by seperate paper this day filed. |

| Date | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 5-13-85 | Before accepting defendant's plea of guilty in this case, the court explained to defendant the privilege against compulsory self incrimination; the right to trial by jury; the right to confront one's accusers, and the consequences of the plea including the range of punishment; the nature of the charge and what would constitute such offense. And having considered statements and explanations by the Court, it is now the opinion of the Court that defendant has full understanding of what the plea connotes and that the plea was made voluntarily and intelligently; and further shown by seperate paper this day filed. |
| 5-13-85 | Does the Defendant have anything to say before the Court imposes the sentence of law upon you? The Defendant answered *No Sir* |
| 5-13-85 | It is the judgement of the Court that the defendant is guilty of the offense of *Burglary Inf* as charged in count 1 of the indictment and the further judgement of the Court that the defendant's punishment be fixed at imprisonment in the penitentiary of the State of Alabama for 5 years and 0 days, defendant being in open court and having nothing to say why sentence should not now be imposed It is therefore considered, Ordered and Adjudged by the Court that the defendant be and defendant is hereby sentenced to the penitentiary of the State of Alabama for 5 years and 0 days. |
| 5-13-85 | The sentence in this Case shall run concurrent with the sentence in case CC-80-29 in Coosa County. |

| State of Alabama Unified Judicial System | CASE ACTION SUMMARY (CRIMINAL) | Case Number CC 80 83 ID YR Number |
|---|---|---|
| Form C-6 Rev 8/77 | | |

IN THE _Circuit_ COURT OF _Coosa_ COUNTY

| STATE OF ALABAMA vs. | Date of Birth | Distinguishing Features: Warrant # |
|---|---|---|
| | | SSAN     JCID # |

| Defendant John W. Minnifield | Address Marengo Cty Jail Linden Al Zip | Sex | Race | Eyes | Hair | Height | Weight |
|---|---|---|---|---|---|---|---|

| | | Date War/Cap. Issued | Date Committed to Jail |
|---|---|---|---|
| Employer | Address | Date Initial Appearance | Date Released on Bond |

| Case Number CC-80-83 | Jury / Non-Jury | Date Arrested | Incarcerated / On Bond | Bond Amount | Bond Type & Sureties |
|---|---|---|---|---|---|
| Charges ☐Msd. ☐Fel. ☐App. | | Prosecutor | Judge ID | Dt. Prelim. Hearing | |

| Burglary, 3rd | Attorney L. D. Pitts ② |
|---|---|

| Dt. Y.O. Applic. | Dt. Probation Applic. |
|---|---|
| Grand Jury No. | Dt. Indictment 4-4-80 |
| Dt. Arraignment | Plea |

| Arresting Officer: | ☐ Municipal  ☐ State ☐ County  ☐ Conservation | Dt. Trial | Dt. Sentenced |
|---|---|---|---|
| Complainant: | Address | Dt. Appeal Filed | Appeal Bond Amt. |
| Additional Information And Remarks: | | Disposition | |

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 1-31-80 | Motions to dismiss filed by Defendant. (filed before he was indicted) |

I, Cordelia H. Gandy, Clerk of the Circuit and District Courts of Coosa County, Alabama, do hereby certify that the foregoing is a true and correct copy of the instrument herewith set out as same appears of record in said court.

Witness my hand this _2nd_ Day of _February, 2000_

_Cordelia H. Gandy_
Clerk of Circuit and District Courts
Coosa County, Alabama

Court Record - White

State of Alabama
Supreme Court
Dept. of Court Mgmt.

Form SC-C-7 1-77

**CASE ACTION SUMMARY**
CONTINUATION

Case Number

CC 80 83
ID    YR    Number

John W. Mannfield

Page Number _____

| DATE | ACTIONS |
|------|---------|
| | PROCEEDINGS PRELIMINARY TO ARRAIGNMENT (Non-Capital Case) IN THE MATTER OF COUNSEL FOR DEFENDANT |
| | (NOTE: NOT APPLICABLE IN CASES WHEREIN DEFENDANT HAS COUNSEL) |
| | The Defendant being present in open Court without Counsel, the undersigned Judge, before Arraigning said Defendant proceeds to ascertain, by examination of said Defendant, the answer(s) to the following question(s) in substance: |
| 4-11-80 | 1. Have you employed an Attorney at Law -or- have you made any arrangements to be represented, assisted and defended by Counsel in this case? ANSWER: No Sir |
| 4-11-80 | 2. Are you financially able to employ or hire an Attorney at Law to represent, and defend you in this case? ANSWER No Sir |
| 4-11-80 | 3. Do you desire the Court to appoint a Lawyer to represent, and defend you in this case? ANSWER: Yes Sir |
| | Harold E. Walden , Judge. |
| | APPOINTMENT OF COUNSEL |
| 4-11-80 | It appearing to the satisfaction of the Court that the Defendant in this case is INDIGENT and desires LEGAL COUNSEL, it is therefore ordered and adjudged by the Court that Hon. R. D. Pitts Attorney at Law, be and is hereby appointed as Counsel to represent, assist and defend said Defendant in this case. |
| | Harold E. Walden , Judge. |
| | ARRAIGNMENT (Non-Capital Case) |
| | The Defendant being in open Court with Counsel and being duly Arraigned upon the Indictment said Defendant, upon hearing the charge(s) therein read and explained, for plea thereto says |
| | , Judge. |

COURT RECORD (White)

| Date | ACTIONS |
|------|---------|
| | ARRAIGHMENT AND WAIVER |
| 4-11-80 | The Defendant being, in open Court with counsel and being duly arraigned upon the indictment, said Defendant, upon hearing the nature and cause of the charges(s) therein explained and having been handed a copy of said indictment, waives the reading of same and for plea thereto says NO GUILTY and with leave of the Court, may plead further to the said indictment before his trial |
| | _Harold E. Walden_ |
| | CIRCUIT JUDGE |
| 4-11-80 | Set for trial 4-28-80 at 9:30 am _Harold E. Walden_ |
| 4-28-80 | Motion to dismiss is denied _Harold E. Walden_ |
| 5-1-80 | States Motion to Continue, by agreement of the parties, is granted _Harold E. Walden_ |
| 6-9-80 | Continued to next term of Court. |
| 8-18-80 | Case continued — Defendant present on trial in Marengo County, Linden, Al _Harold E. Walden_ |
| 5-18-81 | States Motion to Withdraw indictment is granted by separate paper filed |
| 7-25-84 | States Motion to Reinstate Indictment is granted by separate paper filed this date. |

| | |
|---|---|
| **State of Alabama**<br>**Unified Judicial System**<br>Form C-7 Rev. 2/79 | **CASE ACTION SUMMARY**<br>**CONTINUATION** |

**Case Number**
CC 80 83

**Style:** John W. Merrifield

Page Number _____ of _____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 7-26-84 | State's Motion for Discovery and Motion for Consolidation is Granted. |
| 7-26-84 | Set for trial Dec. 3, 1984 at 9:00 AM.<br>Harold E. Walden |
| 8-1-84 | Motion for Psychiatric Exam + Motion for ~~Discovery~~ Probation filed by Defendant |
| 8-8-84 | Motion for Psychiatric Exam + ~~Discovery~~ Probation set for hearing Nov 26, 1984 at 9:15 AM |
| 8-29-84 | Motion for a correction of illegal charges filed by Defendant in all cases. |
| 1-7-85 | Motion to Dismiss filed by Defendant. |
| 5-13-85 | Motion to allow guilty plea, Explanation of rights and Defendants' statement of Satisfaction filed |
| 5-13-85 | The defendant in open court with his attorney, Hon. ~~R W Ritz~~, and with leave of the Court, withdraws his plea(s) of not guilty to the charges in the indictment and pleads guilty to the charges in count ___ of ~~the indictment, as shown by separate paper this day filed.~~    Burglary 2nd. |

ROBERTS & SON, INC., P. O. BOX 1903, BIRMINGHAM, ALABAMA 35201   TELEPHONE 252-9518

| Date | ACTIONS, JUDGMENTS, CASE NOTES |
|------|-------------------------------|
| 5-13-85 | Before accepting defendant's plea of guilty in this case, the court explained to defendant the privilege against compulsory self incrimination; the right to trial by jury; the right to confront one's accusers, and the consequences of the plea including the range of sentences; the nature of the charge and also what to constitute such offense. And based on such statements and explanations by the Court, it is now the opinion of the Court that defendant has full understanding of what the plea connotes and that the plea was made voluntarily and intelligently; and further shown by seperate paper this day filed. |
| 5-13-85 | Does the Defendant have anything to say before the Court imposes the sentence of law upon you? The Defendant answered _No Sir_ |
| 5-13-85 | It is the Judgement of the Court that the defendant is guilty of the offense of _Burglary 2nd_ as charged in count _____ of the indictment and the further judgment of the Court that the defendant's punishment be fixed at imprisonment in the penitentiary of the State of Alabama for _5_ years and _0_ days defendant being in open court _____ and having nothing why sentence _____ and now be imposed It is therefore Considered, Ordered and Adjudged by the Court that the defendant be and defendant is hereby sentenced to the penitantiary of the State of Alabama for _____ years and _0_ days.. |
| 5-13-85 | The sentence in this case shall run concurrent with the sentence in cc-80-79 in Coosa County. |




# Offices of
# **Ellen Brooks**
### District Attorney
## Fifteenth Judicial Circuit of Alabama

Montgomery County Courthouse
251 South Lawrence Street
P.O. Box 1667
MONTGOMERY, ALABAMA 36102-1667

**J. RANDALL McNEILL**
CHIEF DEPUTY DISTRICT ATTORNEY

**J. DARYL THOMPSON**
ADMINISTRATIVE ASSISTANT

**JERRY N. BLOODSWORTH**
CHIEF INVESTIGATOR

(334) 832-2550
Fax 832-1615

CC 80 - 18
CC 80 - 17
CC 80 - 19
CC 80 - 20

January 14, 2000

CIRCUIT CLERK-ATTN CRIMINAL
TALLAPOOSA COUNTY COURTHOUSE
125 N BROADNAX
DADEVILLE AL  36853

SENTENCING IS END OF JANUARY.  PLEASE EXPEDITE.  THANK YOU.
RE:              MINNIFIELD, JOHN        FOR DDA DARYL BAILEY
DOB:             12/30/1940
RACE:            Black/Male
CHARGE:          BURGLARY 11 CTS and Grand Larceny ALSO Burgl 2nd-2 Cts
OFFENSE DATE:    04/26/1961 and 11/08/1979 arrested by Tallapoosa Co SO
                 Disposition Date is 08/14/1961 14 yrs 6 mos 3 days and
                 05/28/1986 2 yrs each CS CC

Dear Sir or Madam:

I am writing to request a certified copy of the minute entry of all
felony, theft, forgery and drug convictions of the above-named Defendant.

The conviction records should include the following information:
1.   Name of Defendant.
2.   Court number.
3.   Convicted charge.
4.   Sentence.
5.   Sentencing date.
6.   Presence of defense counsel or waiver.

The records must be certified and, if you are outside of Alabama, they
must be exemplified.

Your prompt attention to this request is appreciated.  Should you have
any questions, please contact me immediately.

Sincerely,

Eleanor I. Brooks
District Attorney

By: _Lillian O. Monfee_
Lillian O. Monfee
Records Division

RECEIVED

2-9-2000

JAN 2000
RECEIVED
FRANK LUCAS
CIRCUIT CLERK

STATE OF ALABAMA )    IN THE CIRCUIT COURT OF
 

 

*John Willie Minnefield*, )    _Jefferson_
Defendant. )    COUNTY, ALABAMA *at Dadeville*
)    CASE NO. _80 — 18 + 2-0_

_John Willie Minnefield_, Defendant, appeared before the Court with his

attorney _Mike Hamner_, this the _28_ day of _May_, 19_56_.
The Court addressed the defendant: *pled guilt at arraignment*

I have been informed that you desire to ~~change your not guilty plea to guilty~~. Before
I accept your guilty plea, it is my duty to inform you of certain constitutional rights
which you waive if you plead guilty. It is also necessary that I determine that you;

Understand the nature of the charges against you;
That you understand the consequences of your plea of guilty;
That your plea be voluntary and intelligently made and
That there be a factual basis for your plea.

You have previously been informed by me in writing of all your constitutional rights
and you have responded in writing that you have read or had them read to you by your lawyer
and understood those rights.

Mr. _Hamner_, you are the attorney for the defendant. Did you go over all the
facts of the case with the defendant and throughly explain to him his constitutional rights
in this case?

Attorney answered _yes_.
To the defendant: Did you explain to your attorney all the facts in the case and
discuss your constitutional rights with him?

Defendant answered _yes_. Do you understand that your attorney would represent
you throughout a trial if you had a trial in this case

Defendant answered _yes_. Mr. District Attorney: Read the indictment.
(~~The indictment was read.~~) (The reading of the indictments was waived.)
To the defendant: You are charged in this case with the crime of _____

_Burglary, 2° on each case_

Do you understand the charge? _yes_. If you plead guilty or if you are found
guilty by a jury, the law provides punishment (in the penitentiary of the State of Alabama
for not less than _2 yrs._ nor more than _20 yrs._ for each such offense
~~(of commitment to the custody of the Director of the Department of Corrections of this State~~
~~for not more that three (3) years as a Youthful Offender).~~

Do you understand that if you plead guilty the Court will set the punishment within
those limits?

Defendant answered: _yes_. Under our law you have the privilege
against self incrimination. That is you have a right to remain silent and the burden will
be on the State to prove beyond a reasonable doubt that you are guilty and no one can commen
on your failure to testify. If you pleas guilty you give up that right to remain silent.
Do you waive or give up your right to remain silent?

Defendant answered _yes_. You also have a right to a public trial by
(jury) or (~~Judge without a jury~~) In a (jury) trial, the (jury of twelve persons) (Judge)
would determine your guilt or innocence. By pleading guilty you waive your right to a
(jury) trial. Do you waive your right to a (jury) trial?

Defendant answered _yes_. You have the right to confront the witnesses

ainst you and have your attorney cross examine them. You also have the right to call witnesses in your own behalf. By pleading guilty you give up or waive the right to confront the witnesses against you.

Do you waive the right to confront the witnesses against you and the right to call witnesses? Defendant answered _____ *Yes* _____.

Mr. District Attorney, please explain to the Court any agreement or understanding you have with the defendant concerning his plea. District Attorney answered _____ *2 yrs (imprison), + concurrent with all pending sentence credit for* _____

The Court addressed the defendant: Is that your understanding? *jail time, no position on probation*

Defendant answered _____ *Yes* _____. You understand that the Court is not bound by the agreement:

Defendant answered _____ *Yes* _____. Have any other promises been made to you, or any threats, or any coercion against you to get you to plead guilty?

Defendant answered _____ *No* _____.

Are you guilty as charged? Defendant answered _____ *Yes* _____.

Now tell the court exactly what you did which resulted in the charge against you.

Defendant answered: _____ *That he broke into 3 houses and one store in Camp Hill, to steal* _____

The Court addressed the defendant's attorney: Do you concur in defendant's plea of guilt?

Defense attorney answered: _____ *Yes* _____

To the defendant: It is the judgment of the court that your plea of guilty ~~is are~~ intelligently and understandingly made; that the plea ~~is~~ *are* voluntary and that there are facts to support the plea. I therefore allow you to ~~withdraw your plea of not guilty~~ *plead guilty at arraignment* and accept your plea of guilty. I find that you are guilty of *Burglary, Second degree on each charge*

Do you request a pre-sentence investigation, report and hearing? Defendant answered _____ *No* _____

Do you have anything to say before the court passes sentence? Defendant answered _____ *No* _____

It is the judgment and sentence of this court that you be and hereby are sentenced to (~~the custody of the Director of the Department of Corrections of this State as a Youthful Offender~~) (the penitentiary of the State of Alabama) for a period of *Two (2) years in each case, to run concurrent with one another + concurrent with all other pending sentences, and credit given for time held in jail on these charges. Application for probation denied because of prior record.*

*[signature]*

Circuit Judge

State of Alabama
Supreme Court
Dept. of Court Mgmt.

Form SC-C-6 1/77

# CASE ACTION SUMMARY
## — CRIMINAL —

Case Number

CC-80- **20**
ID    YR    Number

IN THE <u>Circuit Criminal</u> COURT OF <u>Tallapoosa</u> COUNTY

- [X] FEL
- [ ] JURY
- [ ] MISD.
- [ ] NONJURY
- [ ] MUNICIPAL CASE

| DEFENDANT John Willie Minniefield, alias | CASE NUMBER CC-80- **20.** ID YR NUMBER |
|---|---|

| OFFENSE (CHARGE) 2nd. Degree Burglary & Grand Larceny | DATE FILED (DOCKETED) |
|---|---|

| DEFENSE ATTORNEY 1. | STATUS | GRAND JURY # 26 | DATE OF INDICT 2/28/80 |
|---|---|---|---|
| | RET | | |
| | APP | | |
| 2. | RET | LOWER COURT CASE NUMBER DC-79-929 | |
| | APP | | |

DISTRICT ATTORNEY
Tom F. Young

[X] MALE  [ ] FEMALE
[ ] WHITE [ ] BLACK [ ] OTHER

PERSONAL HISTORY OF DEFENDANT

DOB:

ADDRESS:

OCCUPA-
TION:

HEALTH:

STATE
ID NO. 062015

State Witnesses
Wesley P. Smith   4/23/86   5/3/86
Hoyt Bazzell

**COURT INFORMATION** [ ] DIST [X] CIR

| WARRANT | DATE ISSUED 2/28/80 | DATE COM. TO JAIL 5/24/86 |
|---|---|---|
| | AMOUNT | DATE RELEASED |
| BOND | | |

INITIAL APPEARANCE    DATE

PRELIMINARY HEARING    DATE    [ ] WAIVED

DEFENDANT STATUS
- [ ] PERS. BOND
- [ ] PROF. BOND
- [ ] PERS. RECOG.
- [ ] IN COUNTY/CITY JAIL
- [ ] IN PRISON

ARRESTING OFFICER
- [X] COUNTY
- [ ] STATE
- [ ] CONSERVATION
- [ ] MUN.

| DATE | — ACTIONS — |
|---|---|
| 3/3/80 | Cont'd for arrest — _____ , J |
| Nov. 20, 1980 | Indictment withdrawn & filed. _____ By Judge |
| 12/2/85 | The probation officer having located the defendant within the penal system, this case is restored to the docket. Dale Segrest, Judge |
| 5/15/86 | Order |
| 5/28/86 | Plead Guilty — 2 years concurrent |

| State of Alabama<br>Form No. 62 Rev. 1/84 | TRANSCRIPT of RECORD<br>(Conviction Report) | | Case Number |
|---|---|---|---|
| | | CC | 80 | 20 |
| | | ID | YR | NUMBER |

In The **Circuit Criminal** Court Of **Tallapoosa** County **Dadeville Div**    Court ORI **062015**

STATE OF ALABAMA
vs. -

| NAME/<br>ALIASES | John Willie Minniefield, alias "" | SID No. |
|---|---|---|
| | | AIS No. |

| INMATE<br>DESCRIPTION | DOB<br>12/26/39 | Sex<br>[x] M  [ ] F | Height<br>5'11" | Weight<br>170 | Hair Color<br>Black | Eye Color<br>Brown |
|---|---|---|---|---|---|---|
| | Race<br>[ ] W  [X] B  [ ] Other (specify) | Complexion<br>Dark | Age (If DOB missing) | Distinguishing Features or Marks | | |

| ARREST<br>INFORMATION | Date of Offense | Initial Arrest Date<br>11/7/79 | Arresting ORI<br>0620000 |
|---|---|---|---|

| CHARGES<br>LITERAL | On Conviction:<br>Burglary 2° | Offense Class<br>☐ A ☐ B ☐ C |
|---|---|---|

| COURT<br>INFORMATION | Judge Name<br>James Avary | Prosecuting Attorney Name<br>Tom F. Young |
|---|---|---|

| PROBATION<br>INFORMATION | Applied for:    Date:<br>[x] Yes [ ] No 5/28/86 | Granted:    Date:<br>[ ] Yes [x] No  5/28/86 | Rearrested:  Date:<br>[ ] Yes [ ] No | Revoked:   Date:<br>[ ] Yes [ ] No |
|---|---|---|---|---|

| SENTENCE<br>INFORMATION | Term of Confinement<br>YR 2 MO DA | Act 754-76<br>[ ] Yes [ ] No | Probation Term (If Act 754)<br>YR MO DA | Jail Credit Ordered<br>[x] Yes [ ] None<br>see Remarks for credit giv |
|---|---|---|---|---|
| | Date Sentenced:<br>5/28/86 | Date Sentence Begins<br>5/28/86 | | YR MO DA<br>8 |

| SENTENCE<br>PROVISIONS | ☒ Concurrent<br>☐ Consecutive | Restitution/Recoupment |
|---|---|---|
| | | Restitution _____ |
| | | Attorney Fee _____ |

| OTHER<br>SENTENCE<br>PROVISIONS | ☐ Habitual Offender<br>☐ Youthful Offender (Act 335-72)<br>☐ Restitution (Specify & Attach Order)<br>☐ Recoupment (Specify & Attach Order)<br>☐ Life  ☐ Life w/o Parole  ☐ Death | Court Cost _____<br>Fine _____ |
|---|---|---|

| APPEAL<br>INFORMATION | [ ] Yes [x] No | Sentence Suspended  Date:<br>Pending Appeal<br>[ ] Yes [ ] No | Sentence Affirmed:  Date:<br>[ ] Yes | Date Rearrested |
|---|---|---|---|---|

| REMARKS<br>OTHER IN<br>MATION (<br>TINUE ON<br>REVERSE<br>IF NEEDE | 5/28/86 - Plead Guilty- sentenced to<br>2 years - to run concurrent. Credit<br>given for time held in jail on this<br>charge.<br><br>Jail credit<br>11-8-79 - 11/15/79 -------8 days | This is to certify that the abov<br>information was extracted from offici<br>court records and is true and corre<br>according to the record.<br><br>(Affix Court Seal)<br><br>October 14           19 86<br>Date<br><br>Ruth Johnson, Clerk<br>Print or Type Name of Clerk<br>Ruth Johnson |
|---|---|---|

*Corrected*

| State of Alabama<br>Supreme Court<br>Dept. of Court Mgmt.<br><br>Form SC-C-6 1/77 | **CASE ACTION SUMMARY**<br>— CRIMINAL — | Case Number<br><br>CC – 80  *19*<br>ID    YR    Number |
|---|---|---|

IN THE ___Circuit Criminal___ COURT OF ___Tallapoosa___ COUNTY

☒ FEL    ☐ MISD.
☐ JURY    ☐ NONJURY
☐ MUNICIPAL CASE

| DEFENDANT<br><br>John Willie Minniefield, alias | CASE NUMBER<br><br>CC–80  *19*<br>ID    YR    NUMBER | COURT INFORMATION ☐ DIST    ☒ CIR | |
|---|---|---|---|

| | | DATE ISSUED | DATE COM. TO JAIL |
|---|---|---|---|
| OFFENSE (CHARGE)<br>2nd. Degree Burglary &<br>Grand Larceny | DATE FILED (DOCKETED) | WARRANT | 2/28/80 | 5/24/80 |

| | | | | AMOUNT | DATE RELEASED |
|---|---|---|---|---|---|

| DEFENSE ATTORNEY<br>1. | STATUS<br>RET<br>APP | GRAND JURY #<br>25 | DATE OF INDICT<br>2/28/80 | BOND | | |
|---|---|---|---|---|---|---|

| 2. | RET<br>APP | LOWER COURT CASE NUMBER<br>DC-79-928 | INITIAL<br>APPEARANCE | DATE |
|---|---|---|---|---|

| DISTRICT ATTORNEY<br>Tom F. Young | ☒ MALE   ☐ FEMALE<br>☐ WHITE ☐ BLACK ☐ OTHER | PRELIMINARY<br>HEARING | DATE | ☐ WAIVED |
|---|---|---|---|---|

| PERSONAL HISTORY OF DEFENDANT<br>ADDRESS: | DOB:<br><br>OCCUPA-<br>TION:<br>HEALTH: | DEFENDANT<br>STATUS | ☐ PERS. BOND<br>☐ PROF. BOND<br>☐ PERS. RECOG.<br>☐ IN COUNTY/CITY JAIL<br>☐ IN PRISON |
|---|---|---|---|

| STATE<br>ID NO.   062015 | | ARRESTING<br>OFFICER | ☒ COUNTY   ☐ CONSERVATION<br>☐ STATE     ☐ MUN. |
|---|---|---|---|

State Witnesses                    Subpoena   Served
Hoyt Bazzell                       4/23/86
Capitola Blackwelder               4/23/86    5-6-86

| DATE | — ACTIONS — |
|---|---|
| 3/3/80 | Cont'd for arrest -                          _____, Judge |
| Nov 20, 1980 | Indictment withdrawn & filed ·<br><br>Howard F. Bryan Judge |
| 12/2/85 | The probation officer having located the defendant within the penal system, this case is restored to the docket.<br><br>Dale Segrest, Judge |
| 5/15/86 | Order |
| 5/28/86 | Trial proceed on motion by State - jury |

COURT RECORD

| State of Alabama<br>Supreme Court<br>Dept. of Court Mgmt.<br>Form SC-C-6 1/77 | **CASE ACTION SUMMARY**<br>— CRIMINAL — | Case Number<br><br>CC   80    18<br>ID    YR    Number |
|---|---|---|

IN THE **Circuit Criminal** COURT OF **Tallapoosa** COUNTY

☒ FEL   ☐ MISD.
☐ JURY   ☐ NONJURY
☐ MUNICIPAL CASE

| DEFENDANT<br>John Willie Minnefield | CASE NUMBER<br>CC   80   18<br>ID   YR   NUMBER | COURT INFORMATION ☐ DIST   ☐ CIR |
|---|---|---|

| OFFENSE (CHARGE)<br>2nd Degree Burglary & Grand<br>Larceny | DATE FILED (DOCKETED) |
|---|---|

WARRANT | DATE ISSUED | DATE COM. TO JAIL<br>5/22/86

| DEFENSE ATTORNEY | STATUS | GRAND JURY # | DATE OF INDICT |
|---|---|---|---|
| 1. | RET / APP | 24 | 2/28/80 |
| 2. | RET / APP | LOWER COURT CASE NUMBER<br>DC-79-927 | |

BOND | AMOUNT | DATE RELEASED

INITIAL APPEARANCE | DATE

| DISTRICT ATTORNEY | ☐ MALE  ☐ FEMALE<br>☐ WHITE ☐ BLACK ☐ OTHER |
|---|---|

PRELIMINARY HEARING | DATE | ☐ WAIVED

| PERSONAL HISTORY OF DEFENDANT<br>ADDRESS: | DOB:<br>OCCUPA-<br>TION:<br>HEALTH: |
|---|---|

DEFENDANT STATUS
☐ PERS. BOND
☐ PROF. BOND
☐ PERS. RECOG.
☐ IN COUNTY/CITY JAIL
☐ IN PRISON

| STATE<br>ID NO.                062015 |
|---|

ARRESTING OFFICER
☐ COUNTY   ☐ CONSERVATION
☐ STATE    ☐ MUN.

Hoyt Bazzell                    4/23/86    5/5/86
Julius Bankston Winter, Jr.     "          5/3/86
Doris Winter                    "          5/3/86

| DATE | — ACTIONS — |
|---|---|
| 3/3/80 | Cont'd for Arrest. [signature] Judge |
| | Nov 20, 1980 Indictment withdrawn & filed. [signature] Judge |
| 12/2/85 | The probation officer having located the defendant in the penal system, this case is restored to the docket. Dale Segrest, Judge |
| 5/15/86 | Order |
| 5/28/86 | Plead Guilty — 2 years concurrent |

| State of Alabama Form No. 62 Rev. 1/84 | **TRANSCRIPT of RECORD** (Conviction Report) | Case Number |
| | | CC **80** 18 |
| | | ID / YR / NUMBER |

In The **Circuit Criminal** Court Of **Tallapoosa** County **Dadeville Div** Court ORI **062015**

**STATE OF ALABAMA**
vs.

| NAME/ ALIASES | **John Willie Minniefield, alias** | SID No. |
| | | AIS No. |

**INMATE DESCRIPTION**

| DOB 12/26/39 | Sex [x] M [ ] F | Height 5'11" | Weight 170 | Hair Color Black | Eye Color Brown |
| Race [ ] W [X] B [ ] Other (specify) | | Complexion Dark | Age (If DOB missing) | Distinguishing Features or Marks | |

**ARREST INFORMATION**

| Date of Offense | Initial Arrest Date 11/7/79 | Arresting ORI 0620000 |

**CHARGES LITERAL**

| On Conviction: **Burglary 2°** | Offense Class ☐A ☐B ☐C |

**COURT INFORMATION**

| Judge Name **James Avary** | Prosecuting Attorney Name **Tom F. Young** |

**PROBATION INFORMATION**

| Applied for: Date: [x] Yes [ ] No 5/28/86 | Granted: Date: [ ] Yes [x] No 5/28/86 | Rearrested: Date: [ ] Yes [ ] No | Revoked: Date: [ ] Yes [ ] No |

**SENTENCE INFORMATION**

| Term of Confinement YR 2 MO DA | Act 754-76 [ ] Yes [ ] No | Probation Term (If Act 754) YR MO DA | Jail Credit Ordered [x] Yes [ ] None |
| | | | see Remarks for credit giv |
| Date Sentenced 5/28/86 | Date Sentence Begins 5/28/86 | | YR MO DA 8 |

**SENTENCE PROVISIONS**

☒ Concurrent
☐ Consecutive

Restitution/Recoupment

Restitution _____
Attorney Fee _____
Court Cost _____
Fine _____

**OTHER SENTENCE PROVISIONS**

☐ Habitual Offender
☐ Youthful Offender (Act 335-72)
☐ Restitution (Specify & Attach Order)
☐ Recoupment (Specify & Attach Order)
☐ Life ☒ Life w/o Parole ☐ Death

**APPEAL INFORMATION**

| [ ] Yes [x] No | Sentence Suspended. Date: Pending Appeal [ ] Yes [ ] No | Sentence Affirmed: Date: [ ] Yes | Date Rearreste |

**REMARKS AND OTHER INFORMATION (CONTINUE ON REVERSE SIDE IF NEEDED)**

5/28/86 - Plead Guilty- sentenced to 2 years - to run concurrent. Credit given for time held in jail on these charges.

Jail credit
11/8/79 - 11/15/79 -8 days

Corrected

This is to certify that the above information was extracted from offic court records and is true and corr according to the record.

(Affix Court Seal)

October 14 ___ 19 86
Date

_Ruth Johnson, Clerk_
Print or Type Name of Clerk

_Ruth Johns_
Signature

| State of Alabama<br>Supreme Court<br>Dept. of Court Mgmt.<br><br>Form SC-C-6 1/77 | **CASE ACTION SUMMARY**<br>— CRIMINAL — | Case Number<br><br>CC-80- _17_<br>ID   YR   Number |
|---|---|---|

IN THE __Circuit Criminal '__ COURT OF ___Tallapoosa___ COUNTY

☒ FEL ☐ MISD.
☐ JURY ☐ NONJURY
☐ MUNICIPAL CASE

COURT INFORMATION ☐ DIST ☒ CIR

| DEFENDANT<br>John Willie Minniefield, alias | CASE NUMBER<br>CC-80- _17_<br>ID   YR   NUMBER |
|---|---|

| OFFENSE (CHARGE)<br>2nd. Degree Burglary &<br>Grand Larceny | DATE FILED (DOCKETED) |
|---|---|

| DEFENSE ATTORNEY<br>1. | STATUS | GRAND JURY # | DATE OF INDICT |
|---|---|---|---|
| | RET | 23 | 2/28/80 |
| | APP | | |
| 2. | RET | LOWER COURT CASE NUMBER | |
| | APP | DC-79-926 | |

DISTRICT ATTORNEY
Tom F. Young

☒ MALE ☐ FEMALE
☐ WHITE ☐ BLACK ☐ OTHER

PERSONAL HISTORY OF DEFENDANT
ADDRESS:

DOB:
OCCUPA-TION:
HEALTH:

STATE
ID NO. 062015

WARRANT — DATE ISSUED 2/27/80 — DATE COM. TO JAIL 4/24/86

BOND — AMOUNT — DATE RELEASED

INITIAL APPEARANCE — DATE

PRELIMINARY HEARING — DATE — ☐ WAIVED

DEFENDANT STATUS
☐ PERS. BOND
☐ PROF. BOND
☐ PERS. RECOG.
☐ IN COUNTY/CITY JAIL
☐ IN PRISON

ARRESTING OFFICER
☐ COUNTY ☐ CONSERVATION
☐ STATE ☐ MUN.

State Witnesses
Ed Holstun
Hoyt Bazzell
Joe Neighbors

| DATE | — ACTIONS — |
|---|---|
| 3/3/80 | Cont'd for Arrest of defendant. _John_ |
| | Nov 20, 1980 — Indictment withdrawn & filed |
| | _Howard F. Bryan_ Judge |
| 12/2/85 | The probation officer have located the defendant in the penal system, this case is restored to the docket |
| | _Dale Segrest_ Judge |
| 5/15/86 | Order |
| 5/23/86 | Nol prossed on motion of state |

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

STATE OF ALABAMA,                    *

     Plaintiff,                     *

                             *    CASE NO. CC-99-327 GR

v.                                   *

JOHN W. MINNIFIELD,                  *

     Defendant.                     *

## ORDER

    The Court having found Defendant indigent, it is ORDERED that the Honorable Joseph E. Burkhart is appointed to represent Defendant on Appeal in the above referenced matter.

    DONE this the 7th day of February, 2000.

                                    _Sally Greenhaw_

                                    SALLY GREENHAW
                                    CIRCUIT JUDGE

copies:

Joseph E. Burkhart
Wiley Hartley
Office of the Attorney General
John Minnifield
Judge Francis A. Long, Sr.
Daryl Bailey

RECEIVED
2-9-2000

ACR371                ALABAMA JUDICIAL DATA CENTER
        NOTICE OF APPEAL TO THE ALABAMA COURT OF CRIMINAL APPEALS
                      BY THE TRIAL COURT CLERK
              IN THE CIRCUIT COURT OF MONTGOMERY COUNTY
STATE OF ALABAMA VS MINNIFIELD JOHN WILLIE    JUDGE: SARAH M. GREENHAW

APPEAL DATE: 02/07/2000 (Oral)

INDIGENCY STATUS:
    GRANTED INDIGENCY STATUS AT TRIAL COURT:          __X__ YES    ____ NO
    APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL:    __X__ YES    _≥__ NO
    INDIGENT STATUS REVOKED ON APPEAL:                ____ YES    __X__ NO
    INDIGENT STATUS GRANTED ON APPEAL:                __X__ YES    ____ NO

DEATH PENALTY: NO

APPEAL TYPE: STATE CONVICTION

THIS IS AN APPEAL FROM A CONVICTION.

DATE OF CONVICTION: 01/12/2000        DATE OF SENTENCE: 02/07/2000

YOUTHFUL OFFENDER STATUS: DENIED

CO/CASE NUMBER: 03/CC 1999 000327.00
CODE: STAL   CONVICTION: STALKING       ACTION: CONVICTED
                                        STATUTE: 13A-006-090
SENTENCE:   CONF: 20 YRS 00 MOS 000 DAYS
SENTENCE:   PROB: 00 YRS 00 MOS 000 DAYS    LIFE: NO   LIFEWO: NO

POST-JUDGMENT MOTIONS FILED:    DT FILED    DT DENIED    CON BY AGREE
    ____ MOTION FOR NEW TRIAL       _____    _____    _____
    ____ MOTION FOR JUDG. OF ACQUIT _____    _____    _____
    ____ MOTION TO W/D GUILTY PLEA  _____    _____    _____
    ____ MOTION FOR ATTY TO W/DRAW  _____    _____    _____
    ____ OTHER _____      _____    _____    _____

COURT REPORTER(S): Jan Gross         AARON, SHERRY M.
ADDRESS:           c/o Mtg. Co. Courthouse  C/O HON. SARAH GREENHAW
                                     MONTGOMERY    , AL  36104

                                     NEWMAN MEREDITH
                                     C/O HON. SALLY GREENHAW
                                     MONTGOMERY    , AL  36102

APPELLATE COUNSEL #1:                BURKHART JOSEPH ELKINS
ADDRESS:                             472 S. LAWRENCE STREET
                                     MONTGOMERY    , AL  36104
PHONE NUMBER:                        334-262-4800

APPELLATE COUNSEL #2:
ADDRESS:

PHONE NUMBER:

APPELLANT (PRO SE):                  MINNIFIELD JOHN WILLIE
ADDRESS:                             463 EMPIRE TERRACE
                                     MONTGOMERY    , AL  361100000
AIS #:

APPELLEE (IF CITY APPEAL):
ADDRESS:

                                              OPERATOR: REF
I CERTIFY THAT THE INFORMATION PROVIDED    PREPARED: 02/10/2000
ABOVE IS ACCURATE TO THE BEST OF MY
KNOWLEDGE AND I HAVE SERVED A COPY OF
THIS NOTICE OF APPEAL ON ALL PARTIES TO    _____
THIS ACTION ON THIS 10 DAY OF Feb. , 2000      CIRCUIT COURT CLERK

John W. Minnifield
Plaintiff
    V.S
State OF A/A.
Defendant



FEB 2000
Filed
Melissa Rittenour
Circuit Clerk

C.C. No. 99-327
SMG

Motion For
New Trial Pro/Se.
Come Now in The Above Style An/
Or Cause Plaintiff John W. Minnifield
Motion That He Plaintiff be given
A New Trial. On The Following.

1) The State of Alabama Did Wilfully
use illegally Evidence To Obtain
A guilty Verdict.

2) See Motion For Discovery State
use Policeman Sisson Statement
Along With Rosebud + Tim Brown
Statement That Were Not in The
State Discovery An There Fore
Should Not have been used.
EE: Motion For Appeal From
Ty of Montgomery in (3) Cases
at is unsolved An Therefore —①

Could Not be Used see Reckless
Endangerment. under (1) Case No:
2) Weeks prior Disorderly Conduct
10-30-98   Harrassment 10-30-98
Were Under same Case No.
Therefore When Municipality
Court Combind Reckless Endangm.
Under Same Case No: That Then
Contaminated The other (2) Cases
An Cause All (3) Case,S To be
poison by Fruits From Forbidded
Tree Therefore Killed The legality
of The Cases State + Court had
over A year to Rule on These
Case,s Therefore State Use This
Evidence To Convict. State did
Use False Evidence To pick Me
up on November 6th on F.T.A.
Warrant. Until Trial Date in January
2000 State of A/A has Withheld
Evidence From Plantiff John 3 Lewis
Pertaining Bail information Wittness
restimony See Transcript

(2)

Your Judge is Aware This is only
Domestic Dispute on two Married
Couple,s That were cought
in an Act of In-Fidelity State
Could s/not prove Stalking with
out This illegally used evidence
See Note left on car
Victim Stated She took it
To be husband handwriting
State did Not Use Expert
To Test legality of writing
Therefore Note s were introduc
illegally Also See Blond hair
Injury That is an Board of
Domestic Violence. See
Release Form Dated 7-22-99
See Condition For Release Defocus
31. Date 29th Dec, 1998 Lynn
C, Bright State Therefore Should
Vacate Sentencing an Move To
grant New Trial with prejudce
Court has Power To overrule Jury
Decision when Court is Aware
There is A Gross INJustice in
Jury Decision Whereas Junions 15 6

SEE Probation pg. 9 Don Thomawson
Former Employer See Remark pg. 9
Patricia T. McCarty Remarks is Un-
Founded See pg. 5. 6 cases is False
Information An/or Misleading To The
Court This Court Did Not Seek The
Truth Court KNEW WITTNESS lied
An/or PERJury Themselves. After
lying Under Oath Motion To Dismiss
For Failure of The State To Make
Prima Faci Case of Stalking
No Showing of A Series Act's That
Would be Stalking.

2) EVENT That The State brought up
Had No Threat or Harrasment

3) Constitional Conduct is Not Prohibit
SEE 13-A-6 92 Code of Ala.

(4) All of The Events Took Place In
The Course of A Seperation An
Filing of A Divorce That is In progre

(4.

Not Versed IN lamens Terms
of law Court Did Allow
Jury To Piecemeal evidence To
get To guilty Charge. State Also
Applied Habitual offender Charge
s After over 20 yrs State
did Not invoke Habitual Statue
Fairly. This Court has but one
Recourse but To grant New
Triale With Prejudce
                    John Plaintiff Willie Minnifield

I Certify That The Above is True
AN/or Correct To The best of
My Ability.
            /Done This #2Nd No.____2000

L.C. Cir. Clerk Mallisa Rettinour
L.C. Cir. Ct. Sally Greenhaw                    (5)

```
ACR359                    ALABAMA JUDICIAL DATA CENTER
                               MONTGOMERY COUNTY
                              TRANSCRIPT OF RECORD
                               CONVICTION REPORT
                                                CC 1999 000327.00 01
                                                SARAH M. GREENHAW
```

```
CIRCUIT COURT OF MONTGOMERY COUNTY              COURT ORI: 003045 J

STATE OF ALABAMA    VS.           DC NO:     0000 000000.00
MINNIFIELD JOHN WILLIE    ALIAS: MINNIFELT JOHNG J: 21
463 EMPIRE TERRACE        ALIAS: MINNIFIELD WILSSN: 424509107
MONTGOMERY  AL  36110                        SID:  000228961
                                             AIS:

DOB:  12/26/1939  SEX: M  HT: 5 11   WT: 185  HAIR: GRY   EYE: BRO
RACE: ( )W (X)B ( )O  COMPLEXION: _____  AGE: ____  FEATURES: ____

DATE OFFENSE: 00/00/0000  ARREST DATE: 02/10/1999  ARREST ORI: MPD

CHARGES @ CONV      CITES        CLS  COURT ACTION           CA DATE
STALKING            13A-006-090   C   CONVICTED             01/12/2000
                                                            00/00/0000
                                                            00/00/0000

JUDGE: SARAH M. GREENHAW              PROSECUTOR: BAILEY DARYL DONALD

PROBATION APPLIED   GRANTED  DATE       REARRESTED DATE   REVOKED  DATE
( )Y( )N            ( )Y( )N _____      ( )Y( )N _____    ( )Y( )N _____

                         IMPOSED    SUSPENDED    TOTAL    JAIL CREDIT
ACT 754-78                                                00 00 329
( )Y (X)N   CONFINEMENT:  20 00 000  00 00 000  20 00 000
            PROBATION:    00 00 000              00 00 000
DATE SENTENCED: 02/07/2000      SENTENCE BEGINS: 02/07/2000

PROVISIONS                   COSTS/RESTITUTION      DUE       ORDERED

   PENITENTIARY          RESTITUTION           $4378.00    $4378.00
   HABITUAL OFDR         ATTORNEY FEE           $150.00     $150.00
   DOC/SAPP PGM          CRIME VICTIMS           $50.00      $50.00
                         COST                   $842.00     $842.00
                         FINE                     $0.00       $0.00
                         MUNICIPAL FEES           $0.00       $0.00
                         DRUG FEES                $0.00       $0.00
                         ADDTL DEFENDANT          $0.00       $0.00
                         DA FEES                  $0.00       $0.00
                         COLLECTION ACCT          $0.00       $0.00
                         JAIL FEES                $0.00       $0.00

                         TOTAL                 $5420.00    $5420.00

APPEAL DATE       SUSPENDED         AFFIRMED            REARREST
(X)Y( )N 02/07/20  ( )Y( )N _____   ( )Y( )N _____      ( )Y( )N _____

REMARKS:                    THIS IS TO CERTIFY THAT THE
                            ABOVE INFORMATION WAS EXTRACTE
                            FROM OFFICIAL COURT RECORDS AN
                            AND IS TRUE AND CORRECT.
DEF TO ENROLL IN SAP PROGRAM AND AN ANGER MANAGEMENT PROGRAM.  50% OF
MONIES TO COURT.  NO CONTACT W/ VICTIM OR FAMILY.


                                  MELISSA RITTENOUR(CC)

                                  02/16/2000
```

```
OPERATOR: DBH
PREPARED: 02/16/2000
```

| State of Alabama<br>Unified Judicial System<br>Form ARAP- 26 (front)    8/91 | COURT OF CRIMINAL APPEALS<br>DOCKETING STATEMENT | Criminal Appeal Number<br>CR99-0915<br>___ . ___ |

**GENERAL INFORMATION:**

☒ CIRCUIT COURT ☐ DISTRICT COURT ☐ JUVENILE COURT OF ____Montgomery____ COUNTY

____John Willie Minnifield____ , Appellant

V. ☒ STATE OF ALABAMA ☐ MUNICIPALITY OF _____

| Case Number<br>CC 99- 0327 | Date of Complaint or Indictment<br>02/05/99 | Date of Judgment/Sentence/Order<br>02/07/2000 |
| Number of Days of Trial/Hearing<br>2              Days | Date of Notice of Appeal<br>Oral: 02/07/2000 | Written: |

Indigent Status Requested: ☒ Yes ☐ No          Indigent Status Granted: ☒ Yes ☐ No

**B. REPRESENTATION:**

Is Attorney Appointed or Retained? ☒ Appointed ☐ Retained.    If no attorney, will appellant represent self? ☐ Yes ☐ No

| Appellant's Attorney (Appellant if pro se) (Attach additional pages if necessary)<br>Joseph E. Burkhart | Telephone Number<br>(334) 262-4800 |
| Address    Suite 206<br>472 S. Lawrence St. | City<br>Montgomery | State<br>AL | Zip Code<br>36104 |

**C. CODEFENDANTS:** List each CODEFENDANT and the codefendant's case number.

| Codefendant | Case Number |
| Codefendant | Case Number |
| Codefendant | Case Number |

FEB 2000
Filed
Melissa Rittenour
Circuit Clerk

**D. TYPE OF APPEAL: Please check the applicable block.**

1 ☒ State Conviction     4 ☐ Pretrial Order          7 ☐ Juvenile Transfer Order     10 ☐ Other (Specify)
2 ☐ Post-Conviction Remedy  5 ☐ Contempt Adjudication   8 ☐ Juvenile Delinquency
3 ☐ Probation Revocation   6 ☐ Municipal Conviction    9 ☐ Habeas Corpus Petition

**E. UNDERLYING CONVICTION/CHARGE:** Regardless of the type of appeal checked in Section D, please check the box beside each offense category for which the appellant has been convicted or charged as it relates to this appeal. Also include the applicable section of the Code of Alabama for State convictions.

1 ☐ Capital Offense - § _____    6 ☐ Trafficking in Drugs - § _____    11 ☐ Fraudulent Practices - § _____
2 ☐ Homicide - § _____          7 ☐ Theft - § _____                  12 ☐ Offense Against Family - § _____
3 ☐ Assault - § _____           8 ☐ Damage or Intrusion                 13 ☐ Traffic - DUI - § _____
4 ☐ Kidnapping/Unlawful               to Property - § _____             14 ☐ Traffic - Other - § _____
    Imprisonment - § _____      9 ☐ Escape - § _____                 15 ☒ Miscellaneous (Specify):
5 ☐ Drug Possession - § _____   10 ☐ Weapons/Firearms - § _____         Stalking    -§13A-6-90

**F. DEATH PENALTY:**

Does this appeal involve a case where the death penalty has been imposed? ☐ Yes ☒ No

**G. TRANSCRIPT:**

1. Will the record on appeal have a reporter's transcript? ☒ Yes ☐ No
2. If the answer to question "1" is "Yes," state the date the Reporter's Transcript Order was filed. __02/16/2000__ (Date)
3. If the answer to question "1" is "No":
   (a) Will a stipulation of facts be filed with the circuit clerk? ☐ Yes ☐ No
   (b) Will the parties stipulate that only questions of law are involved and will the trial court certify the questions? ☐ Yes ☐ No

NOTE: If the appeal is from the district or juvenile court and the answer to question "1" is "No," then a positive response is required for question 3(a) or 3(b).

Form ARAP-26 (back)    8/91                    COURT OF CRIMINAL APPEALS : OCKETING STATEMENT

H. **POST-JUDGMENT MOTIONS:** List all post-judgment motions by date of filing, type, and date of disposition
(whether by trial court order or by the provisions of Rules 20.3 and 24.4 (ARCrP)):

| DATE OF FILING | | | TYPE OF POST-JUDGMENT MOTION | DATE OF DISPOSITION | | |
|-------|-----|------|---|-------|-----|------|
| Month | Day | Year | | Month | Day | Year |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

I. **NATURE OF THE CASE:** Without argument, briefly summarize the facts of the case.

Attorney has not gotten transcript as of this date.

J. **ISSUE(S) ON APPEAL:** Briefly state the anticipated issues that will be presented on appeal. (Attach additional pages if necessary.)

Attorney has not gotten transcript as of this date.

K. **SIGNATURE:**

02/16/2000                                    _Joseph E. Burkhart_
_____                    _____
Date                                    Signature of Attorney/ Party Filing this Form

| State of Alabama<br>Unified Judicial System<br><br>Form ARAP- 1C        8/91 | REPORTER'S TRANSCRIPT ORDER -- CRIMINAL<br>See Rules 10(c) and 11(b) of the<br>Alabama Rules of Appellate Procedure (A.R. App.P.) | Criminal Appeal Number<br>CR  -  99-0915 |
|---|---|---|

BE COMPLETED BY COUNSEL FOR THE APPELLANT OR BY THE APPELLANT IF NOT REPRESENTED AND FILED WITH THE WRITTEN NOTICE OF
EAL OR FILED WITHIN 7 DAYS AFTER ORAL NOTICE OF APPEAL IS GIVEN.

[X] CIRCUIT COURT   [ ] DISTRICT COURT   [ ] JUVENILE COURT OF _____ Montgomery _____ COUNTY

John Willie Minnifield _____ , Appellant

V.   [X] STATE OF ALABAMA     [ ] MUNICIPALITY OF _____

| Case Number CC 99- 0327 | Date of Judgment/Sentence/Order<br>02/07/2000 |
|---|---|
| Date of Notice of Appeal<br>Oral: 02/07/2000         Written: | Indigent Status Granted:<br>[X] Yes    [ ] No |

**PART 1. TO BE SIGNED IF THE APPEAL WILL NOT HAVE A COURT REPORTER'S TRANSCRIPT:**
I CERTIFY THAT NO REPORTER'S TRANSCRIPT IS EXPECTED AND THAT THE RECORD ON APPEAL SHALL CONSIST OF THE CLERK'S RECORD ONLY. IF THE APPEAL IS FROM DISTRICT COURT OR JUVENILE COURT, I ALSO CERTIFY (1) THAT A STIPULATION OF FACTS WILL BE INCLUDED IN THE CLERK'S RECORD AND THAT THE APPELLANT WAIVES HIS RIGHT TO A JURY TRIAL IF SO ENTITLED; OR (2) THAT THE PARTIES HAVE STIPULATED THAT ONLY QUESTIONS OF LAW ARE INVOLVED AND THAT THE QUESTIONS WILL BE CERTIFIED BY THE JUVENILE/DISTRICT COURT FOR INCLUSION IN THE CLERK'S RECORD (SEE RULE 28(A)(1), ALABAMA RULES OF JUVENILE PROCEDURE, AND §12-12-72, *CODE OF ALABAMA 1975*).

_____        _____        _____
Signature                        Date             Print or Type Name

**PART 2. DESIGNATION OF PROCEEDINGS TO BE TRANSCRIBED.** Request is hereby made to the court reporter(s) indicated below for a transcript of the following proceedings in the above referenced case (see Rule 10(c)(2), Alabama Rules of Appellate Procedure (A.R.App.P.)):

MARK PROCEEDINGS REQUESTED:                                        COURT REPORTER(S)

Jan Goss

A. [XX] TRIAL PROCEEDINGS - Although this designation will include the judgment and sentence proceedings, a transcript of the organization of the jury and arguments of counsel must be designated separately.

P. O. Box 1667

Mont., AL  36102

B. [ ] ORGANIZATION OF THE JURY - This designation will include voir dire examination and challenges for cause. Note that in noncapital cases the voir dire of the jury will not be recorded unless the trial judge so directs. (See Rule 19.4, ARCrP.)

C. [ ] ARGUMENTS OF COUNSEL - Note that in noncapital cases the arguments of counsel will not be recorded unless the trial judge so directs. (See Rule 19.4, ARCrP.)

IN ADDITION TO ANY PROCEEDINGS DESIGNATED ABOVE, SPECIAL REQUEST IS HEREBY MADE TO INCLUDE THE FOLLOWING PROCEEDINGS IN THE REPORTER'S TRANSCRIPT PORTION OF THE RECORD ON APPEAL. (ATTACH ADDITIONAL PAGES IF NECESSARY):

ADDITIONAL PROCEEDINGS REQUESTED                DATE              COURT REPORTER(S)

D. _____        _____        _____

E. _____        _____        _____

F. _____        _____        _____

G. _____        _____        _____

**IMPORTANT NOTICE:** The court reporter who reported the proceedings for which a transcript is requested must be identified on this form to be effective. Additionally, it is important to note that the appellant may not be permitted to raise any issue on appeal relating to any proceedings in the case that are not specifically designated on this form for inclusion in the reporter's transcript. A general designation such as "all proceedings" is not sufficient. (See Rule 10(c)(2), A.R.App.P.)

**PART 3. MUST BE SIGNED IF THE APPEAL WILL HAVE A COURT REPORTER'S TRANSCRIPT:**
I CERTIFY THAT I HAVE DISTRIBUTED THIS FORM AS SET OUT BELOW. I ALSO CERTIFY (1) THAT I HAVE MADE SATISFACTORY FINANCIAL ARRANGEMENTS WITH EACH COURT REPORTER LISTED ABOVE FOR PREPARING HIS OR HER PORTION OF THE REPORTER'S TRANSCRIPT HEREIN REQUESTED; OR (2) THAT THE APPELLANT PROCEEDED AT TRIAL AS AN INDIGENT AND THAT THAT STATUS HAS NOT BEEN REVOKED; OR (3) THAT THE APPELLANT HAS BEEN GIVEN PERMISSION TO PROCEED ON APPEAL IN FORMA PAUPERIS.

_Joseph E. Burkhart_        02/16/2000        Joseph E. Burkhart
Signature                   Date               Print or Type Name

**DISTRIBUTION:** Original filed with Clerk of Trial Court and copies mailed to: (1) Clerk of the Court of Criminal Appeals, (2) the District Attorney, (3) the Attorney General or the municipal prosecutor in lieu of the District Attorney and the Attorney General if the appeal is from a municipal conviction, and (4) to each Court Reporter who reported proceedings designated for inclusion in the reporter's transcript.

John W. Minnifield
Plaintiff
        vs
State of Alabama
Defendant

C.C.No 99-327
C.C.No    Smg

Filed
Feb 2000
Melissa Rittenour
Circuit Clerk

## Motion To Reconsider
### Sentence

Come Now Plaintiff John W. Minnifield
in Pro/Se litigation Moves This
Hon. Court To Reconsider
The Previous Sentence imposed
herein An/or on Grounds
Thereof A show As Follow

1) Hon Court Sentence The
Plaintiff John W. Minnifield
To A Term of 20 years on
(1) Count of Stalking.

2) That Court did Not Consider
Prior Felony. Non-Violence

3) On Jan. 7th The Court Knew
of Plaintiff Reputation in

CONT.

THE COMMUNITY AN JOB AS A
MODERN CITIZEN, TAXPAYER
AN/OR FAMILY MAN. WHOM
HAD NO FELONIES IN OVER
20 years.

4) THE PLAINTIFF REQUEST THAT
HE BE GIVEN A SHORTER SENTENCE
IN THIS MATTER. WHEREFORE
PROMISE CONSIDERED THAT
THIS HON. CT. RECONSIDER THE
SENTENCE IMPOSED HERETOFORE
AN RESENTENCE THE PLAINTIFF
TO A LOWER SENTENCE FOR THE
REASON SET FORTH ABOVE.


I CERTIFY THAT A COPY BE
SERVED TO THE D.A. AN/OR
CIR. CLERK THIS 16th DAY FEB. 2002
PLAINTIFF John W. Minnifield

                    Witness
                    Witness
                    Witness

John W. Minnifield
Plaintiff
VS                                                    C. No 99-327
                                                              SMG
Montgomery Cir. Ct.
State of Ala
( Defendant )
                    Motion For/On
            Correction Or Jury Miestrial

Come Now Plaintiff, John W. Minnifiek
N The Above Style An/Or Cause
N Pro/Se, Litigation Motion That
" # State of Alabama, An The
Montgomery Cir. Court Did Wilfully
Deprive Plaintiff John W. Minnifiel
of Due Process In The Jury
Process See: Vol. 11 Title 12 Tyler
Vs State 207 Ala 129-92 Su. 4708
1921). 55 Names Should have been
In Jury, Section 32 Acts 1919 P 1039
Min Vist 30 See. Tyler Vs State
Brown Vs State 45 Ala App 391 231
So 2nd 167 1970. Also See: Reversible
Error It Did Not Reveal Ah. Juror
Name Jones Vs State 52 Ala. App.
184 290 So 2nd 251 1974.

# Argument

) Ct. Did Commit Reversible error
in Selection of Jury.

) Ct. Did Wilfully Deny Due Process
in Using illegal charges in City
Proceeding. That Were on Appeal Ct.
Never Ruled on City Cases That Were
over (1) year old. Ct. did have Ample
Time To Rule on Motions but did Not
but Used That Evidence To Convict.
   2. There Fore Sentence Should be
Vacated. Plaintiff Should be
given a New Trial.

) Ct. Is Aware This Is Not a Case
of Stalking. but Merly a Case of
A Cheating/Drug Addict. Whom Is
Misleading The girls. but Plaintiff
Is Out Spoken So Ct. Is Using
Plaintiff As A Whipping Post or/boy
John W. Minnifield Is Not going
To Shut-up Until He Is given
Justice Regardless how Far He has
To Take It. See Sharkey Club
Every Thurs. Fri. An/ou Sat Nite Until

Day break Sun Morning. This is
your All American Mother An/or
Wife. See: Why she were put
out of safe house in 99. Why
were she there? See Baytown
An/or Houston Texas P.D. On checks
see Plasma center on selling plasm
see Mont. P.D. Police Record
I paid for my crimes long ago
Not her. She is Manulaping this
I.T. system. The CT is Aware
of it. I proved I did Not stalk
My wife God knows it. An this
CT. knows it. The Jury were
Stacked 9 women 3 mens state
struck 8 mens an 1 woman from
the list All ac the Black mens
which show a Pattern of Bias an/
ar Racial Conduct. CT did deny
putting victum back on stand after
several wittness testified. So
she could be cross ed examine
on Evidence To Prove Fact's
That security Gwardan Vanciel lied
About the hiring af security

At Auburn Vanciel did Wilfully in about several warrants or complaints filed with City Police. As or filing of complaint only (1)one warrant were filed for Harresment. by her under 13-A-690 general comment. State Vs Randell 669 So 2nd 223 Ala. Crim. App. 1986. Must show mer. or bad conduct or character. But so in this Case. State did Misslead Jury In 1 were to produce truth lead of witness Not so. Defense merly stated to Jury to losting to witness statements facts an/or fiction. See 13-A-6 92 Definitions. Bare distress conrentutinally protect conduct is Not included within the definition or this term. History Acts (1992), 2nd Ex Session No. 92-675 Acts (1994) No 94-305. Plaintiff John W. Minnifield wish to know where is the scale of Justice where is God? the truth? a prudent

Person with "logics. This is Enough
To Make The Pope Angry.
John W. Minnifield is A scapegoat
That believe in Justice. The
scale is unbalance. This is not
the intent of lawmakers To
Use John Minnifield. A Railroad of
injustice but A bridge of hope.
Where is that hope? Well John W
Minnifield. Seek Justice. From my
Mother grave she cry out
for Justice, for her son John Minnifield
To be free from The shackles
an bars of Jail an/or prison
life. My accuser must be God be-
cause This court believe in her
lies. Where is The violence, an/or Abuse
I. cannot produce it. Where is vows
To A Wedding? in God eyes John Minnifield
had (4) months To Do vonciel harm
He did Not. It. is Not looking at That
before being locked back up on
a lie by vonciel Minnifield, it. did Not
check her Record for Truth. This
is The lady ai/or Mother whom

ost her kid's To her mother AN
he court system, Through Desertion
drug Prostitution she still have
baby girl has been adopted
by sister in military see son
in Baytown Texas. Mother in
Texas. other sibiling Deny Vanciel. This Lt.
has Not listing To John Minnifield Plea
of innocent. but A black man That
has To much mouth for The white
child so he must be Put Away. That
is gorrilla law.


## CERTIFICATE OF SERVICE

I swear The The Above is True
AN for correct To The best
of My Ability so help Me God

Plaintiff John Minnifield
Date This Feb - 28 - 2000

SMG

ENIED    3-8-00
DATE

# RECEIVED
3-10-2000

MAR 2000
Filed
Melissa Rittenour
Circuit Clerk

SMG 128

SALLY GREENHAW
CIRCUIT JUDGE

PLAINTIFF, JOHN W.
VS,

MONT. CO. ET ST ET ALA
DEFENDANT

CC No. 99-327
SMG

MOTION For REHEARING

COME NOW IN THE ABOVE STYLE
AN/or CAUSE. PlainTiff John W. Minnifield
IN Pro/Se. litigation. MOTION That,
4e PlainTiff BE GIVEN AN/or
REHEARING For A NEW Trial To
Wit. That COURT IS AWARE THAT
PlainTiff IS NOT GIVEN JUSTICE.
From day 1 or/ONE COURT IS AWARE
PlainTiff SHOULD have NOT BEEN
GIVEN OPPUTINITY To Represent
himself EVEN Though He ARE
QUALIFIED or SHOWN he WERE IN
THE PAST. EVEN COURT KNEW ARE
his MENTAL INSTABILITY IN THE
PAST year by MENTAL health AN
Dr. Kirkland. SEVERAL YEARS Ago
PlainTiff WERE INCARCERATED AT
Taylor HardiN IN Tuscaloosa ALA
For OVER (2) MONTHS. WIFE KEEP
TELLING COURT OF husbAND UNSTABLE
AN/or ERATIC INSTABILITY.

Court did Not use better
Judgement in Reaching it's
Decision. To let Plaintiff
Represent himself due to
UNstable Mind. Plaintiff John
Minnifield hope a pray this
Honorable court Reconsider
a Re-hearing for a New Trial

John W. Minnifield
PLAINTIFF

I Certify that the above
is true and/or correct to
the best of my knowledge
so help me God

John W Minnifield
this 7 day of March
# 2008

CC-99-327   John Minnifield   130

1                          STATE'S EXHIBITS:

2

3       EXHIBIT NO. 1-AFFIDAVIT/COMPLAINT  . . . . . .   95

4       EXHIBIT NO. 2-AFFIDAVIT/COMPLAINT  . . . . . .  103

5       EXHIBIT NO. 3-AFFIDAVIT/COMPLAINT  . . . . . .  104

6       EXHIBIT NO. 4-TWO AUDIOCASSETTE TAPES  . . . .  304

7       EXHIBIT NO. 5-HANDWRITTEN LETTER . . . . . . .  114

8       EXHIBIT NO. 6-HANDWRITTEN NOTE ON SCRATCH PAPER 116

9       EXHIBIT NO. 7-HANDWRITTEN NOTE ON SCRATCH PAPER 117

10      EXHIBIT NO. 8-HANDWRITTEN NOTE ON PAPER  . . .  118

11      EXHIBIT NO. 9-MIRANDA RIGHTS FORM  . . . . . .  299

12

13

14

15

16

17

18

19

20

21

22

23

24

25

MONTGOMERY MUNICIPAL COURT
AFFIDAVIT/COMPLAINT

**131**

OFFENSE: reckless Endangerment (DV)    DATE: 11/14/98

'ENDANT'S NAME: John Minnifield

DEFENDANT'S ADDRESS: 463 Empire Terrace    WORK: 271-2200

DEFENDANT'S PERSONAL DATA: RACE: N SEX: M DOB: 12-26-39 AGE: 58

HT: 6'0 WT: 190 HAIR: Blk EYES: BRN OTHER: _____

DATE AND TIME OF OFFENSE: 11-14-98 TIME: 10:40 (A.M)    P.M.

PLACE OF OCCURRENCE: I-65 (North) Between Monrg. & Milbrook

PERSON OR PROPERTY ATTACKED: Vonciel Minnifield

HOW ATTACKED: husband tried to run me off the Road in my car!!

DAMAGE DONE OR INJURIES RECEIVED: mental stress

VALUE OF PROPERTY: _____

DETAILS: (PLEASE BE SPECIFIC)

I was taking my neighbor's son to Milbrook to pick up his
son. My husband was also driving the Northern Blvd @ th
time & spotted us. He started yelling, "I'm going to kil
you". I switched from the Downtown exit to the Milbrook
exit (I-65 North) & my husband crossed traffic, running

(CONTINUE ON BACK IF NECESSARY)

I make this affidavit for the purpose of securing a warrant against the said
defendant, I understand that I am instituting a criminal proceeding and cannot
drop the charges.  I further understand that if any of the foregoing facts are
untrue, I may, in addition to the other punishment provided by law be taxed
with court costs in this proceeding.  State of Alabama, City of Montgomery

COMPLAINANT'S NAME: Vonciel Minnifield

I, Patrick J. Murphy, Clerk of the Montgomery Municipal Court, hereby
certify that this is a true and correct copy of the original document on file
in this office.

COMPLAINANT'S HOME ADDRESS: _____

COMPLAINANT'S WORK ADDRESS: _____    Witness my hand this the 16 day of
(Work)    (Other)

COMPLAINANT'S PHONE NO. (Home) _____    2000

WITNESS(ES): Tim Brown Jr.
Name & Address
2213 Upper Wetumpka Rd. #3
Montg, Al.    Patrick J. Murphy    COMPLAINANT'S SIGNATURE
Municipal Court Clerk
City of Montgomery

COMPLAINANT'S SIGNATURE: W. Vonciel Minnifield

Sworn to and subscribed before me this 7 day of November, 1998

Marilyn D. Hopkins 89
MAGISTRATE
MONTGOMERY MUNICIPAL COURT

DEFENDANT IN CUSTODY: YES ___ NO XX

**132**

Details continued):

l car off the road & followed me. He then proceeded yelling "I'm going to kill you & tried twice to run me off the road into the ditch. I then took the median across to I-65 South to head to the Montg. police dept. My husband was left on I-65 north w/ traffic stopped.

State of Alabama, City of Montgomery

I, Patrick J. Murphy, Clerk of the Montgomery Municipal Court, hereby certify that this is a true and correct copy of the original document on file in this office.

Witness my hand this the _____ day of _____

Patrick J. Murphy
Municipal Court Clerk
City of Montgomery

90

**133**

MONTGOMERY ... COURT
AFFIDAVIT/COMPLAINT

OFFENSE: HARASSMENT                                    DATE: 10-30-

DEFENDANT'S NAME: John Minnifield

DEFENDANT'S ADDRESS: 463 Empire Terrace        WORK: 271-2200

DEFENDANT'S PERSONAL DATA: RACE: N  SEX: M  DOB: 12-26-39    AGE: 5?

HT: 6'0"  WT: 190  HAIR: Blk  EYES: Brn  OTHER: _____

DATE AND TIME OF OFFENSE: 10-30-98    TIME: 12:15 (A.M.) ✓    P.

PLACE OF OCCURRENCE: 2213 Upper Wetumpka Rd. #31

PERSON OR PROPERTY ATTACKED: Voncie l Minnifield, Dana Cook, Ashley Cook + above

HOW ATTACKED: Property door front kicked in/Bedroom window broken, Dana Cook slapped

DAMAGE DONE OR INJURIES RECEIVED: + swung @ w/ Axe, Ashley Cook pushed Voncie Min

VALUE OF PROPERTY: pushed, choked, shoved | ← through window, chased w/ Axe

DETAILS:   (PLEASE BE SPECIFIC)                      ?

My Husband, John Minnifield came to my home around 11:00 p.m. 10-3
+ knocked on the door, in which I gave no response, my children
+ I went back to sleep + my husband came back a second
time in which there was no response, John then sent a nei
me to my door to ask for the vacuum cleaner. I tol
- that my husband was not suppose to be on the
property - to please call the police, because my cellular
phone would not get tower clearance inside the apa
ment. My husband returned about 12:00 a.m. and
insisted that I open the door. He then proceeded
insisted that I open the door, (CONTINUE ON BACK IF NECESSARY)

I make this affidavit for the purpose of securing a warrant against the said
defendant, I understand that I am instituting a criminal proceeding and canno
drop the charges.  I further understand that if any of the foregoing facts ar
untrue, I may, in addition to the other punishment provided by law be taxed
with court costs in this proceeding.  State of Alabama, City of Montgomery

I, Patrick J. Murphy, Clerk of the Montgomery Municipal Court, hereby
certify that this is a true and correct copy of the original document on file
in this office.

COMPLAINANT'S NAME: Voncie l

COMPLAINANT'S HOME ADDRESS: 2213 Upper Wetumpka Rd. #31

COMPLAINANT'S WORK ADDRESS: 770 Washington Ave.  36104

COMPLAINANT'S PHONE NO. (Home) NONE  (Work) 269-6090 (Other)

WITNESS(ES): Rosebud
Name & Address
Dana Cook (14)  2213 Upper We...tumpka Rd #
Ashley Cook (12)
2213 Upper Wetumpka
Rd #31  Montgomery,   City of Montgomery

Patrick L. Murphy
Municipal Court Clerk

Voncie l Minnifield
COMPLAINANT'S SIGNATURE

...rn to and subscribed before me this 30  day of October  19__

91

STATE'S
EXHIBIT
2

to kick my foot in to get the hammer, + as he saw her go in to get the hammer, + as he saw her get the hammer he slapped her to the ground + grabbed me by the neck + pushed me to the wall, As my 2 daughters tried to get him off he reached for what I thought was a gun, b turned out to be an axe — which he pulled ou + swung @ my oldest daughter + myself. We ended up in the bedroom through tusseling + my husband pushed me to the bedroom window in which I went partially through. He turned to my daughter (Ashley) as she locked in the bathroom. Dana + I went through the window as he turned back towards us w/ the axe up towards us. John turned + came through the front door as Dana + + we coaxed Ashley out of the bathroom. John then chased me around the apartment complex twice w/ the axe until the police arriv During the chase he managed to crush my cellular phone somewhere in the parking lot which he took from my apartment. During the course of this whole event my husband John told my oldest + I that he would kill us.

State of Alabama, City of Montgomery
I, Patrick J. Murphy, Clerk of the Montgomery Municipal Court, hereby certify that this is a true and correct copy of the original document on file.

Witness my hand this the ____ day of

_____ 200_

Patrick J. Murphy
Municipal Court Clerk
City of Montgomery

92

**DOMESTIC VIOLENCE**
**AFFIDAVIT/COMPLAINT**

OFFENSE: RECKLESS ENDANGERMENT (DV)          DATE: 10-30-98

DEFENDANT'S NAME: John Minnifield

DEFENDANT'S ADDRESS: 463 Empire Terrace          WORK: 271-2200

DEFENDANT'S PERSONAL DATA: RACE: N SEX: M DOB: 12-26-39 AGE: 58

HT: 6'0" WT: 190 HAIR: BlK EYES: BRN OTHER:

DATE AND TIME OF OFFENSE: 10-30-98   TIME: 12:15 (A.M) ✓   P.M

PLACE OF OCCURRENCE: 2213 Upper Wetumpka Rd. #31

PERSON OR PROPERTY ATTACKED: Voncile Minnifield, Dana Cook, Ashley Cook & John

HOW ATTACKED: Property door front Kicked in/Bedroom window broken, Dana Cook slapped

DAMAGE DONE OR INJURIES RECEIVED: & swung @ w Axe, Ashley Cook pushed Voncile Min

VALUE OF PROPERTY: pushed, choked, shoved, through window, chased w/ Axe

DETAILS: (PLEASE BE SPECIFIC)

My husband, John Minnifield came to my home around 11:00 p.m. 10-3
& Knocked on the door in which I gave no response. My children
& I went back to sleep & my husband came back a second
time in which there was no response John then sent a nig
... to my door to ask for the vacuum cleaner, I told
... that my husband was not suppose to be on the
property - to please call the police, because my cellular
phone would not get tower clearance inside the apart
ment. My husband returned about 12:00 a.m. and
insisted that I open the door. He then preceded
(CONTINUE ON BACK IF NECESSARY)

I make this affidavit for the purpose of securing a warrant against the said
defendant, I understand that I am instituting a criminal proceeding and canno
drop the charges. I further understand that if any of the foregoing facts ar
untrue, I may, in addition to the other punishment provided by law be taxed
with court costs in this proceeding.

State of Alabama, City of Montgomery

COMPLAINANT'S NAME: Vo I, Patrick J Murphy, Clerk of the Montgomery Municipal Court, hereby
certify that this is a true and correct copy of the original document of file

COMPLAINANT'S HOME ADDRESS: same 2213 Upper Wetumpka Rd. #31

COMPLAINANT'S WORK ADDRESS: 770 Washington Ave. 36104

COMPLAINANT'S PHONE NO. (Home) None   Witness my hand this the ___ day of (Other)

WITNESS(ES): Rosebud                          January 2000

DANA Cook (14)   Name & Address 2213 Upper Wetumpka Rd #11

SHLEY Cook (12)   Patrick L Murphy   COMPLAINANT'S SIGNATURE
13 Upper Wetumpka
Rd #31   Montgomery, 36104   Voncile Minnifield

Municipal Court Clerk

sworn to and subscribed City of Montgomery this 30 day of October, 19 9

93

STATE'S EXHIBIT

2

DOMESTIC VIOLENCE

136

(details continued):

to kick my front door in. My daughter DANA ran to get the hammer, + as he saw her getting the hammer he slapped her to the ground + grabbed me by the neck + pushed me to the wall. As my 2 daughters tried to get him off he reached for what I thought was a gun, but turned out to be an axe — which he pulled out + swung @ my oldest daughter + myself. We ended up in the bedroom through tusseling + my husband pushed me to the bedroom window in which I went partially through. He turned to my daughter (Ashley) as she locked in the bathroom. DANA + I went through the window as he turned back towards us w/ the axe up towards us. John turned + came through the front door as DANA, I + we coaxed ASHLEY out of the bathroom. John then chased me around the apartment complex twice w/ the axe until the police arrived. During the chase he managed to crush my cellular phone somewhere in the parking lot which I had ran from my apartment. During the course of the incident my husband John told my daughter DANA + myself that he would kill us.

State of Alabama, City of Montgomery,
I, Patrick J. Murphy, Clerk of the Montgomery Municipal Court, hereby certify that this is a true and correct copy of the original document on file in this office.

Witness my hand this the 27 day of January 2000.

_Patrick S. Murphy_
Patrick J. Murphy
Municipal Court Clerk
City of Montgomery

94

STATE'S EXHIBIT

5

Wed 11/18/98
3:31 am

Dear Vonciel

How are you and the Girls?
Baby we been through Enough the
all of us special the Girls I
Surrender. you all do not have to
run and hide no More put the
Girls back in school and you
Can Work and enjoy yourself
Peacefully you and your airman
Friend If I Wanted to harm you
I Know Where you are staying
you ask me to get help your
Wish has been granted I am taking
Counseling at the Family Guidance
Center once a week. I am
also in alinon + A-A. baby it
hurt me so bad When I
hurt the Kids I am sorry
I hurt either of you but life
Must go on if you Wish I will
sign the Divorce papers if this
What you Want. I Will always love
you and the Kids I won't hurt
are stand in your Way Just
let the Kids Know I love
them and you always My
     Beautiful Babies your Husb

138

Mrs. Vonciel Minnifield
C/o Plaza Grill
530 Washington St
Mont ata

139

STATE'S
EXHIBIT

6

140

E-22

You Better see me today

141

STATE'S
EXHIBIT

7

142

TONight
UN Til   be AT Home
1130

NOW The WAR
iS ON. GErM CATRing
PICTUre Do Not lie

143

STATE'S
EXHIBIT
8

# City of Montgomery, Alabama
## Department of Police


STATE'S
EXHIBIT
9

<u>JOHN WILLIE MINNIFIELD, B/M AGE 58 (EDUCATIONAL LEVEL 3YRS COLLEGE)</u>
### NAME

<u>PAB</u>
### PLACE

<u>11/23/98</u>
### DATE

<u>1645 HOURS</u>
### TIME

<u>STALKING</u>
### CHARGE

Before asking you any questions, I must explain to you that you can remain silent. that anything you say can be used against you in court, that you can talk to a lawyer first and that you have the right to the advice and presence of a lawyer even though you cannot afford to hire one. If you cannot afford to hire a lawyer and want to have one present during interrogation, the Court will appoint one before we question you. If you want to answer questions now, you can do so, but you can stop at any time.

_Det. C. Upshaw #007_
### OFFICER

I fully understand the foregoing statement and do willingly agree to answer questions. I understand and know what I am doing. No promise or threats have been made to me by anyone and no pressure of any kind has been made against me by anyone.

WITNESSES:

16

| State of Alabama<br>Unified Judicial System<br>Form ARAP-14        11/91 | CERTIFICATE OF COMPLETION AND<br>TRANSMITTAL OF RECORD ON<br>APPEAL BY TRIAL CLERK | Appellate Case Number<br>CC 99–327 |

| TO:  THE CLERK OF<br>THE COURT OF CRIMINAL APPEALS OF ALABAMA | DATE OF<br>NOTICE OF APPEAL:    2-7-00 ORAL |

**APPELLANT**
      JOHN WILLIE MINNIFIELD

**V.    STATE OF ALABAMA**

---

I certify that I have this date completed and transmitted herewith to the appellate court the record on appeal by assembling in (a single volume of _____ pages) (_____ volumes of 200 pages each and one volume of _____ pages) the clerk's record and the reporter's transcript and that one copy each of the record on appeal has been served on the defendant and the Attorney General of the State of Alabama for the preparation of briefs.

I certify that a copy of this certificate has this date been served on counsel for each party to the appeal.

Dated this   10th   day of   March   , 19XX 2000

_Melissa Rittenour_
Circuit Clerk

MONTGOMERY COUNTY