# IN THE SUPREME COURT OF ALABAMA



*Masston 25847*

May 17, 2002

**1010694**

Ex parte John Willie Minnifield. PETITION FOR WRIT OF CERTIORARI TO THE COURT OF CRIMINAL APPEALS  (In re: John Willie Minnifield v. State of Alabama) (Montgomery Circuit Court: CC-99-327.60; Criminal Appeals : CR-00-1167).

## CERTIFICATE OF JUDGMENT

### Writ Denied

The above cause having been duly submitted, IT IS CONSIDERED AND ORDERED that the petition for writ of certiorari is denied.

**Writ Denied - No Opinion**

BROWN, J. - Moore, C.J., and See, Harwood, and Stuart, JJ., concur.

I Robert G. Esdale, Sr., as Clerk of the Supreme Court of Alabama, do hereby certify that the foregoing is a full, true and correct copy of the instrument(s) herewith set out as same appear(s) of record in said Court.
Witness my hand this 17th day of May, 2002

*Robert D Esdale, Sr.*
Clerk, Supreme Court of Alabama



Exhibit M

/rb

# THE STATE OF ALABAMA— JUDICIAL DEPARTMENT
# THE COURT OF CRIMINAL APPEALS

*Marston*
*25847*

## CERTIFICATE OF JUDGMENT

**Criminal Appeals Case**   CR-00-1167

John Willie Minnifield v. State of Alabama (Appeal from Montgomery Circuit Court: CC99-327.60).

Whereas, the appeal in the above cause having been duly submitted and considered, it is now hereby certified that on the 21st day of November, 2001, the judgment of the court below was affirmed.

Witness, Lane W. Mann, Clerk,
Court of Criminal Appeals, this
17th day of May, 2002

_____
Clerk
Court of Criminal Appeals
State of Alabama

EXHIBIT