SMG

Exhibit P

John W. Minnifield
PLAINTIFF
                VS
Montgomery Co. Cir. Ct.
DEFENDANT
State of Alabama

C.C. No 99-327
SMG

Motion For/a
Writ of Habeas Corpus

Come Now in the above style and/or cause, in pro/see litigation John Willie Minnifield. Motion That he be brought before the Honorable Sally Greenhaw Cir. Judge for the Montgomery Co. Cir. Ct. Middle district for the State of Ala. To show cause why Plaintiff John Willie Minnifield should not be granted relief from this harsh cruel and/or barbaric sentence. The Jury is not verse in law but the Court is, or is it? it is so cruel what this Ct. is doing to one of its Citizens, Namely John Willie Minnifield. This Ct. seem to not want the truth to prevail

Cont:

John Willie Minnifield. Proved beyond a doubt that he were innocent of stalking. Vanciel Minnifield. What is the message this ct. is sending out, other than a racial epitome that if you are Black you are evil, male you must pay. Justice is so blind in this case. Judge Greenhaw should have stepped down from hearing this case (1) she shown a blatney disregard for the law. Statement she made when Vanciel Minnifield was asked to get back on the stand Judge greenhaw statement I will not let you attack her credibility. This statement alone should have been enough to gain a new trial. See statement by lawanda Benson. Audio tape you know what she is. See statement by security guard Claxton/Vanciel statement they chased me down + I no longer

Cont

Worked for Montgomery Catering see Johnny Sullivan Ronnie Waters owners statement. 1 As of Trial date still were employed at that firm. Therefore had reason to be on premise but did not due to Domestic Problems with wife. See Ronnie Waters statement he did not hire Security guard Claxton as he Dr Vanciel stated an the Foot Chase that ensured Judge Greenhaw did not properly instruct the Jury to the Rules of evidence. Ct. Knew those were pejury statement yet would not allow Vanciel to take the stand to correct statement. or what Wittness Ronnie Waters Johnny Sullivan, Ioward Benson, Pete Rose Glorease Perdue Claxton Timmy Rosebud Brown. Yet Ct were going to allow Pete Rose to retake the Wittness stand but not Vanciel Minnifield. That show where Ct predjudge itself.

Cont

Ct is aware of comment made by D.A. about love he cannot feel ones feeling. Also statement that lots of witness is misleading to the jury. Did object but ct did allow state to get in what it wanted an act of predjudice by Cir. Ct. Judge Greenhaw. (2) Ct did not investigate my being locked back up by frivilous charges. Where were state proof? 1st. Time ct investigated an prayed she lied and had me locked up Ct. turned me back aloose Nov. 6th. Ct. did put burden on me I could work in Montgomery and/or go to even program but had to live in Alex. City round trip daily 120 miles daily, be at work 6:30 A.M. Even program 6pm to 8:30 P.M. Then drive back to Alex. City then be back here the next morning at 6:30 for work. Yet I have a home here I am buying nobody live in yet I have to leave town, leave my home. This is to show that

## CONT

Ct. Know the truth but will not acknowledge that John Minnifield is not guilty of stalking but merly an domestic dispute only, not even, violence. Unlike State vs Timothy Sewell. A proven stalker yet same Ct an/or Judge and D.A. where there were violence. Yet two times Ct reccomend even program four nights a week has prior felony record. This is to show that Ct is not fair an/or has a long way to go to overcome this preddudce an racial thing.

### Summary Judgement

Hope an pray that this Ct. will do the right thing in granting plaintiff John Minnifield, relief in the form of releasing me from all charges. This Ct. know that in hold. This case is frivilous an must be Nol/Pros with Prejudce

John Minnifield
Plaintiff vs                           Ci. No. _____
Montgomery Co. Cir. Ct.
State of Alabama
Defendant

    Motion To hear
    Audio Tape of Wanda Benson
    An Ronnie Waters Vaneial Minnifield

Come Now in Pro/se litigation Plaintiff John W. Minnifield. Motion to hear an/or read transcript of those wittness to show to the Appeal Ct. There is an honest mistakes in the tape an transcripts that could sway the Jury decision. Not that reporter intended to miss something so small by Ms. Benson were talking so fast every thing plaintiff objected to Ct. overruled. Therefore Plaintiff John Minnifield hope an/or pray Ct. will grant this motion. This Ct. know the truth but is not acknowledge that the truth is here ant John Minnifield. Will not stop until he is free this Ct. has changed

The course of my life forever This Ct. have shown what a lie can do This Judge an/or Court has shown what a farce an mockery of justice this Ct. has done. I will pray for all involved That They will suffer worse Than I. This Ct. knew I am innocent. I think The Ct. need Anger Mangment. Along with Vanciel.

# Certificate of Service

I certify that the above is true and correct to the best of my knowledge.

Respectfully submitted
This 21 day March 2000
Plaintiff John W. Minnifield
Witness - Calvin Matsey
Witness - Jim Calhoun
Witness - John Harris