```
AVS0351                                                      CV 2000 002569.00

                                                       JUDGE: CHARLES PRICE
                          ALABAMA JUDICIAL DATA CENTER
                              CASE ACTION SUMMARY
                                 CIRCUIT CIVIL

   IN THE CIRCUIT COURT OF MONTGOMERY      COUNTY

   JOHN WILLIE MANNIFIELD AIS#112145 VS MONT CO CIRCUIT COURT
 FILED: 09/25/2000 TYPE: HABEAS/MAND/PROBHIBI TYPE TRIAL: NON-JURY   TRACK:
*********************************************************************************
 DATE1:              CA:    DISM W/O PREJ   CA DATE:  09/24/2002
 DATE2:              AMT:          $.00     PAYMENT:
 DATE3:
*********************************************************************************
 PLAINTIFF   001: MINNIFIELD JOHN WILLIE
                  AIS# 112145                    ATTORNEY: *** PRO SE ***
                  P. O. BOX 767
                  CLAYTON, AL  36016-0000
                  PHONE: (334)000-0000
 ENTERED: 10/02/2000 ISSUED:              TYPE:
 SERVED:             ANSWERED:            JUDGEMENT: 09/24/2002
 DEFENDANT   001: CIRCUIT COURT MONTGOMERY COUNTY
                  % MELISSA RITTENOUR            ATTORNEY: *** PRO SE ***
                  251 S LAWRENCE STREET
                  MONTGOMERY, AL  36104-0000
                  PHONE: (334)000-0000
 ENTERED: 10/03/2000 ISSUED: 10/18/2000 TYPE:    SHERIFF
 SERVED:  10/20/2000 ANSWERED:          JUDGEMENT: 09/24/2002
 DEFENDANT   002: ATTORNEY GENERAL
                  BILL PRYOR                     ATTORNEY: *** PRO SE ***
                  11 SOUTH UNION
                  MONTGOMERY, AL , AL  36130-015
                  PHONE: (334)000-0000
 ENTERED: 10/18/2000 ISSUED: 10/18/2000 TYPE:    SHERIFF
 SERVED:  10/20/2000 ANSWERED:          JUDGEMENT: 09/24/2002

 10/02/2000    1.  FILED THIS DATE: 09/25/2000
 10/02/2000   ...  ASSIGNED TO JUDGE: CHARLES PRICE
 10/02/2000   ...  BENCH/NON-JURY TRIAL REQUESTED
 10/02/2000   ...  CASE ASSIGNED STATUS OF: ACTIVE
 10/02/2000   ...  ORIGIN: INITIAL FILING
 10/02/2000   ...  MINNIFIELD JOHN WILLIE ADDED AS C001
 10/02/2000   ...  LISTED AS ATTORNEY FOR C001: PRO SE
 10/02/2000   ...  CORRECTIONS DEPT ADDED AS D001
 10/02/2000   ...  LISTED AS ATTORNEY FOR D001:
 10/03/2000   ...  CORRECTIONS DEPT DELETED  D001
 10/03/2000   ...  CIRCUIT COURT MONTGOMERY COUNTY ADDED AS D1
 10/03/2000   ...  LISTED AS ATTORNEY FOR D001: PRO SE
 10/03/2000   ...  ATTORNEY GENERAL ADDED AS D002
 10/03/2000   ...  ATTORNEY FOR D002:                    (AV02)

 DB   02/24/2003                                           CV 2000 002569.00
```

Exhibit D

```
| AVS0351                                                          CV 2000 002569.00 |
|                                                                                    |
|                                                       JUDGE: CHARLES PRICE         |
|------------------------------------------------------------------------------------|
|                        ALABAMA JUDICIAL DATA CENTER                                |
|                            CASE ACTION SUMMARY                                     |
|                              CIRCUIT CIVIL                                         |
|------------------------------------------------------------------------------------|
|   IN THE CIRCUIT  COURT OF MONTGOMERY     COUNTY                                   |
|   JOHN WILLIE MANNIFIELD AIS#112145 VS MONT CO CIRCUIT COURT                       |
|  FILED:  09/25/2000 TYPE: HABEAS/MAND/PROBHIBI TYPE TRIAL: NON-JURY   TRACK:       |
|                                                                                    |
| ********************************************************************************* |
|  DATE1:               CA:   DISM W/O PREJ   CA DATE:  09/24/2002                   |
|  DATE2:               AMT:            $.00  PAYMENT:                               |
|  DATE3:                                                                            |
| ********************************************************************************* |
|   10/03/2000      2.   ORDER GRANTING HARDSHIP                                     |
|   10/18/2000      3.   SHERIFF ISSUED: 10/18/2000 TO D001                          |
|   10/18/2000      4.   SHERIFF ISSUED: 10/18/2000 TO D002                          |
|   10/19/2000      5.   WRIT OF MANDAMUS AMENDED TO SUPERSEDE ANY AND               |
|   10/19/2000     ...   ALL MOTION OR APPELLANT REVIEW                              |
|   10/26/2000      6.   MOT TO QUASH SERVICE                                        |
|   10/30/2000      7.   D001 SERVED SHERIFF ON 10/20/2000                           |
|   10/30/2000      8.   D002 SERVED SHERIFF ON 10/20/2000                           |
|   11/01/2000     6A.   ORDER DATED 11-1-00 GRANTING "MOTION TO QUASH               |
|   11/01/2000     ...   SERVICE ON BILL PRYOR, A.G. OF THE PETITION                 |
|   11/01/2000     ...   FOR A WRIT OF HABEAS CORPUS AD SUBJJCIENDUM                 |
|   11/01/2000      9.   PLTFS MOT FOR/OR REBUTTAL OF ATTY JOSEPH                    |
|   11/01/2000     ...   MARSTON III, MOTION TO QUASH SERVICE                        |
|   11/22/2000     9A.   ORDER DATED 11-22-00 DENYING MOTION/REBUTTAL                |
|   11/22/2000     ...   OF ATTY JOSEPH MARSTON III'S MOTION TO QUASH                |
|   11/22/2000     ...   SERVICE                                                     |
|   09/25/2002           CASE ASSIGNED STATUS OF: DISPOSED          (AV01)           |
|   09/25/2002           COURT ACTION JUDGE: CHARLES PRICE          (AV01)           |
|   09/25/2002           DISPOSED ON: 09/24/2002 BY (DISM W/O PREJ) (AV01)           |
|   09/25/2002           C001 DISPOSED BY (DISM W/O PREJ) ON 09/24/2002              |
|   09/25/2002           D001 DISPOSED BY (DISM W/O PREJ) ON 09/24/2002              |
|   09/25/2002           D002 DISPOSED BY (DISM W/O PREJ) ON 09/24/2002              |
|   09/26/2002           PETITIONERS' HABEAS CORPUS PETITION                         |
|   10/10/2002           PETITIONERS' MOTION TO AMEND WRIT OF HABEAS                 |
|   10/10/2002     ...   CORPUS                                                      |
|   10/29/2002           PETITIONERS' MOTION TO MANDATE RULING                       |
|   10/29/2002           PETITIONERS' MOTION FOR SUMM DISPOSITION                    |
|------------------------------------------------------------------------------------|
| DOB    02/24/2003                                                CV 2000 002569.00 |
```