**COURT OF CRIMINAL APPEALS**
STATE OF ALABAMA
JUDICIAL BUILDING, 300 DEXTER AVENUE
P.O. BOX 301555
MONTGOMERY, AL 36130-1555

| | |
|---|---|
| **H. W. "Bucky" McMILLAN**<br>Presiding Judge<br>**SUE BELL COBB**<br>**PAMELA W. BASCHAB**<br>**GREG SHAW**<br>**A. KELLI WISE**<br>Judges | **Lane W. Mann**<br>Clerk<br>**Wanda K. Ivey**<br>Assistant Clerk<br>(334) 242-4590<br>FAX (334) 242-4689 |

### ORDER

CR-02-1677

Ex parte John W. Minnifield (In re: State of Alabama vs. John W. Minnifield)   (Montgomery Circuit Court: CV02-2569).


       Upon consideration of the above referenced Writ of Mandamus, the Court of Criminal Appeals ORDERS that said petition be and the same is hereby dismissed.

              Done this the 17th day of July, 2003.

_____
H.W. "Bucky" McMILLAN, PRESIDING JUDGE

CCA/wki

cc: Honorable Charles Price, Circuit Judge
    Honorable Melissa Rittenour, Circuit Clerk
    Honorable William H. Pryor, Jr., Attorney General
    John W. Minnifield, Pro Se, Petitioner
    Honorable Eleanor Idelle Brooks, District Attorney
    Office of Attorney General

- Exhibit R -