Exhibit S

CV-00-2569

5. P2

John W. Minnifield
Petitioner
    vs
Montgomery Co. Cir. Crt.
Defendant
State of Alabama

CC. No 99-327

OCT 2000 Filed
Melissa Rittenour
Circuit Clerk

00 OCT (?) P2-3(?)

## WRIT OF MANDAMUS AMENDED
## To Supersede Any AND All Motion Or Appeliant Review
### Newly Discovered evidence

Urgent: Come Now In This Special Motion To Supersede Appelliant Review. Any AN/OR All Motion That Plaintiff John Willie Minnifield AIS. NO. 112145 is being held in Custody At The Ventress Corr. Facility by The State of Alabama. on An Unlawfully Sentence. Alleged Stalking by The Montgomery Ala. Cir. Court. Plaintiff John Willie Minnifield. Contend All Along That he is held Against his will, AN/OR hope And Pray That his body be produced in Said Court before The presence of Hon: Judge Sally Greenhaw. Within 21 days of The filing of This Motion. on Newly discovered evidence. Transcrip Will Reveal on pg. 12(?) Statement of Yonciel Minnifield. her Testimony The Stalking Taken place In Auburn Alabama. Not In Montgomery. AN/OR Montgomery County. State had No Jurisdsion In This Case To let Yonciel Swear out complaint AN/OR warrant

## Facts

It is plain and clear from the transcrip that Affidavit and warrant were filed in Montgomery. Whereas crime happen in another Co, Lee. This evidence could not have been known before trial. State did willfully an/or intentionally knew that the Montgomery Co. Cir. Court had no juriudction to try this case in Montgomery. The facts is clear an/or plain where, alleged to taken place. This Court can see the truth an/or facts speaks forever I am giving the State full notice to correct this inconsiency by producing the body of Plaintiff: John Willie Minnifield in open Court. To answer this motion within 21 working days

(2) The State intentionally witheld this information from Plaintiff: Nowhere else in transcript stating that stalking occured. In discovery reveal, that Plaintiff were allege to stalk victim, but in Auburn and no where else in the state. Therefore Plaintiff is being held unlawfully See: Summary Judgement. Next page This Court can see the misstake,s that it has no jurisudiction to have imposed a sentence or had me to stand trial in said court The Montgomery Co. Alabama Circuit Court by the Hon: Sally Greenhaw an/or for

## Summary Judgement

Petitioner: John W. Minnifield swear that this is a true an/or correct addresse to the issue that Plaintiff must be given the oppurnity in open court to proceed to address these issues an/or therefore be released from custody. Which the court know that the state witheld information that were discorerable that would have produce different verdict by jury an/or grand jury. Petitioner only ask this court to do the right thing, give petitioner a full an/or fair hearing in open court and release petitioner from custody, for violation of 6th, 8th, an/or 14th amendment. Petitioner and court knows this is unjustified in holding me in Limbo, Jail. A plain case of modern day slavery that refuse to go away. Plaintiff John W. Minnifield pray an/or pray for Justice.

Respectfully submitted
John W. Minnifield #S.A.W.
This Third day of _____ ____