IN THE SUPREME COURT OF ALABAMA
August 22, 2003

1021826

Ex parte John W. Minnifield. PETITION FOR WRIT OF MANDAMUS: CRIMINAL (In re: State of Alabama v. John W. Minnifield) (Montgomery Circuit Court: CV 02-2569; Criminal Appeals: CR 02-1677).

ORDER

The petition for writ of mandamus to be directed to the Honorable Charles Price, Judge of the Circuit Court of Montgomery County, Alabama, having been duly filed and submitted to the Court,

IT IS ORDERED that the petition for writ of mandamus is denied.

Moore, C. J., and Houston, See, Lyons, Brown, Harwood, Woodall, and Stuart, JJ., concur.

I Robert G. Esdale, Sr., as Clerk of the Supreme Court of Alabama, do hereby certify that the foregoing is a full, true and correct copy of the instrument(s) herewith set out as same appear(s) of record in said Court.
Witness my hand this 22nd day of Aug., 20 03

Robert G. Esdale, Sr.
Clerk, Supreme Court of Alabama

Exhibit U