IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

RECEIVED

2008 MAY -9  A 9: 33

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

:  Case No.: 2:06-CV0054-WKW
:
John Willie Minnifield,                    :
:
          Petitioner,                      :
:
     -V-                                   :
:
Arnold Holt, et. AL. ,                     :
:
          Respondent                       :

RESPONSE TO SUPPLEMENT

PRO-SE

     Comes now, John Willie Minnifield, the Petitioner in and on his
own behalf to file this petition in response to records ordered by the
court from the respondent the Honorable James Prude, for the State
still in error. Pertaining to the Habeas Corpus filed by the
Petitioner one the Habeas Corpus filed in the Montgomery County
Circuit Court were entertained by the Honorable Joseph Marston III,
Attorney General stating to Honorable Judge Charles Price to dismiss
the Habeas Corpus because I was in the Chilton County Correctional
Facility, Clanton, Alabama. Judge Price honored Mr. Marston's request
on or about the tenth (10ᵗʰ) day of October 2002. After the Petitioner
corrected the record with Judge Price he withdrew his order and
notified the Clerk to reinstate the Habeas Corpus. This Attorney

-1-

General is withholding this from the court just like other evidence that has been fabricated by the office of the Attorney General to deprive the Petitioner through a miscarriage of justice. This assistant Attorney General is and has been extorting the records before this court to deprive John Willie Minnifield of justice and or misleading this Honorable Court.

As you can see each time you ordered this Attorney General to respond to the Habeas Corpus he responded to the Rule 32 which never should have been before the court. Until a final disposition before the court on the Habeas Corpus. The Attorney General is only showing you that the Habeas Corpus was dismissed on the erroneous information by Mr. Marston. And not where it was reinstated by Judge Charles Price. SEE: Writ of Mandamus to the Alabama Supreme Court filed the twentieth (20th) of July 2003. Thereafter the Petitioner filed a Federal Writ 2254 before the one (1) year statue of limitations pursuant to the anti terrorist Death Penalty Act. Yet the State kept trying to derail the Habeas Corpus or to cont. to violate the right of the Petitioner knowing that the State has administered a miscarriage of justice and conspiring with the alleged victim to use past record to false imprison John Willie Minnifield and construe the records.

I have never seen such a miscarriage of justice whereas no crime was actually committed. The petitioner swears under oath that he never stalked anyone just a false allegation by a cheating wife that is a Habitual liar and drug using thief. Which knows how to use the system I found out since I have been in I am not the only one the State of Ga. has one of her ex's in prison on the same type of charges. That seems to be her trait a black widow that prays on men then drop them in the nearest prison or grave. With the help of the State John Willie

Minnifield will praise the day this Honorable Court makes a ruling in this case because injustice has prevailed to long. I pray.

       Done this the 8th day of May 2008.

                                 Respectfully Submitted,

                                 *John Willie Minnifield, #112145*
                                 **John Willie Minnifield**
                                 **Bullock County Correction Fac.**
                                 **Post Office Box 5107**
                                 **Union Springs, Alabama 36089**

## CERTIFICATE OF SERVICE

I certify to have served a copy of this petition through United States mail postage pre-paid to esquire James Prude III, 11 South Union Street, Montgomery, Alabama 36130.

Done this the 8th day of May 2008.

                                 **John Willie Minnifield**

John Willie Minnifield #112145-11/41A
P.O. Box 5107
Union Springs Ala. 36089



MONTGOMERY AL 361

08 MAY 2008 PM 3 L

Office of The Clerk
United State District Court
P.O. Box 711
Montgomery Ala. 36101-0711

36101+0711