IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

JOHN WILLIE MINNIFIELD
    PETITIONER,

-V-                            CASE NO.: 2;06-CV-0054-WKW

ARNOLD HOLT - WARDEN
    RESPONDENT,

*RECEIVED 2008 SEP 11 A 10:28 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA*

## MOTION FOR EXTENSION OF TIME

### PRO-SE

**COMES NOW**, the petitioner John Willie Minnifield in and on his own behalf files this petition from the order of this Honorable Court to respond by September 11th, 2008 to its order on the Stattes alleged procedual bar and or order to dismiss under conditional r elements under conditions of Hurricane Gustav.

    The gym and law libraRY has been claosed for work release inmates that were evacuees until friday for two hours. The petitioner ask for an extension of ten (10) days unless Hurricane Ike disrupts the opening of the Law library.

    Done this the 8th day of September 2008.

                            Respectfully Submitted,

                            *John W. Minnifield #112145*,
                            John W. Minnifield, Pro-Se
                            Bullock County Corr. Fac. I1-41A
                            POst Office Box 5107
                            Union Springs, Alabama 36089-5107

## CERTIFICATE OF SERVICE

I certify to have served via United States mail with proper postage and addressed to Honorable James Prude, S. Union Street, third (3rd) floor, Montgomery, Alabama 36102.

Respectfully Submitted,

*John W. Minnifield #112145*
Jonha W. Minnifield, Pro-Se

John Willie Minnifield #141475 - 21/A1A
BCCF P.O. Box 5107
Union Springs Ala. 36089

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery Ala. 36101-0711

36101+0711