IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN WILLIE MINNIFIELD, #112145, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-54-WKW[WO] |
| ) | |
| ARNOLD HOLT, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**<u>ORDER</u>**

On January 27, 2009, the Magistrate Judge filed a Recommendation in this case. (Doc. # 59.) Petitioner John Willie Minnifield ("Mr. Minnifield") filed an objection on February 17, 2009. (Doc. # 60.) Having independently reviewed the file in this case and conducted a *de novo* review of those portions of the Recommendation to which objection is made, *see* 28 U.S.C. § 636(b)(1)(C), the court finds that the objection lacks merit for substantially the same reasons set forth in the Magistrate Judge's Recommendation and that the objection does not warrant further discussion. Accordingly, it is ORDERED as follows:

1. Mr. Minnifield's objection (Doc. # 60) is OVERRULED.

2. The Recommendation (Doc. # 59) is ADOPTED.

3. The 28 U.S.C. § 2254 petition for habeas corpus relief filed by Mr. Minnifield on January 4, 2006, is DENIED as Mr. Minnifield failed to file this petition within the one-year period of limitation set forth in 28 U.S.C. § 2244(d)(1).

4. This action is DISMISSED with prejudice.

An appropriate judgment will be entered.

DONE this 23rd day of February, 2009.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE